No.

In The

# District Court of the United States

District of Colorado
Alfred Arraj Courthouse
901 19th St., Denver, CO 80294

John Masters (Petitioner)

v.

The Criminals & The Colorado Officials Who Protect Them
(short title)

On Petition for Writ of Certiorari

To The Colorado Supreme Court

PETITION FOR WRIT OF CERTIORARI

John Masters
c/o Lovelock Post Office
390 Main Street
Lovelock, NV 89419
775.335.5092
ninjahippie755@gmail.com

i

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -2 2024

JEFFREY P. COLWELL
CLERK

To The Clerk of the US District Court:

I have tried to turn this Certiorari & Habeas Corpus & New Trial request into the US District Court several times. Guestimating, back in May 2024, I had a process server send a copy. By phone, I heard that it wasn't delivered there. Then I personally sent a copy in June 2024, & once again, the captioning wasn't perfect.

There's been shenanigans going on the whole time. I still haven't received the transcripts of the state court proceedings, no videotape, only a written record, which is limiting, & which I filled out the correct form & all, & paid the company $400 or so, all to no avail. I believe the Costilla County Clerk still has them.

The Appeals Court of Colorado didn't return their decision by writing, & The Supreme Court of Colorado ignored my petition in the Fall 2023, & once again in the Spring 2024. I got the Spring 2024 claim returned to me over some minor technicality. I've also sent The Governor of Colorado several pardon requests, periodically sent, Fall 2023, Spring 2024, Summer 2024, two by email, a few by twitter (x.com), & another by hard copy (a 100-page booklet) in the mail. I haven't heard anything back from him.

So this is my 3rd attempt at sending in my claim to the US District Court. As much as ex parte is frowned upon, I am a citizen of these United States, & I have a right to be heard, & I have a right to have my day in court.

Thank You,

Johnathan D. Masters
June 26, 2024

6-26-24

No.

In The

# District Court of the United States

District of Colorado
Alfred Arraj Courthouse
901 19th St., Denver, CO 80294

John Masters (Petitioner)

v.

The Criminals & The Colorado Officials Who Protect Them
(short title)

On Petition for Writ of Certiorari

To The Colorado Supreme Court

PETITION FOR WRIT OF CERTIORARI

John Masters
c/o Lovelock Post Office
390 Main Street
Lovelock, NV 89419
775.335.5092
ninjahippie755@gmail.com

i

## 23 Parties to Proceedings (Respondents)

Gilbert M. Roman, Robert Pickerell, Phillip Greeney (c/o Gary Gonzales), Susan Lucero, Sam Jepsen, Soto Cruz, Noah Spalding, Adam Clayton, Dan Sanchez, Kenneth Capen (c/o Keith Schultz), Jacqueline Mitchell, Louis DeJoy, Brian D. Boatright, Nathan Ruybal, Clarence Vigil, Mike Gonzales, Michelle Quintana, Troy Zinn, Joe Canty (c/o Anne Kelly), & Victor Hummel.

## Questions Presented For Review

1) Does Equal Protection (14th A.) & Establishing Justice (Preamble) mean that Americans are constitutionally guaranteed to be free from Crime, especially major crime?

A) That the Privilege & Immunities Clause of the 14th Amendment protects the 5th Amendment, including clause 1, & that the Slaughter-House Cases narrow interpretation of the Clause should be rejected, &;

B) That the Due Process Incorporation to the States via the 14th Amendment protects the 5th Amendment, including clause 1 as well.

2) If both the text of the Colorado Constitution & US Constitution guarantee a Grand Jury Indictment prior to a Petite Jury for a felony charge, why doesn't that guarantee a Grand Jury Indictment prior to a Petite Jury for a felony charge?

3) A Defendant does not or does have a Constitutional Right to give Instructions to the Jury, for questions on their theory of law, during the fact?

4) Since 2022 *Dobbs*, is the *Miranda* decision still good, current, active law?

5) Is it true that SCOTUS actually supports 18 "fiat freedoms" (fictional freedoms, freedoms created out of thin air, freedoms not strictly constructed) while not supporting 19 constitutional freedoms, specifically enunciated & enumerated in the one & only US Constitution?

6) Videotape is self-authenticating, correct?

7) Our Rights are self-executed, are they not?

8) An American's total "bushel of freedoms" includes the Rights in the US Constitution as well as the Rights included in their respective State Constitution, right?

iii

## Table of Contents

Intro to Federal Appeal, Part 2 ("On Justice") ………….. pg. 1-3

List of 43 Reversible Errors ……………………………. pg. 4

18 Fiat Freedoms vs. 19 Constitutional Freedoms …....… pg. 7 to 8

9 Conclusions from Part 1 of the Appeal ("On Freedom") pg. 8 to 9

Explanations of 43 Reversible Errors ……………………. pg. 10-56

No Equal Protection ……………………………………….. pg. 10-18

The Physics Are All Wrong …………………………….. pg. 22-23

Meticulous Instructions Thrown Out …………………….. pg. 24-27

Final Error, Error 43 …………………………………... pg. 56

Concluding Remarks …………………………………….... pg. 57-74

My 8 So-Called Mistakes ………………………………. pg. 71

Eternal Laws ……………………………………………. pg. 73

## Table of Authorities

1974 *US v. Nixon* .............................................. pg. 37

1803 *Marbury v. Madison* ...................................... pg. 26

Federalist Paper #78 ......................................... pg 26, 27

**The 7ᵗʰ Amendment (US)** ................................... **pg. 72**

CRS 18-3-206, No Menacing (CO) ...................... pg. 26

Art. 2, Sec. 13 (Colorado's 2ⁿᵈ Amendment) .................. pgs. 25, 27

Art. 2, Sec. 6, Right to Colorado Courts for every Person ...... pgs. 12, 19

**Federalist Paper #80** ......................................... **pg. 72**

Federalist Paper #84 .......................................... pgs. 6-7

Colorado Art. 2, Sec. 2 ...................................... pg. 10

2008 *Heller v. DC* ............................................ pgs. 24, 27

2000 *Bush v. Gore* ........................................... pg. 11

1886 *Mackin v. US* ........................................... pg. 9

1956 *Costello v. US* .......................................... pg. 9

1958 *Green v. US* ............................................ pg. 9

1976 *Mandujano v. US* ....................................... pg. 9

**The US Preamble** ............................................ **pgs. 10-11**

Art. 2, Sec. 25, The Right to Due Process (Colorado) ........... pg. 14

CRS 18-8-404 & 405, No Official Misconduct (CO) ............. pg. 15

Colorado's Victim's Rights (Art. 2, Sec. 8A) ................. pg. 12

Art. 2, Sec. 3 (CO) ........................................... pg. 12

Art. 1, Sec. 3, Paragraph 7 (US) ............................ pg. 12

Art. 2, Sec. 5, Colorado's Right To Vote ...................... pg. 16

1960 *Vigil v. Colorado* (CO) .............................................. pg. 70

The 5th Amendment (US), (Grand Jury Clause) .......................... pg. 9

Art. 2, Sec. 8, Colorado Grand Jury Clause ............................. pg. 9

No Ex Post Facto Laws, Art. 2, Sec. 11 (CO) ......................... pg. 21

Implied Due Process, A1.S9.C3 (US Const.) ...................... pg. 21

1798 *Calder v. Bull* (US)............................................. pg. 21

The 8th Amendment (US) ............................................. pg. 55

No Perjury, CRS 18-8-502 & 503, 1st & 2nd Degree ................. pg. 31

The 6th Amendment (US) .............................................. pgs. 30, 35

1966 *Miranda v Arizona* ............................................. pgs. 7, 54

The 2nd Amendment (US) ............................................. pg. 54

Colorado's Right to Counsel, Art. 2, Sec. 16 ....................... pg. 55

pgs. 7-8=

1977 *Moore v. East Cleveland*; *Loving v. Virginia* (1965); *Obergefell v. Hodges* (2015); *Turner v. Safley* (1987); 1965 *Griswold v. Connecticut*; 1925 *Pierce v. Society of Sisters*; 1923 *Meyer v. Nebraska*; 1942 *Skinner v. Oklahoma*; 2003 *Lawrence v. TX*; 2008 *DC v. Heller*; 1961 *Mapp v. Ohio*; 1914 *Weeks* decision; 2020 *Ramos v. Louisiana*; 1952 *Rochin v. California*; 1958 *NAACP v. Alabama*; 1984 *Roberts v. US Jaycees*; 1985 *Winston v. Lee*; 1990 *Cruzan v. Director*; 1886 *Boyd v. US*; 1966 *Miranda v. Arizona*.

+plus The Enlightenment+


The Compelling Reason to take up this case:

Since Injustice anywhere is a threat against Justice everywhere, then nothing less than the fate of The Republic is on the line.

vi

"In the state of nature every man is, under God, judge & sole judge of his own rights & of the injuries done him. By entering into society, he agrees to an arbiter or indifferent judge between him & his neighbors; but he no more renounces his original right than by taking a cause out of the ordinary course of law, & leaving the decision to referees or indifferent arbitrators." ~Samuel Adams, The Rights of the Colonists, Nov. 20, 1772

<center>xxx</center>

Said a Costilla County Jailer: "It's not what you do that gets you into trouble, but who you do it too."

Another juror was very adamant against Costilla County & her public officials, since his brother had defended himself against an intruder, & Costilla County ended up ruining his brother's life. So that one guy has taken an eternal vow to never trust anybody in the Costilla County courts. Ever. Never ever. He was removed "for cause" as well. That was back in 2023.

"Good luck!" said one Costilla County citizen as she was leaving from the initial jury pool/jury selection thing. "Thank you," I told her back.

One juror in the general pool said that he's "so jaded by the system" that he didn't think he'd be a good juror. He wasn't selected.

"You don't look like you belong here," said one of the Costilla County's Jail Birds, to a fish out of water.

Upon closer examination in Judge's Chambers, one Costilla County citizen/potential juror said, "I think he's just trying to abide by The Code." Which he was right about. He had seen some of John Masters' testimony, some of my videos, & he himself was actually working at Planning & Zoning Office at the time, which I thought was fine. He said he was influenced by my videos, positively, so therefore, Michael threw him out of the realm of power "for cause".

<center>xxXxx</center>

We as American "persons" get a Right To Life, constitutionally speaking. Both the 14th & 5th Amendment requires "Due Process" to be effectuated prior to our Property or Liberty or Life being taken away. The 5th Amendment is said to keep the Feds in line, & the 14th Amendment, The 50 Nifty Nation-State Republics. The 50 States & The Feds, ie Madison's "Confederated Republic". That's a Right to Life & Liberty & Property, guaranteed by the US Constitution, just as John Locke said, interesting enough, & not Thomas Jefferson.

<center>xxXxx</center>

I hate to sully my impeccable legal analysis with some details of the facts of this case, but here goes.

Me shooting 3 warning shots from behind my house straight up into the air wasn't a petty offense, nor a felony, nor a misdemeanor. It wasn't even a crime. It was me being an American, a Coloradan-American, asserting a Coloradan-American Right, clearly enumerated in Colorado's & America's Constitution. Joe Canty threatened to murder me & my dogs, to damage my property, to run his big rig

<center>1       The Federal Appeal, Part 2</center>

up onto my property, at my home, when I was just peacefully taking a stroll with my dogs in the backyard. Joe Canty was being obnoxious & dangerous for no apparent reason, & I defended myself, home, person, & property, perfectly in the name of Colorado Law (Section 13), without injury, nor incident. This is such a nothing burger, it's not even funny.

Apparently, when a cop makes an arrest (one man's arrest is another man's kidnapping), & gets the Bail Bondsman to take $5,000 from you in bail money, then the judge & DA feel "ethically obligated", not to truth, love, domestic tranquility, peace, general welfare, nor establishing justice, but instead, to ruin your life with more bad behavior. To establish INjustice. I mean, hey, they got the body, so why not keep on abusing it? They want to pile the bad behavior up on top of the bad behavior they've already started, in order to cover up their initial & continuing awfulness.

I wonder if they could even spell Virtue. Or say "Virtue" without turning into a pillar of salt.

Not only was I not in the wrong, but I did what was right. 100% right. I enforced my American Freedom. I flexed my Right as a Coloradan.

If you would have been in the same situation, what would you have done differently?

Should I have tried to petition Joe Canty to stop? Peacefully assembled? How does my right to religion stop a temper-mental driver from veering off-course & attacking me?

What else does Colorado Law allow for me to do to stop the threat?

When I used my Speech to order him away from my house, he laughed. He kept on smiling, & looking over at me, & he jerked his steering wheeling, running up on the embankment of the desert dirt road, threatening me.

Perhaps one could ask me, why would I presume that he would drive over at least 600 feet's worth of sage brushes, to attack me, run my dogs & fence over, or menace me, or whatever? Why? Well, it's happened once before. It's not without precedent. Captured right on video. I don't know who the fat faced jerk was. But that crime was captured on videotape. A video camera is the moving pictures of God. While an honest eye witness testimony is decent evidence, no evidence is better than video. I sometimes wonder, if I didn't see or hear or experience it personally, nor was it videotaped, did it actually happen?

All that's caught on video camera can't be denied. Videotape is self-authenticating. None of the crimes that I reported & documented & pictured, or even videotaped, were ever investigated, nor pursued, by any of the Costilla County Sheriff's Office, let alone were any of the culprits arrested or ticketed.

Like responsible police, I used a continuum of force. When I was being threatened, I made my command to leave, & then I moved up the continuum. Joe Canty didn't hurry up, & get to his destination. He slowed down. Like how that criminal did to my Tecumseh. Joe Canty didn't do his due diligence to make sure he wasn't menacing others. Joe Canty did the opposite. He slowed down. And was laughing, because the way he was driving was intentional, to provoke me. Or at least, not worried about how his behavior was affecting me or my dogs.

Joe Canty had jerked his steering wheel, & subsequently the big rig, towards me, threatening me. And then he was driving past me again.

Hands & feet & tasers couldn't be used, so therefore I fired a few warning shots. Warning shots, straight up into the air, from behind my house, out of sight, prevented the guy from being shot or injured in any way, shape, or form.

No physical force was used at all. Joe Canty testified there was no injury. Christian Glass, Johnny Hurley, Elijah McClain can't say the same.

And that ended the situation.

Being an American, born on this soil, doing an American freedom, as my US citizenship grants me the right to be & do, was right, is right, & always will be right. Americans get to do our American Freedoms. Of course we do. That's the whole point of this country. Protecting Freedom & Justice are 2 of the 6 End Objects of the US Constitution.

If Americans don't get to do American Freedoms, then who does? Who are American Freedoms for, if not for the red, white, & blue to the core Americans? Who gets to perform the freedoms guaranteed by our constitution if not the citizens of this nation?

A Right is a legal claim of authority, & a constitutional Right is even more so.

It's a 2nd Amendment case as well. Liberals need protection as well. If I'm not allowed to defend my home, person, & property by bearing arms, is anybody in Colorado allowed to do so? And if not, are any of the freedoms listed in Colorado's Bill of Rights real, actual, good, active, current law?

Essentially what Michael Gonzales is saying is that we get to be pretend Americans, with pretend rights & privileges, but if we use our pretend privileges or immunities, then they're taken away from us? So, be a loyal & proud freedom-loving American, work hard, play by the rules, but if you do so, then we are stripped of our liberties as an American? That doesn't make any sense. It's like there's no liberties to begin with at all.

Michael Gonzales is establishing injustice against the good & the lawful, the direct opposite of what America fundamentally is about.

If we're not allowed to establish justice, then we're flat out just not doing America right. He's taking my America away from me.

Establishing Justice is 1 of America's 6 main purposes for existing. Protecting our Civil Liberties is another. & Insuring the domestic tranquility is another.

xxXxx

We As Americans Have A Right To Appeal:

3                                                    The Federal Appeal, Part 2

"The judicial power shall extend to all cases, in law & equity, arising under this constitution, the laws of the United States, & treaties made, or which shall be made, under their authority;" … "In all cases affecting ambassadors, other public ministers & consuls, & those in which a state shall be party the supreme court shall have original jurisdiction. **In all the other cases** before mentioned, the supreme court shall have **appellate jurisdiction**, both as to **law & fact**, with such exceptions, & under such regulations as the Congress shall make." (Art. 3, Sec. 2).

**xxx**
### List of Reversible Errors

[1]- No Equal Protection;

[2]- 4 Eyewitnesses & 1 Material Witness Not Compelled To Attend;

[3]- No Access To Colorado Courts;

[4]- No Psychologist, Psychiatrists, or Psychoanalysts were allowed to be called to the stand;

[5]- No Grand Jury, No Preliminary Hearing, No Evidentiary hearing at all; just 2 years worth of continuances & rubberstampings a liar's lie down the people's throats;

[6]- Ex post facto law was passed & influenced Jury's Decision;

[7]- Not enough evidence to prove case; **The Physics** Don't Make Sense;

[8]- The actions doesn't meet the definition; the fact doesn't meet the elements;

[9]- Defendant's Instructions Thrown Out; Generic self-defense instructions not given either; which person isn't allowed to defend themselves? Also, my instructions were fair, super fair; more than fair; him chucking away my portion…

[10]- My American & Coloradan right to bear arms in defense of home, person, or property, as protected by both Colorado & American 2nd Amendment wasn't upheld.

[11]- **No Injury**. It's like they don't have a fundamental philosophy at all; they create problems where none exist.

[12] No Michio Kaku book, nor even 1 single page printed off from his book, on the reliability of eyewitness testimonies, not excepted, in contradiction of the rules of evidence;

[13] My public testimony, nor my statement to the court were admitted into the evidence pool.

[14] NO IMPEACHMENT

[15] Joe Canty's Perjury

[16] Danny Sanchez

[17] Hunter Valesquez

[18] Susie Lucero not testifying; off-record perjury

[19] Soto Cruz not testifying

[20] Victor Hummel's Perjury

[21] Games With Subpoena; corruption; Arresting Officer, nor head of Planning & Zoning, came to testify;

[22] Can't ask if Jinx is a right wing sovereign; Westword Article not Submitted;

[23] Quintana & Gonzales playing games with the videos & transcripts;

[24] 3 day time limit; 20 minute limits on opening & closing;

[25] Objection Without The Grounds Being Laid;

[26] DA suggested I had sex with Eva Miller, one of my witnesses, without any evidence; to imply that she's biased;

[27] Robert Pickerell Is A Criminal

[28] Phil Greeney Is A Criminal

[29] Keith Schultz

[30] Nobel Havens

[31] Brandon Howerton

[32] 5 videos of the cops not shown

[33] Judge's friend allowed in Jury

[34] Change of Venue not upheld

[35] Not a jury of my peers

[36] Tecumseh

[37] Videos of Blatant Crimes Committed In Community Not Admitted

[38] Sam Jepsen Is A Criminal

The Federal Appeal, Part 2

[39] Miranda Warning not read to me

[40] No Legal Advisor assigned to me

[41] 911 Calls Not Admitted Into Record

[42] Stamping Guilty on an Innocent Man is Cruel & if not Unusual, should be

[43] Barred from talking about Planing & Zoning.

<center>xxx</center>

There's 3 things that I want to gain with this appeal: certiorari on no grand jury indictment; breaks 14th A due process clause construction; also breaks 14th P&I clause as well; plus equal protection clause too; Grand Juries are literally due process, ie procedural freedoms; but substantial as well; & constitutional;

[1] Certiorari on the merits, on Grand Jury Indictment, & on 43 reversible errors, by Colorado Supreme Court, if they dare, or by the US District Court, US Appeals, & then the US Supreme; to be heard, to be understood, by somebody in my government; I read somewhere that US citizens are allowed to file a claim or 2 in US courts.

The petitioners in 2010 *McDonald* turned in 2 certiorari submissions with SCOTUS based upon 2 schools of thoughts, which I request here as well:

A) That the Privilege & Immunities Clause of the 14th Amendment protects the 5th Amendment, including clause 1, & that the Slaughter-House Cases narrow interpretation of the Clause should be rejected, &;

B) That the Due Process Incorporation to the States via the 14th Amendment protects the 5th Amendment, including clause 1 as well.

[2] Habeas Corpus Hearing, to at least have some kind of preliminary or evidentiary hearing or mini-Grand Jury hearing, or Grand Jury equivalent, if that's even possible, where the thinnest veneer of a judiciously concluded probable cause can be established, by a fair, balanced, & even-handed magistrate, so that some kind of due process in lieu of & equivalent to a grand jury indictment can take place:

"The privileges of **the writ of habeas corpus** shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it." (A1.S9.C2. (US)). The term "habeas corpus" is Latin which means "(that) you have the body"; "in law, **a writ or order** requiring that a prisoner be brought before a court at **a stated time & place** to decide the legality of his detention or imprisonment; the right of habeas corpus safeguards one against **illegal detention or imprisonment.**" (Webster's New World Dictionary, 1960.)

In Federalist Paper #84, Alexander Hamilton quotes Blackstone on how being whisked away to jail arbitrarily is one of the most dangerous things a runaway absolutist government can do to another person. Hamilton then points out that the writ of Habeas Corpus is there to prevent such abuses:

The Federal Appeal, Part 2

"The creation of crimes **after the commission of the fact,** or, in other words, the subjecting of men to punishment for things which, when they were done, were breaches of no law, & the practice of arbitrary imprisonments, have been, in all ages, **the favorite & most formidable instruments of tyranny.** The observations of the judicious Blackstone, in reference to the latter, are well worthy of recital:

"To bereave a man of life, would be so gross & notorious an act of despotism, as must at once convey the alarm of tyranny throughout the whole nation; **but confinement of the person, by secretly hurrying him to jail, where his sufferings are unknown or forgotten, is a less public, a less striking, & therefore a more dangerous engine of arbitrary government."**

And as a remedy for this fatal evil he is everywhere peculiarly emphatical in his encomiums on the habeas corpus Act, which in one place he calls "the BULWARK of the British Constitution." (Fed. P. 84).

[3] Reverse & Remand a Retrial. I want a fair, balanced, & even-handed trial. I want to present my case to a jury of my peers to the best of my ability.

<div align="center">

**xxx**
## Quick Recap of Part 1
</div>

What all did we learn from the "Grand Jury In America" Report, part 1 of this appeal? First we learned that SCOTUS upholds at least "18 fiat freedoms", & may or may not enforce 19 specifically enumerated constitutional Freedoms. The "state incorporation" doctrine has been severely limited to just Amendment 1 through 8, & not even really those either.

<div align="center">

### 18 Fiat Freedoms
</div>

[1] The Right to Reside with One's Relatives – (1977 Moore v. East Cleveland);

[2] The Right to Marry – (Loving v. Virginia (1965)); (Obergefell v. Hodges (2015)); (Turner v. Safley (1987));

[3] The Right to Use Contraception In Sacred Marital Bedrooms – (1965 Griswold v. Connecticut);

[4] The Right to Decide One's Child's Education – (1925 Pierce v. Society of Sisters; 1923 Meyer v. Nebraska);

[5] The Right to NOT be Sterilized Without Your Consent – (1942 Skinner v. Oklahoma);

[6] The Right For 2 Consenting Adults to Have Sex In The Privacy of Their Own Home - (2003 Lawrence v. TX);

[7] The Right to Self-Defense – (2008 DC v. Heller);

[8] The Exclusionary Rule – The fruit is poisoned if gotten by illegal means; Evidence gathered illegally can't be admitted into evidence; (1961 Mapp v. Ohio; 1914 Weeks decision);

[9] Unanimous Jury Notes – (2020 Ramos v. Louisiana);

[10] The Right to Bodily Integrity – (1952 Rochin v. California);

[11] The Right to Security of One's Home – (1886 Boyd v. US);

[12] The Right to Expressive Association – (1958 NAACP v. Alabama; 1984 Roberts v. US Jaycees);

[13] The Right to Refuse Surgery or Forced Administration of Drugs -- (1985 Winston v. Lee);

[14] The Right to Reject Life-Saving Medical Treatment – (1990 Cruzan v. Director);

[15] The Right to Have Children – (1942 Skinner v. Oklahoma);
[16] The Right to the Privacies of Life – (1886 *Boyd v. US*);
[17] The Right to a Miranda Warning – (1966 *Miranda v. Arizona*), &;
[18] The Right to Privacy – (1961 *Mapp v. Ohio*).

By only incorporating Amendments 1 through 8, this ignores the Body of the Constitution (7 Freedoms), the 9th & 10th Amendment (2 more freedoms), & Amendments 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, & 27 as well.

### 19 Constitutional Freedoms, Not Incorporated To The States

[1] freedom from bills of attainder;
[2] the right to contract;
[3] the right to a post office box;
[4] the right to a jury trial in all criminal cases;
[5] the right to habeas corpus;
[6] freedom from ex post facto laws.
[7] The Right to Travel Between The States (Art. 4, Sec. 2, cl. 1, "The Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in the several States.").

"It may be esteemed the basis of the Union, that 'the citizens of each State shall be entitled to all the privileges & immunities of citizens of the several States.'" ~Federalist #80

[8] The Right to Rights not Mentioned (9th Amendment);
[9] The Right to Powers the Federal Government doesn't have (10th Amendment).
[10] Women's Right to Vote (19th A.); Black Man's Right to Vote (15th A.); 18 Year Old's Right to Vote (26th A.); Freedom from Poll Taxes (24th A.); all which Imply a General, All Citizens Have A Right to Vote;
[11] Freedom from Slavery or Involuntary Servitude (13th A.);
[12] Freedom of Due Process & Equal Protection & Life & Immunities & Property (14th A.);
[13] The Right to Birthright Citizenship (14th A.);
[14] The Right to Alcohol (21st A.);
[15] Freedom From 2-Term Presidencies (25th A.), &;
[16] Freedom from Congress giving themselves a raise (27th A.).
[17] The Grand Jury Indictment Clause – The 1st clause of the 5th Amendment;
[18] The 3rd Amendment – Freedom From Quartering Soldiers, &;
[19] The 7th Amendment – The Right To A Jury Trial For Civil Matters Over $20.

Lastly, there were 5 conclusions in the original report. I added 4 more conclusions here now today, so 9 total are written here now today:

### 9 Conclusions:

[1]- The Grand Jury seems to have begun in Norman-Occupied England with the 1166 Assize of Clarendon of Henry II, carried on through the 1215 Magna Carta, the 1641 Grand Remonstrance, Massachusetts 1641 Body of Liberties, Pennsylvania's 1682 Frame of Government, New York's 1683 Privileges & Liberties, 1769 Blackstone, etc.

[2]- There's a direct continuity of The Grand Jury System from the ancient days of English yore to the American shores: "Grand juries were established in the various colonies almost immediately: Massachusetts Bay in 1634-1635, Plymouth in 1635-36, Maryland in 1637, Rhode Island in 1640, Virginia in 1641, Connecticut in 1643, Pennsylvania in 1683, & New Jersey in 1675. The grand jury quickly became the primary vehicle for the colonists to voice their grievances against the British, due to its independence from direct royal control." (Robert Paule).

[3]- Grand Juries are a part of American history, including helping to give vent to our grievances, which eventually led to our birth: John Peter Zenger, inspection of public buildings, Stamp Act Riots, spousal abuse, Paul Revere, witches, James Madison, robbery, Patrick Henry, not repairing the stocks, John Hancock, Thomas Jefferson, Aaron Burr, Nevada's 1864 Constitutional Convention, Boss Tweed, Howard Roark, 1956 *Costello*, Richard Milhous Nixon, 1976 *Mandujano*, William J. Clinton, John Masters, Donald J. Trump, etc.

[4]- The legal history of the Grand Jury is a part of the general history as well. The history of the use of Grand Juries isn't as important as what's good, active, current Law, aka the most important part. The Law is The Law, strictly constructed. 55mph is 55mph, clarified with pinpoint accuracy in re Originalism. The right to a grand jury indictment has always been Colorado Law circa 1876, for all of it's 148 years of existence. The right to a grand jury indictment has been virtually always American Law as well circa 1791 for the last 233 years. Technically, in 1789 & 1790, the first 2 years of our American Constitutional System, there was no Right to a Grand Jury Indictment, strictly constructed. But for 233 of the last 235 years, on the books, it's been an American Right.

[5]- There's no repealing clauses in My Bushel of Freedoms (US Bill of Rights + My States' Bill of Rights) regarding the Grand Jury Indictment Liberty. Since Colorado's Legislature hasn't abolished the Grand Jury System, or Amended it in re Felony, then the opponents of the 5th Amendment don't have a single Constitutional leg to stand on. Conversely, with equal fervent, my Right to a Grand Jury Indictment for a Felony Charge is standing on 2 very strong Constitutional Legs, Section 8 of my Colorado Bill of Rights, & The 5th Amendment, Clause 1, of my US Bill of Rights.

[6] The 11 States who ratified The Bill of Rights in 1791, including the Grand Jury Indictment requirement for "capital" & "infamous" crimes, were as follows: **Vermont, North Carolina, South Carolina, Virginia, Rhode Island, Maryland, Delaware, New York, Pennsylvania, New Jersey, & New Hampshire.** Eventually the other 3 states did so later.

[7] Federal courts have ruled that any crime that may be punished by more than 1 year imprisonment in a penitentiary or at hard labor is an infamous crime. **1958 Green v. US; 1886 Mackin v. US**; US v. Russell (8th Cir. 1978); Catlette v. US (4th Cir. 1943); All federal felonies carry that minimum punishment, 1 year in a penitentiary or at hard labor, so therefore, all federal felonies require a grand jury indictment. In America, Person A cannot charge Person B with a Capital or Infamous (aka Felony) accusation, & get a good, clean Conviction without a Grand Jury Indictment, constitutionally-speaking.

[8] A Grand Jury Indictment is the 1st suggested step in Article 1, Section 3, last paragraph, of a 4-Step Due Process. Art. 1, Sec. 3, last paragraph of the US Constitution suggests these 4 steps in criminal procedure: 1) Indictment; 2) Trial; 3) Judgment, & then; 4) Punishment.

[9] A right is a legal claim of authority. An American Right is a constitutionally-protected legal claim of authority, exclusively for Citizens.

"Wherefore, security being the true design & end of government, it unanswerably follows that whatever form thereof appears most likely to ensure it to us, with **the least expense & greatest benefit**, is preferable to all others." ~Thomas Paine, Common Sense

<div align="center">

**xxXxx**

**[1] No Equal Protection**

</div>

My phone calls to the police, me wanting to press charges, my duly verified affidavits weren't upheld. Sam Jepsen, Noah Spalding, Robert Pickerell, Hiram Richardson, Jacqueline Mitchell, & Phil Greeney all committed crimes against me, crimes much worse than Felony Menacing. I called Costilla County's Sheriff's Department, & they did virtually nothing. I had read an article about a different Colorado man up north, who had called 911 a dozen times, only to end up being shot & killed himself. Michael said that I should have just kept on calling the police, but they were already making up stories – that I'm seeing things, that I'm crazy, that I'm lonely & just wanting to bother the police, that I'm setting them up for an ambush, etc. "Knowledge is finite, & Imagination encircles the globe."

"Section 1. All persons born or naturalized in the United States, & subject to the jurisdiction thereof, are citizens of the United States & of the State wherein they reside. **No State shall** make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without the due process of law; nor **deny to any person within its jurisdiction the equal protection of the laws.**" (14th Amendment, Section 1 (US)).

I called most of the times that I saw crime. I wished I could have called all of the time I saw any & all crime, but I could tell that they were being bothered. Even though the local county Sheriff's Office were not making any arrests, I thought at the bare minimum that I was doing my due diligence as a citizen of Costilla County by reporting nearly all of the crimes that I witnessed. All of the dozen or so 911 calls were never admitted into evidence, but I am precise with my words, & descriptions of what happened. Those 911 calls tell The Truth, & they wanted to pretend nothing was happening,

When We as Coloradans don't have "Safety & Happiness", Then We as Coloradans have a Right To Revolution:

> "The people of this state have the sole & exclusive right of governing themselves, as a free, sovereign & independent state; & to alter & abolish their constitution & form of government whenever they may deem it necessary to their **safety & happiness**, provided, such change be not repugnant to the constitution of the United States." (Art. 2, Sec. 2).

We as Americans – those born on this soil – have a right, no, a duty, to establish justice:

> "We The People of the United States, in order to form a more perfect union, **establish Justice,** insure domestic tranquility, provide for the common defence, promote the

<div align="center">

10             The Federal Appeal, Part 2

</div>

general welfare, & secure the blessings of liberty to ourselves & our posterity, do ordain & establish this Constitution for the United States of America." (Preamble).

Madison said in Federalist #51: **"Justice is the end of government. It is the end of civil society. It ever has been & ever will be pursued until it be obtained, or until liberty be lost in the pursuit."**

"Establishing Justice" is also promoting "the general welfare" & providing "for the common defense" & insuring "domestic tranquility" & it forms "a more perfect union". That's hitting 5 birds with 1 stone.

The 2000 *Bush v. Gore* decision rested upon the Due Process & Equal Protection Clauses of the 14th Amendment.

"The problem of equal protection in election processes generally presents many complexities", wrote Justice Scalia. The problem is "a state court with the power to assure uniformity has ordered a statewide recount with minimal procedural safeguards. When a court orders a statewide remedy, there must be at least some assurance that the rudimentary requirements of equal treatment & fundamental fairness are satisfied."

In order to comply with Due Process & Equal Protection, 3 specific steps were outlined in *Bush* that the Florida officials needed to do in order to have fair & uniform recount procedure:

[1] Adopt a uniform definition for What is a Legal Vote;

[2] Implement "practicable procedures to implement them", & ;

[3] Put in place an orderly judicial review for any problems which may arise from #1 & #2 above.

Using 2000 *Bush v. Gore* as a standard model for a US Criminal Justice System, to establish Equal Protection from crimes, first we need to define what a Crime is.

Second, we need a fair "practicable" procedure for ticketing & arresting folks, ie A Criminal Justice System.

Thirdly, we need a place for "an orderly judicial review" of our definition of crime & the process thereof.

"Those who expect to reap the blessings of freedom, must, like men, undergo the fatigues of supporting it." ~Tom Paine, American Crisis #4, Sept. 12, 1777

A crime is when one person injures another person. There's petty crimes & misdemeanors, but there's also felonies, which are typically the major crimes.

Here are some Categorical Imperatives, ie Major Crimes that can never be: Assault (don't nab, grab, bag, jab, or stab), Rape, Murder, Torture, Abuse, Robbery, Arson, Enslavement, Kidnapping, Bearing False Witness. I can't think of any worse crimes that one person can do to another person, can you?

The Federal Appeal, Part 2

Perhaps one can't presume to be free from every single violation which may happen, but when it comes to the major categorical imperatives, clearly, our respective dual governments should be protecting we the people from major violent crimes to the best of their ability.

Colorado's Victim's Rights implies a Right to be Free From Crime; Art. 2 Sec. 3 of Colorado's Bill of Rights say that all of Colorado's citizens have a Right to **Life**, Liberty, **Property, Safety**, & Happiness. Nevada Law uses the term "criminal justice process" (Section 8a).

Government itself, Victim's Rights, The Right to Establish Justice in the US Preamble, all imply, or maybe expressly, that we have a right to be free from Crime. And in order to be Free From Crime, we need a functional Criminal Justice System, one with judicial oversight. Like Hobbes said, without Security, the state of nature is man versus man, everybody versus everybody, & nothing & nobody survives.

The US Constitution suggests that "Indictment, Trial, Judgment & Punishment" as a loose framework of due process within the US criminal justice system in Art. 1, Sec. 3, Paragraph 7:

… "but the party convicted shall nevertheless be liable & subject to **indictment, trial, judgment & punishment**, according to law."

Aristotle said that justice is becoming one's own. MLK, Jesus, lots of folks think justice is one of the worthiest virtues out here, since it is.

Colorado even boasts of every citizen, no, person, as having a Right to Access To Colorado's Courts in the name of "Right & Justice":

"Equality of Justice. Courts of Justice shall be **open to every person**, & a speedy remedy afforded for **every injury** to person, property or character; **& right & justice** should be administered without sale, denial, or delay." (Art. 2, Sec. 6).

<center>xxx</center>
<center>The Crimes Against Me</center>

How can the standard for probable cause be different for Person A than for Person B, or C, or D? If the Rule of Law means anything, then it can't be. Charging the victim with a lesser crime with lesser evidence than those the victim filed earlier runs the gamut against logic, goodness, reason, & The Rule of Law.

If Person A hits Person B 200 times, & Person B tells Person A to stop, Person B is not the criminal. Person A is. & as a society, we want Person B to stand up for themselves, because the quicker a bully is put in their place, the better.

Michael did not give me access to the criminal court since I was "ex parte". I had called 911 during the proceedings when crimes occurred, & prior to the proceedings. The 911 records weren't admitted into the record. Perhaps one could argue that I was making stuff up during the proceedings to get off the hook, but how can we ignore the dozens of 911 calls that the police & clerks & judges & prosecutors all ignored that happened prior to charges being put on me?

<center>12</center>

I asked what my options were, & Michael said that I only get to apply for a restraining order, or to take Person B, C, or D to civil court & that's it. That's it? That goes against Section 6 of Colorado's Bill of Rights. I get access to the criminal courts, just like any other citizen out here, with or without a cop or lawyer's endorsement.

"Right & Justice should be administered without sale, denial, or delay." It's been denied & delayed. All courts of justice should be open to all persons. They have not been open at all ,& no therefore no speedy remedy either.

Seeing how Michael did me, not caring for the truth, lying, cheating, giving me bad advice, only had bad intentions, it would be hard to trust him to run a restraining order hearing or a civil court fairly & evenhandedly. How much trust am I supposed to put in the guy who screwed me over & kept on screwing me over? 1.5 years, 27 appearances. He says he doesn't give advice, but advised me to waive the speedy trial, when a dismissal option was sitting right there.

How much does Michael charge to sabotage an ex parte citizen's restraining order hearings & civil cases?

I wanted to, & still want to, press criminal charges against these 7 criminal civilians:

[1] Sam Jepsen; he's driving a Green Blazer, harassing me lots; he seems to work, or know folks, by the Biodiesel Plant; I've seen the Green Blazer up there; shot shots at me one night.

[2] Kenny Capen; Felony Menacing, over & over again; I got a videotape that shows a guy tapping a pistol on the side of his white SUV; he just came from Pickerell's house; none of the DAs, cops, clerks, judges in the SLV thought that a crime. Pickerell said Kenny Capen was his frequent visitor.

[3] Phil Greeney; Felony Menacing, over & over again; dozens of times; after the arrest in Costilla County, I moved to Conejos County, only for the harassment to continue over there as well; Greeney was one of the main perpetrators; Lucy was a witness to some of his crimes;

[4] Noah Spalding; took shots at me; Nick was witness, so was Lucy; that's at least Felony Menacing, if not attempted murder;

[5] Jacqueline Mitchell; she tried to provoke my dog, so she could run them over; I got her on videotape trying to run Shakti, the neighbor's dog, over; at the least, it's reckless driving; Jacqueline Mitchell would drive like a hooligan around my house, doing everything she could to provoke my dogs; this was right after the bloody & despicable murder of Tecumseh;

[6] Hiram Richardson; while looking for Tim-Tim, he drove around me, several times, very slowly; harassment;

[7] Robert Pickerell; I'll expand more on Robert later on. He was tailing me one day, & shining a light at my dogs another day. Harassment, Stalking;

The Federal Appeal, Part 2

All of the above also need to go through the same process I had to go through, in the name of Equal Protection:

They also should go through the ridiculous, time-consuming, exhausting, cumbersome, fatiguing process that I had to go through as well, without a driver's license, or a car, or a post office box, or a bank account:

5 men armed with AK47s arresting them,
Bail Bond Hearing,
Arraignment,
Dispositional Hearing,
Preliminary Hearing rejected,
a Subpoena Hearing,
be confronted with 8 different District Attorneys,
27 appearances,
a Kangaroo Circus of a Jury Trial, pointlessly sequestered,
Sentencing,
Appeal,
etc.

"Section 25. Due process of law. No person shall be deprived of life, liberty or property, without due process of law." ~Colorado Law, effective since 1876

Yes Officer, I want to press charges; I will swear on a duly sworn affidavit; I will go to court to testify, to the truth, & nothing but.

I didn't get any access to the courts, at any point in time. Unless you can prove that Victim A is a pathological liar, or have evidence to the contrary of what they're alleging, I think, as a cop, judge, clerk, or DA, you have to move forward on it. None of them did that.

The Ogburn Principle is to get Freedom & Justice using the fullest extent of the law. They didn't even do the bare minimum of the law, let alone the fullest extent of it.

False allegations are illegal as well, something Joe Canty knows very well.

And then once you ignore the man's serious allegation – dog being murdered intentionally & deliberately, being shot at by driversby, stealing old trucks for scrap metal, 6-12 arsons, spotlighted & harassed into all hours of the night, etc. – then you have to get to work on minimizing, excusing, & rationalizing the crimes in order to assuage your guilt.

"Uh… maybe the victim is the criminal!" "Uh… maybe dude is a cocaine dealer!" "Uh… maybe dude is a Russian cannibal terrorist!" "Uh… maybe dude is just chill & cool, & good & lawful af, just a homesteader, an average guy trying to do his thing, & we're the ones doing wrong to him, projecting our stuff onto him, watching too much Hollywood, using our imaginations too much, harassing him nonstop, for being a lawful role model, & we should realize it, correct ourselves, & absolve ourselves by doing acts of contrition." lol

-No Jury Trial for Kenny Capen felony menacing me;
-No Jury Trial for Conejos County denying me right to vote;
-No Jury Trial for Noah Spalding attempting to shoot me;
-No Jury Trial for Sam Jepsen Green Blazer fame for shooting at me;
-No Jury Trial for the person who murdered Tecumseh, my dog, blatantly, viciously, intentionally, premeditatedly;

Colorado's Police Reform added a provision that allows folks to sue a police officer in his own individual capacity to up to $25,000. You'll need a lawyer to stand up for this law, & judges too.

Here's the list of Official Misconduct/criminal officials I want charged:

[a] Soto Cruz;
[b] Shelley Quintana, Clerk from Costilla County;
[c] Hunter Valesquez;
[d] Victor Hummel;
[e] Conejos Post Office Clerk;
[f] Conejos Elections Clerk;
[g] Michael Gonzales;
[h] Anne Kelley;
[i] Danny Sanchez;
[j] Keith Schultz;
[k] Soto Cruz;
[l] Susie Lucero;

<div align="center">

**xxx**
**Official Misconduct=**

</div>

**1st degree (18-8-404)=**

**"First degree official misconduct.** (1) A public servant commits first degree official misconduct if, with intent to obtain a benefit for the public servant or another or maliciously to cause harm to another, he or she **knowingly:** (a) Commits an act relating to his office but constituting an unauthorized exercise of his official function; or **(b) Refrains from performing a duty imposed upon him by law;** or (c) Violates any statute or lawfully adopted rule or regulation relating to his office. (2) class 2 misdemeanor

**2nd degree (CRS 18-8-405)=**

**"Second degree official misconduct.** (1) A public servant commits second degree official misconduct if he knowingly, arbitrarily, & capriciously: **(a) Refrains from performing a duty imposed upon him by law;** or (b) Violates any statute or lawfully adopted rule or regulation relating to his office." (2) class 1 petty offense;

None of the public officials did their jobs. I guess Schultz would eventually show up to the scene if a 911 call was placed, but nothing after that. Tecumseh being murdered was scary & deliberate. How is that not a crime? It clearly was. A cop can whisk a lawful person to jail without any expected resistance

at whim but court officials can't be convinced of a crime with piles & piles of evidence? What the hell is going on?

While 1st Degree Official Misconduct is only a Class 2 Misdemeanor, it's precisely the crime many of them committed when they didn't do their duties, they didn't do their jobs. I don't expect the cops to always catch the bad guys, but I do expect them to make a valiant effort to do so. To take down the information, to investigate others, & to press charges when the victim insists on it.

After being arrested, I moved to Conejos County to get away from the harassment, to clear my mind, to read Colorado Law, so I could work on this case. This means that I needed a new post office box & voter registration. Conejos County Officials refused both of these points.

Elections in Colorado are supposed to be sacred. Section 5 of Colorado's Bill of Rights ("Freedom of Elections") says that:

"All elections shall be free & open" & that "**no power, civil or military**, shall at any time interfere to **prevent the free exercise of the right of suffrage.**" This has been effective law in Colorado since 1876. Conejos County doesn't know this. I would love to have a court I could go to resolve disputes fairly, who knows Colorado Law.

My right to vote wasn't upheld. These are lawful claims of constitutional authority.

The US Constitution protects the Right to Vote as well (19th A., 15th A., Art 1., Sect. 2, 26th A.): "Section 1. The right of **citizens** of the United States, who are **eighteen years of age or older**, to vote shall not be denied or abridged by the United States or by any State on account of age." (26th Amendment). "Section 1. The right of **citizens** of the United States to vote shall not be denied or abridged by the United States or by any State **on account of race, color, or previous condition of servitude.**" (15th Amendment, Clause 1). "The right of **citizens** of the United States to vote shall not be denied or abridged by the United States or by any State on account of **sex.**" (19th Amendment, Clause 1). "Sect. 2. The House of Representatives shall be composed of members chosen every second year **by the people** of the several states, & the electors of the most numerous branch of the state legislature." (Art. 1, Sect. 2). "Section 1. The right of **citizens** of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure **to pay any poll tax or other tax.**" (24th Amendment). [42] – The Right of The People To Vote for Reps & Senators (17th A.; Art. 1, Sect. 2): House of Reps is "elected by the people": "Sect. 2. The House of Representatives shall be composed of members **chosen every second year by the people of the several states,** & the electors of the most numerous branch of the state legislature." (Art. 1, Sect. 2). Senators are elected by the people: "The Senate of the United States shall be composed of two Senators from each State, **elected by the people thereof,** for six years; & each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures." (17th Amendment, Clause 1 &2).

When I lived in Conejos the first year, I registered to vote in Conejos. Then when I moved to Costilla County in 2019, I registered to vote there in Costilla, because you know, you're supposed to. When I moved back to Conejos, that Clerk wouldn't allow me to register to vote in Conejos, the same one who let me register to vote when I lived temporarily in an RV park, but not when I lived on Conejos County

16                                                    The Federal Appeal, Part 2

land on a permanent basis. He suggested for me to go back to Costilla County, & vote there, which in mind isn't right, nor legal.

Colorado's Bill of Rights basically says that no army can stop a Coloradan citizen from voting ("No power, civil or military"). It's very strongly worded. But we Coloradans don't get our Constitutional Rights unless we can afford an expensive lawyer (Koncilja & Koncilja $3500/day; $7,000/day; even Dostal wouldn't sit for $1,000/day) who is willing to brave the petty authoritarian judge with a civil liberties claim?

While the power to build post roads & offices are Legislative Powers, who are those post roads & officers for? We The People. This implies a constitutional right, the right to a post office box. How can one get their mail, & send out mail without a mailbox or a post office box?

There's nothing wrong with being skeptical, but if you didn't do any investigations to see if the crime the victim said actually took place, how can you say one way or another what happened?

If they wanted to ask me tough questions, that's fine. You want to see the evidence that I have first? Fine, I'll present my evidence to you. Ask tough examination questions. That's okay too. I'll answer your tough questions. But to presume that Person A doesn't deserve court protection, or entitled to any legal protection, because either: A) you don't know the accused, or; B) a citizen is not a cop or a lawyer or judge, is ridiculous.

Most people in the SLV are one of the 99% of ex partes. There's no telling how many crimes the officials have ignored in the name of "Ex Parte". It's no wonder to me why the criminals in the SLV do as they please. It's no wonder there's robberies & shootings & arsons & serial killings in the small community of the SLV. If you're one of the poor 40,000 or so, & a cop didn't endorse your accusation, because you weren't his friend, & you can't afford a lawyer, then you're just S Out of Luck? Ah well, try again some other time?

Allowing criminals to get away with crimes only embolden & encourage them.

To presume only cops or lawyers can initiate criminal claims is insane, especially when Colorado Law says that anybody & everybody ("every person") gets legal protection, & we get a "speedy remedy" for "every injury" to one's person, property, & even character, & that **Right & Justice** "should be administered without sale, denial, or delay."

Perhaps they're pissed off that I'm quoting them their own Colorado Law they never read or took serious a day in their lives.

Legally speaking, if a public official in the judicial branch is faced with an accusation, aren't their hands tied? Lots of folks aren't great at protecting freedoms, but stopping crimes, is that not the entire point of the criminal justice system? If they're not protecting liberty nor justice, then what in God's name are they doing?

How can we allow Person B to file criminal charges, with zero evidence, & merely a squeak of an accusation, when we've ignored Person A's accusation, & piles & piles of evidence – pictures, videotapes, written-documentation of precisely what Person A saw, the dates & the times? It makes no

The Federal Appeal, Part 2

sense. I wonder how much racism plays into all of this. George Meade was a Spanish-American, & he won the Battle of Gettysburg. George Meade was a good man.

The promise of life, liberty, & property, John Locke's language, implies a social contract, ie a contract between the government & her people.

Our Preamble protects Liberty & Justice, plus 4 other end objects.

Hobbes also says in order to protect our rights & our properties, we give up our right to everything, in return for a strong & fair government to compel obedience in matters of crime, & to have protected zones of freedoms & rights.

Again, this implies a social contract. To enforce contracts, we'll need a strong coercive force, to make the punishment of not fulfilling a contract larger than fulfilling it. We'll also need a good & responsible government to stop crimes, to resolve disputes, to protect freedoms, to insure domestic tranquility, etc.

**xxx**
## [2]- 4 Eyewitnesses & 1 Material Witness Not Compelled To Attend

The US & Colorado Constitution protects the Right to compel witnesses to court.

Every man owes society their testimony & evidence, presuming they know something of the matter. When there's a conflict between 2 individuals, & it's only the word of Person A versus Person B, then we need to get all of the witnesses we can, to help to clarify the fact. We need Witness C, D, E, & F, & G too, if possible.

There's only me & Joe who saw him jerk his steering wheel & heard me firing warning shots, the two main episodes in the series of events for that day.

Though, we don't really know for sure. I saw two men over where Nick & Noah lived, I presumed that it was Nick & Noah, & they could have heard or seen something, & Robert Pickerell, I distinctly seen, so did Joe Canty, the video saw him too, & Phil Greeney came by later with a photograph the size of a sheet of paper, like it was printed up by a personal printer, in his hand. The person who took the photograph was the woman living in the same house as Phil Greeney (Jinx's old house, Gary Gonzales & Sharona Vakni are the new owners).

So, in total, I know for sure, that Robert Pickerell & the woman who lived with Phil Greeney (Vakni?) were definitely 100% eyewitnesses, & if the 2 men weren't Nick or Noah, since I saw them from a distance, then they were at Nick & Noah's house, & therefore, Nick & Noah should know who was outside watching. I'm pretty sure it was both Nick & Noah, like 75%, but there's some doubt there.

And Phil Greeney had the photo that was taken just moments after the warning shots & the big rig threat happened.

So that's 4 eyewitnesses & a material witness, none who came to trial. I pressed hard to get Phil Greeney into court, since this wasn't the only time he's been doing seedy crap. The DA tried to block it,

& Michael only issued a "1-day only" bench warrant for Phil Greeney's contempt of court, since he was clearly & duly subpoenaed. I had my process server testify to that fact.

Instead of trying to find Person C, D, or E, to help to clarify the fact, the discrepancy between the conflict of 2 individuals, instead of ever asking me what happened, since the arrest took place, it's like the prosecutor & judge only want to press the lie of a proven liar down the people's throats. The only reason I can think of why they would do that, is because they're systemites trying to "save face" for the system. I don't see how exhausting a person so much, to force them into a plea deal, saves anybody's face of anything. If you accidentally bump into somebody, you could just say sorry, & then be on your merry way. OR, you could accuse the other person of bumping into you, & then start a bunch of legal proceedings afterwards, all based on a lie. At least with a person bumping into you, there's some physical contact to complain of. Joe Canty, the perjurer, the proven liar who bears false witness, can't even say that. He testified that there was no injury.

Does the Truth not matter? How can one establish justice without the truth? Doesn't that LSAT make sure only the best & brightest, the most logical & rational ones become lawyers & judges? All of that LSAT studying, & they can't even figure out a single obvious fact.

Phil Greeney had a photograph in his hand of me driving by in a pickup truck that very day that Joe Canty Felony Menaced me. That picture was taken just moments after the warning shots were fired. When I drove by that house, I saw an elderly brown-skinned woman come out, who I presumed was an Aunt or something of Phil's. She's the one who took the picture.

When Michael issued a "1 day bench warrant" on Phil Greeney to come in to testify, the DA made sure I couldn't tell the police what was just ordered, & when I looked outside, it looked like all of the police were called to some scene out there in the world. I presumed they were going to get Phil Greeney, but now I believe they were intentionally chasing waterfalls so they didn't have to bring their buddy in.

### xxx
### [3]- No access to the courts; Art. 2 Sec 6 is self-explanatory

"Section 6. Equality of Justice. **Courts of justice** shall be open to every person, & **a speedy remedy afforded for every injury to person, property or character; & right & justice should be administered without sale, denial, or delay.**" ~Colorado Constitutional Law, effective since 1876

Could you imagine? If you were a victim of a crime, for the police & courts to rectify the matter? Without sale, denial, or delay? For a speedy remedy to be afforded to every injury to person, property, or character? Could you imagine if the courts of justice were truly open to every person?

I had to do way more than everybody with way less. Oh wow, you had transportation & a bank account & a post office box? I bet that was tough.

Michael said that I could only file a civil lawsuit or a restraining order, but the criminal courts were closed to me, presumably since I'm "ex parte", meaning no cop or lawyer endorsed me. Michael is against a regular ol' citizen filing a claim on their own accord. As if lawyers have a monopoly on the truth. You know how you can tell when a lawyer is lying? When he moves his lips.

19                                    The Federal Appeal, Part 2

**xxx**

### [4]- No Psychologist, Psychiatrists, or Psychoanalysts were allowed to be called to the stand

Keith Schultz asked me once if I was lonely. Schultz also pointed to an airplane flying in the sky, & insinuated that it was out to get me as well. This was with Hummel & the other cop, a woman, whose name I can't remember. Hummel lied about this meeting. He said it never happened.

I need to be listened to & heard & understood. A person can only say that the sky is blue & the grass is green to an overly skeptical friend so many times before throwing their hands up. The crazy part is how I'm not being heard. I'm speaking English here. I'm writing English. It's the honest to God's truth. Is this thing on?

Why did the cops ignore my 911 phone calls made before the day of the big rig threat & warning shots? As police officers, isn't your job to go after the bad guys committing crimes? I'd think you want the good people to report the crimes they witness, so the cops can go & stop them.

There was some kind government psychologist who was in the courtroom for many of the 27 hearings. I don't know who she was or her name. It's just rich that Michael wouldn't bring in a mind doctor, or call the psychologist to the stand, who could have talked about the pros & cons of eye witness testimonies, as well as matters of insanity, if that was ever truly a concern. This case comes down to his word versus mine, & our perceptions & our state of mind. The 4 eyewitnesses & the 1 material witness & a mind doctor all would have helped to illuminate the facts of that day.

**xxx**

### [5]- No Grand Jury, no Preliminary Hearing, no Evidentiary hearing at all; just 2 years worth of continuances & rubberstampings

At no point in time was the question independently asked, "Is there any evidence?" Had a real Preliminary Hearing, or Evidentiary Hearing taken place, or Grand Jury equivalent (as if that's even possible), then this case couldn't have continued.

When I asked who established Probable Cause, Michael quickly read off some Judge's name, said he signed off on the Probable Cause, & that was that. Here's the funny thing about that. No Judge or Magistrate or Cop ever got my side of things.

I never heard of the name of the Judge Michael mentioned, when Michael said that Probable Cause was already established, & I'm skeptical any paperwork says that.

I mention a Preliminary & Evidentiary Hearing as if they were equivalents for a Grand Jury Indictment, which they are clearly not. A Grand Jury is at least 12 men voting in sync to go forward with the case, that Probable Cause exists, whereas a Preliminary Hearing can proceed to a Jury Trial with just a DA & a Judge rubberstamping a cop's kidnapping & robbery of bail money.

A fair & balanced & even-handed Judge would hear from both parties. A good judge would want to know the truth, so justice can be achieved.

California Law has specifically enumerated that all that's needed is for a "Grand Jury By-Pass" is for a magistrate to approve of the charge. Michael claimed some magistrate did so, but not himself.

Clearly the threshold of having at least 24 of your peers assent to a conviction is a higher threshold than 2 or 3 public officials behind closed doors approving of their buddy's kidnapping. And when one adds the injustice of not only not having a Grand Jury hearing, but also, no Evidentiary nor Preliminary Hearings, when both the Evidentiary & Preliminary Hearings were both clearly requested, is an even further wrong.

## xxx
### [6]- Ex post facto law was passed & influenced Jury's Decision

"Section 11. Ex post facto laws. No ex post facto law, nor law impairing the obligation of contracts, or retrospective in its operation, or making any irrevocable grant of special privileges, franchises or immunities, shall be passed by the general assembly." ~Colorado Law, effective since 1876

America's Freedom from Ex Post Facto Laws sources from 2 spots:

"No bill of attainder or ex post facto law shall be passed." (Art. 1, Sec. 9, Cl. 3; ie A1.S9.C3 (US)).

"Sect. 10. No state shall enter into any treaty, alliance, or confederation; grant letters of marque & reprisal; coin money; emit bills of credit; make any thing but gold & silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility." (A1.S10.C1 (US)).

SCOTUS told us precisely what laws "Ex post facto" prevents in re 1798 *Calder v. Bull*:

"[T]he plain & obvious meaning & intention of the prohibition is this – that the legislature of the several states shall not pass laws after a fact done by a subject or citizen which shall have relation to such fact & shall punish him for having done it. The prohibition, considered in this light is an additional bulwark in favor of the personal security of the subject, to protect his person from punishment by legislative acts having a retrospection operation..." (1798 Calder v. Bull).

Essentially, if Person A did a thing which was not a crime & then later on, the legislature passed a law to make it a crime, & then Person A was charged with the crime of the law passed after the fact, that's not allowed.

The "no warning shots" law was passed after I had fired warning shots, & was charged with something else. The legislature passed a "no warning shots" law before the Jury had convened & returned a verdict, so therefore, the Jury was influenced, by the new law, as reported by the press, if not directly, then indirectly.

I don't believe in coincidences, so ... who were the main sponsors? Martinez? That was supposed to be my Representative.

Here's 3 laws Colorado needs: 1) outlaw the throwing away of good edible food; 2) make Rape a crime; Colorado has outlawed "sexual assault" but not "Rape"; enough with the weak language, &; 3)

combine Colorado's Freedoms with America's, & have a Colorado Bill of Rights Day; & print small copies of the Colorado Constitution up for the multitude.

**xxx**
## [7] THE PHYSICS are all wrong

Since none of the 4 eyewitnesses showed up, nor did Phil Greeney, due to the DA's protection, the Government's entire case boils down to the lie of a proven liar & that's it. It's only his word versus mine. No other witnesses, no audio, no video, no pictures verify any of what Joe Canty claimed. There's not enough evidence for probable cause.

Joe Canty testified/lied that I was running towards him with a shotgun, shooting AT him. This is absolute & total fiction, totally made-up, a figment of Joe Canty's imagination, there's not a shred of truth to it. And he's got no evidence for it since there's nothing to be got. A total & complete lie.

If I was in front of my house, that means that I was at least 150 to 100 feet away from him, & with a shotgun loaded with bird shot, to suggest that I couldn't hit a target of a big rig from 150 feet away is to say that I couldn't hit the broad side of a barn. I can hit the broad side of a barn with a shotgun, as most Americans can. Bird shot in a shotgun has a spread, & therefore, I'd say that John Masters must have had an angle of at least 45 degrees above him, or away from him, presuming Joe's Big Lie is true, because not a single bird shot pellet hit Joe Canty or anywhere on the big rig Joe Canty was driving for Pickerell & the lumber company.

The evidence doesn't meet the burden of proof, "beyond a reasonable doubt"; his lies don't match up… since none of the spread hit the tow truck, then the shotgun must have been elevated OVER the truck, at least by a 45 degree angle, if not more, presuming any of it is true, which it's not.

Joe Canty also said that he wasn't for sure if the gun I had was a shotgun or not. Shotguns are loud. How would he, a former soldier, whose never seen combat, not know if a shotgun shot once or twice or three times was shot 100 feet away from him?

Logic itself disproves Joe Canty. He also had 4 different stories. He said he was talking to Pickerell on the phone as he passed me; then he changed it to at the intersection at the far end (Kiowa & Delaware). He said he was scared for his life, but he still goes & makes the delivery 3 parcels down from me. That's a 10 minute delivery. If you thought a person was chasing you & shooting you & wanting to do "imminent serious bodily injury", do you stick around the neighborhood, & make sure Robert Pickerell, a criminal, a worshipper of evil, an illegal (in terms of P&Z), got whatever roofing goods Joe had for him, for 10 more minutes? Why not get out of dodge immediately?

He's embellishing how afraid he was. If Joe Canty was afraid, he would have left immediately, which he didn't do. He didn't leave because the gunshots were 3 warning shots, shot from behind a house, straight up into the air. So he wasn't afraid of anything, let alone any imminent serious bodily injury.

I was standing behind my house when I fired the 3 warning shots straight up into the air. My next step, would have been a citizen's arrest, if I could have mustered the courage to give chase. I wasn't going to chase him, & instead, I sat in my truck in front of my driveway, waiting to see what move Joe Canty wanted to do next. Whatever I was prepared to do was totally dependent on what he was going to do.

Michael & Soto Cruz is freaking out over a few warning shots, so imagine if I arrested the guy. Atticus Finch talked about the cynical confidence of the prosecutor's main witness as well.

Afterwards, I had read about a guy in Costilla County who did just that, decades ago. He had citizen's arrested 2 men who committed crimes against his property, only to get the judge in that outfit to put kidnapping & other charges on that citizen who had the courage to make the arrest.

The most you can say is that I was only barely on the back side corner, on the back end of the house, by the back corner, by about a foot. That's the most. I wasn't in front of the house, nor on the side. I was behind it. There's a huge hole in the ground on the side of my house (for a future basement). In order to get to the front yard, I would have had tightrope walk a small 1-foot-wide platform in between the hole & the house, or else walked all around the hole. It's not an impossibility to do, but the big hole in the ground prevented easy movement to the front of the house, & from standing directly adjacent to the side of it.

Fourthly, he claims that I was chasing him, shooting a shotgun directly at him & his big rig, within 100 feet away from me, but no bullet holes were found on the side of the big rig,

Then Joe Canty delivers some metal piece to Robert Pickerell, a criminal, an illegal settler, out of compliance with Planning & Zoning.

Well then, were did John Masters go? Did he just disappear into thin air? If he's chasing a truck, & shooting at said truck, chasing & shooting, shooting & chasing, & then out of the blue, he just stops & goes back inside for some Crumpets & Lemonade, when the truck pulled into his neighbor's driveway? Why wouldn't he keep on following him & shooting him, as it was testified by Joe Canty that he was already doing?

It's not logical. It's not logical because it didn't happen. He's got no proof of any of this because it didn't happen.

Lastly, he said that he only "thought" that I had a shotgun. He knew it was a long gun, but wasn't certain if it was a shotgun. If he's ex-military, & he testified that I'm 100 feet away from him, shooting a shotgun AT him, wouldn't he know that it was a shotgun being fired? Shotguns are loud. Shotguns go boom. Even novices & amateurs know that. So if he's testifying truthfully, then he should have heard the shotgun go boom, & therefore, an ex-military man would know for certain that the gun I was firing off was indeed a shotgun. Canty testified that he didn't know because he is a liar.

<div align="center">

**xxx**

**[8]- The actions doesn't meet the definition; doesn't meet the elements**

</div>

Deadly weapon. Imminent serious bodily injury, knowingly, intent to scare, for criminals reasons. All of those elements meet what Joe Canty did when he threatened me & my life, threatened the destruction of property, etc., when he jerked the steering wheel & the big rig he was driving towards me.

A shotgun is a deadly weapon. So is a knife or a bludgeon. A big rig vehicle is a deadly weapon. The threshold of danger that warning shots are is the same threshold that a guy driving a big rig by your house, acting like he's going to drive up into your yard, & run over your fence, & grass, you & your loved ones, is a threat of imminent serious bodily injury.

I was proportional in my resistance. You threaten to run me over, I fire warning shots in defense. In my mind, that maths out equally. Justice is an eye for an eye.

Both actions could have been much more imminent. There was no intent to knowingly scare another person for criminal reasons on my end. I was being messed with, & I didn't know the level Joe Canty was going to go. When a criminal is harassing another person, they may back down when there's resistance, or, they may up the ante, & harass even more, escalating their own initial violation. That's what Joe Canty did.

"It is not desirable to cultivate a respect for The Law, so much as for The Right. Law never made men a whit more just; &, by means of their respect for it, even the well-disposed are daily made the agents of injustice. A common & natural result of an undue respect for law is that you may see a file of soldiers marching in admirable order over hill & dale to the wars, against their wills, ay, against their common sense & consciences, which makes it very steep marching indeed, & produces a palpitation of the heart." ~Henry David Thoreau, "On Civil Disobedience"

<div align="center">xxx</div>

### [9] Defendant's Own Meticulously Written Instructions Thrown Out

The 2008 *Heller* decision says that we as Americans have a right to both, guns for self-defense, & for self-defense itself. Self-defense is intelligence. Self-defense is common sense. Self-defense is the #1 Law of Nature for Hobbes, the 1st English Philosopher. Hobbes was a devout monarchist, but there were certain human rights embedded into us by God himself that Hobbes couldn't relinquish, not even for his King.

Only a wicked, sadistic, criminal abuser would tell another person they don't have the right to self-defense, a Right given to them by God, an inherent right, a Right bequested to us by Nature, a Right to never be given up, ever, for any reason whatsoever.

So then, why was the stock & generic Self-Defense Instructions, which the Judge held in his hands, not read to the Jury? Am I not allowed Self-Defense? Which of us Americans are allowed self-defense, & which ones not?

"[T]he prior act of a superior ought to be preferred to the subsequent act of an inferior & subordinate authority; & that accordingly, whenever a particular statute contravenes the Constitution, it will be the duty of the judicial tribunals to adhere to the latter & disregard the former." ~Hamilton, Fed. # 78

I had written my own set of instructions, because I read that Colorado Law allowed them, & I wrote them up beautifully. Now I know I'm right about the whole matter, I'm the only 1 of the 2 main folks involved, & I'm telling the whole truth, & nothing but, but I still offered the instructions more as a 51% to 49% proposition, since ultimately I'm in the right.

At first I said, if you think the elements of Felony Menacing match the fact, then you must convict.

But then I countered, if you think that the elements of Self-Defense with Warning Shots match the Constitutional Right (Art. 2, Sec. 13), then you must acquit.

My instructions were fair to the other side, whereas the instructions given to the jury were not.

Felony Menacing & Self-Defense With Warning Shots have similar elements, but they're not the same.

After reading a ton of Colorado Case Law to figure out precisely what the "spirit" of Felony Menacing was, I found out that Felony Menacing is essentially when Person A criminally tries to scare Person B with a gun or knife or bludgeon, but mainly a gun, to do imminent serious bodily injury to Person B. Firing warning shots probably would scare a rational person, but Felony Menacing is scaring Person B with a gun for criminal reasons, for wicked designs, for illegal reasons, & firing warning shots is scaring Person B for defense of home, person, & property reasons, for constitutional reasons, for legal reasons.

Who would deny a person to fire a few warning shots, straight up into the air, against a person who was Felony Menacing (ie trying to scare them with a gun) them?

The reason why Colorado Case Law allows the Defendant's theory of the law into the evidence pool because it makes rational sense to do so, especially if the Defendant truly had a theory of law in mind when the fact took place. Which I did.

And Constitutional Law is stronger than Statute & Case Law. Constitutional Law is fundamental & foundational & formative of our entire "Confederated Republic". When a fact runs up against an either/or, between the Constitutional Law or the Statute or Case Law, the Constitution must prevail. When there's 2 differing laws that seem to be contradictory, either the Judge must harmonize them, or, if that's impossible, & there's no repealing clause, then the Judge must pick one law over the other. Since the Jury is the ultimately decider of Law & Fact, they must know what legal theory the Defendant was thinking at the time of the 3 warning shots.

*Marbury v. Madison* declares that, "A law repugnant to the Constitution is void." I'm not saying that Felony Menacing isn't constitutional, because I can imagine situations where a criminal is merely trying to intimidate others with a gun, for sadism, to steal from them, to do more harm, etc. I am saying, however, that the fact doesn't fit Felony Menacing, since it was within in my realm of legal possibilities spelled out clearly in my State's Constitution.

Colorado's "2nd Amendment" (Art. 2, Sec. 13) also forbids carry concealed, but that's been broken, because Coloradans can apply for their carry-concealed licenses. But the spirit of outlawing carry concealed is because in the wild west, it was safer to see the guns a person had, holstered or strapped outside of their person, than for them to secretly carry around some firearm. Carry concealed requires a license, but open carry is legal in Colorado, but I could also see somebody either: A) interpreting a holstered gun as a threat, when it's only a person carrying a holstered gun for defense, or; B) subtle threatening another person with a holstered gun. Felony menacing & the right to keep & bear arms for "his home, person, & property" are very similar, but they are not the same.

Alexander Hamilton in Federalist Paper #78 explained what should happen whenever there's 2 contradicting laws that have an "irreconcilable variance" to them. Hamilton wrote:

"A constitution is, in fact, & must be regarded by the judges as, a fundamental law. It therefore belongs to them to ascertain its meaning as well as the meaning of any particular act proceeding from the legislative body. If there should happen to be an irreconcilable variance between the two, that which has the superior obligation & validity ought, of course, to be preferred; or, in other words, the Constitution ought to be preferred to the statute, the intention of the people to the intention of their agents."

This means that Art. 2, Sec. 13 is stronger/greater than/more superior law than CRS 18-3-206.

Art. 2. Sec. 13 > CRS 18-3-206.

When it was pointed out that since the Supreme Court can nullify the laws of the legislature, & therefore that must mean the Supreme Court is the chief branch of government in charge, Hamilton disagreed. Hamilton said that the Supreme Court, by interpreting the Constitution, & declaring it supreme, was merely taking the side of the people.

Since the Constitution gained its assent from the people in the State Conventions, Hamilton says that by both the Judicial & Legislative Branches adhering to the Constitution, this "only presumes that the power of the people is superior to both;"

"It only presumes that the power of the people is superior to both; & that where the will of the legislature, declared in its statutes, stands in opposition to that of the people, declared in the Constitution, the judges ought to be governed by the latter rather than the former. They ought to regulate their decisions by the fundamental laws, rather than by those which are not fundamental." ~Hamilton, Fed. #78, May 28, 1788

In 1788, Alexander Hamilton wrote of "the manifest tenor of the Constitution":

"The complete independence of the courts of justice is peculiarly essential in a limited Constitution. By a limited Constitution, I understand one which contains certain specified exceptions to the legislative authority; such, for instance, as that it shall pass no bills of attainder, no ex post facto laws, & the like. Limitations of this kind can be preserved in practice no other way than through the medium of courts of justice, whose duty it must be to declare all acts contrary to the manifest tenor of the Constitution void. Without this, all the reservations of particular rights or privileges would amount to nothing."

"If two laws conflict with each other, the Courts must decide on the operation of each." ~John Marshall on 1803 *Marbury v. Madison*

"This exercise of judicial discretion, in determining between 2 contradictory laws, is exemplified in a familiar instance. It not uncommonly happens, that there are 2 statutes existing at one time, clashing in whole or in part with each other, & neither of them containing any repealing clause or expression. In such a case, it is the province of the courts to liquidate & fix their meaning & operation. So far as they can, by any fair construction, be reconciled to each other, reason & law conspire to dictate that this

should be done; where this is impracticable, it becomes a matter of necessity to give effect to one, in exclusion to the other." ~Fed. #78, Hamilton, May 28, 1788

"Certainly all those who have framed written Constitutions contemplate them as forming the fundamental & paramount law of the nation, & consequently the theory of every such government must be that an act of the Legislature repugnant to the Constitution is void." ~John Marshall, *Marbury v. Madison*

<div align="center">xxXxx</div>

## [10]- My American & Coloradan right to bear arms in defense of home, person, or property, as protected by both Colorado & American 2nd Amendment wasn't upheld.

"Section 13. Right to bear arms. **The right of no person to keep & bear arms in defense of his home, person & property**, or in aid of the civil power when thereto legally summoned, **shall be called in question**; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons."

The 2nd Amendment says I get a right to bear arms for protection, of self, of home, of family & property in the home. Section 13 of Colorado's Bill of Rights says I get to "keep & bear arms" for 2 reasons: 1) "in aid of the civil power", and/or; 2) in defense of "his home, person & property".

Hobbes/Sam Adams/Natural Law says I get to assess the danger as I see it & understand it. Joe Canty threatened to run me & my dogs over, while we were peacefully walking in our back yard, with his big, oily, & loud tow truck ("a big rig"). He threatened me & my life, my dogs, my property, when I was at my home, minding my own business...

That's home, person, & property, all 3 reasons one is allowed to allegedly keep & bear arms in Colorado.

Colorado Law also protects the right of a "person" to keep & bear arms, meaning everybody, both citizen & foreign-born, unnaturalized has that constitutional right.

2008 *Heller* says we have a right to self-defense, especially in the home, & that the right to self-defense in the home is protected by the 2nd Amendment. No legislature can mess with that. Colorado Case Law even says that felons can keep their guns, as long as they only have them to defend "home, person, & property".

The bigger guns are being regulated, such as mortars, tanks, bazookas, etc., at the bare minimum, all Americans have the minimum baseline right of keeping & bearing shotguns, pistols, & rifles, the smallest guns. And that's for eternity, unless an Amendment, or a brand new Constitutional Convention changes that. We also have a right to be in a militia.

<div align="center">xxx</div>

## [11]- No Injury

Joe Canty testified that he didn't receive any injury. He didn't get any counseling. There were no physical nor mental injuries. It's like they don't have a fundamental philosophy at all. They create

<div align="center">27                    The Federal Appeal, Part 2</div>

problems where none exist. That would be one of the 2 questions I would ask myself when I arrive at a scene: 1) what's the evidence of injury?, &; 2) do you want to press charges?

If he's not even injured in the slightest, then what in the hell are we all doing here? What is all of this really about?

One of the main points of law is to prevent one person from injuring another person, if not THE main reason for the law.

<div align="center">

**xxx**
**[12] No Michio Kaku Book**

</div>

Books are allowed in the evidence pool per Colorado Rules of Evidence. Michael wouldn't even let me pass out 1 single page I had copied & printed off from Michio's book, & made 12 copies of for the whole jury, in contradiction of the rules of evidence. Colorado's Rules of Evidence says that books are allowed in the evidence pool. The page I printed was about the extent of the reliability of eye witness testimonies. Why couldn't a jury read 1 single page copied from a Michio Kaku book about the extent of the reliability of eye witness testimonies? Michio Kaku is not a well-known liar, so we know it's truly his beliefs, & did the Judge expect me to bring Michio Kaku into the courtroom to personally authenticate it himself? Ridiculous. Only if Michael thought that Michio Kaku was lying, or that I was trying to admit something that wasn't true, should it have been not admitted.

<div align="center">

**xxx**
**[13] Defendant's Testimony Not Entered, In Spite of Consistency With Rules of Evidence**

</div>

I found 2 loopholes in the Rules of Evidence to allow some portion of my testimony into the record without me having to take the stand. Michael had me sign something regarding the Rules of Evidence. This made me think he was going to try to use the Rules of Evidence against me, instead of what they're there for: an orderly method to admitting truthful, relevant, & material evidence.

I had turned in a statement to the court which detailed my side of the entire thing. It was meticulously written, with laser-like precision. But my public testimony wasn't allowed into the evidence pool for the jury. I also had considered writing a letter to the editor, or putting up a billboard, instead I just said my side of things in a youtube video.

This means that the world & the court get to know the whole truth, & nothing but, but not the jury? Aren't the scales of justice supposed to be balanced?

So my view didn't get entered, nor my theory of law, it didn't get entered. Not even an overview of what happened was allowed. And then he topped it all off by making sure that not even generic self-defense instructions would be read to the jury. In earlier hearings, he's insulting me, "You don't even know what due process is". When I told him Koncilja & Koncilja was charing $3500/day, he pressured me then & there to plead out, in order to save money. He wanted me to get a lawyer so I would have stand in the courtroom like "chopped liver". 27 appearances…

After Michael had told me that I didn't know what Due Process was, the next motion I filed had a 10-step procedure Blackstone suggested, & a 10-step procedure I got from some other Colorado Lawyer's

<div align="center">28</div>

website, & sourced each of the steps back to the Criminal Procedure myself, just to make sure that lawyer was right. I also wrote up a contract for Colorado lawyers who wanted to represent me, because I wanted all of my legal options on the table.

Both the Public & the Court were privy to the Truth, the immovable, eternal, & objective Truth, but not the Jury? How is that fair? How is The Jury supposed to figure out questions of fact with massive holes in the official record?

This means that the Judge & DA & Clerk, & any lawyer with access to the E-Filing System, would know my side, ie The Truth, & the public at large, if any were interested, would know the truth too.

The Rules for Evidence for Colorado said that an official document can be submitted to the evidence pool, & videos are self-authenticating. Perhaps knowing who the person recording is, or why they are recording, can help us understand the events on a video, but the video itself can't be contested. The video is the truth.

In the rules of evidence, it says that you can turn in a piece of evidence into the evidence pool if the document is stamped with an official stamp on it. My statement to the court had an official stamp on it. Also, the rules of evidence said that any testimony that was public could be admitted as well. This could be a billboard, a letter to the editor, or a youtube video of me saying what happened.

It's not right that the jury doesn't even get to hear my side of things, law or fact. Not in a limited capacity, nor at all.

### xxx
### [14] NO IMPEACHMENT

The US Constitution protects The Right to Confrontation. I requested to impeach the witness after Joe Canty claimed that he wasn't arrested from before for "false reporting"; he was arrested, for stealing a basketball goal, & "false reporting"; so Joe Canty stole a basketball goal from a neighbor, & claimed they had stolen it from him? The nerve of some people.

Not only did he lie in that case, but in an open courtroom, he lied to everybody, over & over again – not seeing me at first, not provoking me, not jerking his steering wheel & big rig towards my direction… saying I'm chasing at him with a shotgun, shooting at him…

That he wasn't ever charged with "false reporting" before.

If a person lies, especially under oath, on the stand, in the courtroom, publicly, then we should be allowed to ask tougher questions. Hammurabi's Code said that a person who falsely alleged a crime against another person, should get the same level punishment for the crime they alleged. There's an inherent logic to that. If a liar tries to put an honest man in jail for 6 years over a lie, then that liar should serve the 6 year jail sentence.

Michael had been pretending Joe's lie was the truth for 24 prior appearances, so when I caught Joe Canty in his perjury, Michael wouldn't allow me to "impeach" the witness. Therefore, only softball questions were asked, nothing hard was asked, which isn't confrontational.

The American Right to Confront Witnesses reads:

"**In all criminal prosecutions, the accused shall enjoy** the right to a speedy & public trial, by an impartial jury of the State & district wherein the crime shall have been committed, which district shall have been previously ascertained by law, & to be informed of the nature & cause of the accusation; **to be confronted with the witnesses against him;** to have compulsory process for obtaining witnesses in his favor, & to have the Assistance of Counsel for his defence." (6th Amendment (US)).

<div align="center">

**xxx**
### [15] Joe Canty's Perjury

</div>

After taking the oath that he was going to tell the truth, Joe Canty did not tell the truth.

I had found out that Joe Canty was convicted of theft & of filing a false report when he was about 20 years old or so. So I asked him about it. I asked him if he ever was charged with filing a false report before. The stealing & the arrest all happened right there in Conejos County, where Joe Canty still lived. Joe Canty, under oath, denied that he had ever filed a false report before. He took a sip of water. The DA did a demonstration in the very beginning where she said the truth was the truth, & then she took a sip of water, & asked other folks what they just saw.

A lie is a lie is a lie. I caught him, clear as day. I caught Joe Canty in a lie, on the stand. He's their main witness. He testified a lie under oath! Nixon pushed for perjury charges to be put on Algier Hiss, & Hiss had lied. Maybe tiny little white lies can be forgiven or ignored over the course of a regular Sunday afternoon, but not when he's the main & only witness for the prosecution.

I've read Colorado Case Law that asked a defendant about a single question he had answered untruthfully on an alcohol license application. He was convicted of that single lie.

Joe Canty lied on the stand just like he had lied back then. & I still don't know the full story. Joe Canty said he chalked it all up to youthful indiscretion, but I was young once. I didn't steal any basketball goals from my neighbors, & then allege it was them who stole it from me. I wanted to question him even more on the matter. I asked for impeachment power. Michael said no.

Also, he's doing the same thing again. He's lying, he's the one who started provoking, & felony menacing with a big rig, a very large bludgeon, & he's pretending otherwise.

So using logic, it seems like Joe Canty stole a neighbor's basketball goal (schlepped over his back? He used a truck?), & when questioned on it, pretended like they had stolen from him first, so he was just getting his property back?

Joe Canty is their only witness, & he beared false witness. This isn't just annoying, because Joe Canty is trying to ruin my life, & has been ruining my life, over his lie on me. Just because he got a cop to believe his lie, doesn't mean my voting rights need to be taken away.

Joe Canty's Perjury was clear as day. Joe Canty also lied about 2 very important parts of his narrative about me. Him testifying that I'm chasing him, running, sprinting directly towards him, & shooting at

<div align="center">30</div>

him at the same time, yet when he pulls into the neighbor's driveway, where did I go? Did I just disappear into thin air?

Joe Canty also lied about not seeing me & my 5 dogs initially, when he was provoking me, when he started this entire thing. He lied a bunch. All of his lies dressed up as truth were admitted into evidence.

Joe Canty said he was lost, which is why he was driving on Delaware Trail in the first place. So if he's lost, I'd think he would be looking all around, to the left & to the right. But he testified that he didn't see a 6 foot tall, 200 pound man, with 5 dogs, pointing to the Sangre De Cristo Mountains, yelling at him to "Get the F- out of here!"

So Joe Canty is lost, & I'm supposed to believe that he didn't look to the right? He looked only to the left & straight ahead, but never to the right side? Joe Canty didn't testify that he was blind in his right eye.

This is ridiculous nonsense. He lied about threatening me because he doesn't want to get into trouble for what he started.

He didn't see a 6 foot tall man, 200 lbs. man, walking his 5 dogs – Tim-Tim, Yeeta, Chumba, Tiger & Mufasa?

We were in the backyard & there's no obstructions in the way. How could he have missed us?

It's super convenient that Joe Canty is Mr. Dindonuttin. Apparently, Joe didn't provoke, didn't threaten, didn't lie, & he didn't steal a basketball goal. Yeah right, tell me another one.

Perjury= 1st degree; CRS 18-8-502= "(1) A person commits perjury in the 1st degree if **in any official proceeding he knowingly makes a materially false statement, which he does not believe to be true, under an oath required or authorized by law.**" "(2) Knowledge of the materiality of the statement is not an element of this crime" … class 4 felony; CRS 18 8 503= 2nd degree, lying, but not in an official proceeding; misdemeanor; CRS 18 8 504= "false swearing"; petty offense;

<div align="center">

**xxx**
### [16] Danny Sanchez

</div>

Danny Sanchez has to be laziest Sheriff in America. He pretended like he didn't know any of what I was going through during the time I lived in Costilla County. Never heard about drive-by shootings? Nor Tecumseh being ran over? Nor spotlighting folks late into the night? No arsons? How about when I called & left my name & number with him?

And ArsonS. Plural. With an S. How many times does an area have to be hit with arson before anybody thinks something fishy is going on? At least 6-12 arsons happened while I was there, & by the evidence of the burned down houses, 6 to 12 arsons happened prior to me being there. Pete told me that Kenny Capen would burn people's houses down to steal their wood burning stoves. What an impossible situation Costilla County expects for their new landowners. To build your house by the code, to live elsewhere before the septic tank is installed, while locals are taking & torching.

Danny Sanchez had pawned everything off on Hunter Valesquez, which is interesting, because Hunter never asked me any questions either. Nor tried to gather any evidence.

Neither Sanchez nor Valesquez asked me any questions, nor did any investigations, they did nothing. Danny Sanchez is guilty of Official Misconduct like dozens of times. All of the information in this appeal happened under Sanchez's watch. Sanchez testified that he didn't know much about the matter around me. Which is odd, considering I called 911, emailed him, called his office, etc. I believe he handed the matter over to Deputy Valesquez, but that doesn't mean he's supposed to remain ignorant of the whole matter.

Danny Sanchez also testified that he didn't keep updated with the new laws, "I try my best!" Danny was supposed to do his job. He did not.

If a person is attacked 200 times, & 1 time they remonstrate to stop, that person is in the right. They are the victim & they are standing up for themselves. Bullies only understand men with a backbone. Like Jordan Peterson says, have a backbone, be formidable, & to have a sword, but to keep it sheathed. It's the pushovers who get victimized.

The Prosecutor, nor the assistant, asked Danny Sanchez any questions. I asked a few softballs, & then they rested. No more testimony was allowed. How can we ascertain the truth when no questions are even asked? If the Judicial Branch doesn't govern the Police, are the Police their own 4th branch of Government?

### xxXxx
### [17] Hunter Valesquez

Hunter Valesquez lied. The very first police officer I talked to in the Costilla County's Sheriff's Office was Hunter Valesquez.

Coleen Romero was jerking my chain on the Septic Tank drawing. She was acting like she was both, private business & government. Anyways, long story short, I paid her $400 of the agreed upon $600 for the Septic Tank Design that she designed (not engineered, she adamantly insisted). P&Z probably have to hunt some folks in Costilla County down, & force them to pay for their permits. I'm sure that's burdensome. But I came in, & asked, "What do I need to do in order to get my house up & running?" That's much different. That's a good & lawful man being upfront, & going through the necessary process to get his house legal eagle.

Coleen Romero wanted to turn in her final design of the Septic Tank into my P&Z file without ever showing me what she drew up. She was going to shackle me to whatever pencil marks she scribbled up for a few minutes or so the night before. I wanted to see the drawing first, & make any recommendations later, if I had something to say about it. Again, it was like court. It was like Romero was twisting the screws of oppression as hard as she could. To give me the design first would be good business, but she's in the business of oppression…

Deputy Rodriguez heard me out, & suggested that I keep the $200 until Romero showed me the design, which worked. But Valesquez was quite peculiar.

At first, Hunter made sure I knew that he turned on his body camera. Then he needed to see my ID, to run my name, to see if there's any warrants out on me. Okay, so I let him do both. Turn his camera on, ran my name, & then he comes back. Pretends to listen to me.

I wanted to establish some common ground, so I told him that raping, murder, stealing are all crimes, right? He shrugs his shoulders. Then I tell him about how I paid Coleen Romero $400 for a septic tank design that she absolutely refused to let me see, not until the day both her & I was to go to the Planning & Zoning office. It's like she wanted to "lock me" into what design she concocted without my approval. Even if I'm not an expert on Septic Tank design, I can reject the entire thing if I so choose. Again, she's not acting like a business woman trying to make her client happy, but a government agent imposing a fine.

Eventually, I got her to take out 1 thing I thought extra – the distribution cap, & paid her the rest of the money.

You what Hunter suggested for me to do? "Just pay her," he said. I used an analogy, that if I paid a guy to mow my lawn for $50, & he didn't do it, then he owes me my $50 back.

Hunter forgot all of that? He was right there, at the main desk of the police station. How could he have forgotten that? He also knew Coleen Romero, & instead of finding out the truth, figuring out the right or wrong, & getting justice based upon that... instead he picked sides, without considering any of the facts.

How could he forget? Instead of thinking how to solve the problem, Hunter just shrugged his shoulders. This is my first impression of the Sheriff's Office. After running my name for warrants, turning the body cam on, now he should have felt safe enough to hear me out, & maybe even help me, like I've seen cops do in the movies.

Not only should he remember me, but there should have been documentation of the whole thing.

What happened to that recording? If that videotape was destroyed, isn't that Tampering with Evidence?

Being a nation of laws, not men, this means that nobody can commit crimes against anybody, even if they're your friends & it's against a stranger you don't know.

Hunter testified that he didn't remember any of that. That was a lie. Again, presuming any of the police officers are honest people... easy to prove. There's Coleen Romero, Rodriguez, who were there, Jason Medina was the Director of P&Z at the time; I liked him well enough; I paid him for a building permit, road access permit, & a septic tank permit.

### xxx
### [18] Susie Lucero not testifying; and off-record perjury

Mike Gonzales' friends don't have to testify, even if they are instrumental to the case, even if "The public has a right to every man's evidence."

Joe Canty was delivering to an illegal settlement, in re Planning & Zoning. I had paid for all of my permits & got nothing in return, no police protection, no investigations, no arrests, nothing. Meanwhile, those who criminally, at least I thought at the time, wasn't obeying P&Z, get away with more crimes on top of their initial illegalness.

I noticed a phenomenon out there: those who had paid for their Planning & Zoning permits tended to be more lawful, & those who didn't, weren't. "Every person owes society his testimony" unless a privilege is asserted.

The head of the Planning & Zoning county department by the April 2023 trial was Susie Lucero. I had asked her to let me know which of 10 parcel numbers or so were in compliance with P&Z & which ones were not. I appreciated her doing that because it let me know that the phenomenon I had observed was right.

I do not know that Susie Lucero wouldn't want to testify at my trial. I presumed she was non-biased. She had nothing to do with the warning shots or the interaction between Joe Canty & I. I figured this would be a great time for her to sound off, about how she doesn't get the funding she needs, how the local cops don't back her up, how hard it is to work with the commissioners, etc. Or vice versa. How it's all gravy, & it's all working out just swell.

So those who pay for their P&Z Permits are just fools? The idiot lawful? The stupid good? They gotted themselves?

I didn't think anything bad about her until she lied about how she was served with the subpoena. I was there, & so was the process server. The process server handed the piece of paper to Susie Lucero. I felt like Coleen Romero was sitting right around the corner. Susie said I handed the subpoena to her, but she lied, off-record, in a personal conversation Michael & Susie had.

Michael Gonzales tells me on Day 1 of the mandated 3-day trial that Susie Lucero had told him that I gave her the subpoena, & not the process server, a lie. Then on Day 2, in a bizarre twist, he orders that Planning & Zoning not to be discussed at all. I told him that Susie had lied to him, which she did, on Day 1, & after he figured that out, to help keep Susie Lucero from testifying, & perjuring or contempting herself, to give her a pass.

I needed an official from Planning & Zoning's testimony. Are you enforcing Equal Protection? If not, why not? Do you have a clearly designed pathway for legal housing to be built in the county? If not, why not?

I had reassured her that she wasn't in trouble, which she wasn't. Her testimony was needed, & how she lied in order to get out of it, made me wonder what else was there? I didn't have any problems with her until she lied to get out of testifying what she knew.

Pickerell at the very least is living in an illegal settlement. He's also a repeat criminal, an ex-felon, a worshipper of evil, all of which I can testify to. He also was awol for 2 years as the trial went down. How convenient. The most important delivery in the world for the most important man in the world couldn't be bothered with testifying to what he knows? Soto Cruz pulled a Pickerell.

I paid for this one local guy to dig me a hole for a septic tank, but he was so rude about my permit papers, it rubbed me the wrong way. Why would I pay a random guy $500 to dig a septic tank hole in the middle of nowhere, if I didn't have my permits in line?

In hindsight, I guess he did his due diligence.

Joe Canty didn't do his due diligence. He'll deliver to anybody with a credit card? Anybody who pays the company he works for, without or with permits? Legally or illegally?

Lastly, I had applied to P&Z with like a 20-page application. My good intentions are proven with that application, that I worked hard on, since I thought I was setting up a homestead for generations. Susie could have brought that in.

The American Right to Subpoena:

"In all criminal prosecutions, the accused shall enjoy the right to a speedy & public trial, by an impartial jury of the State & district wherein the crime shall have been committed, which district shall have been previously ascertained by law, & to be informed of the nature & cause of the accusation; to be confronted with the witnesses against him; **to have compulsory process for obtaining witnesses in his favor,** & to have the Assistance of Counsel for his defence." (6th Amendment (US)).

**xxx**
**[19] Soto Cruz not testifying**

"The public has a right to every man's evidence" & "Every person owes society his testimony" unless a privilege is asserted.

Soto Cruz didn't do a damn thing about any of what was going on out there. He probably knows who killed Tecumseh too.

I had called 911 a dozen times or so & most of the time, it was Deputy Schultz who showed up.

I had 2 prior interactions with Soto Cruz before he decided to arrest me with 4 other heavily armed men.

The first time was in the Summer of 2020. I met Soto Cruz at the courthouse with a 4 or 5-page complaint about the guy who ran Tecumseh over, viciously & intentionally. Criminally. I sat on the bench & Soto Cruz seemed to read a page or two, but ultimately said he needed to talk to Nobel Havens. Instead of him doing an independent review, Soto Cruz was going to rubberstamp whatever Nobel Havens told him. Nobel Havens would eventually leave the Costilla County Sheriff's Office. I wonder if Tecumseh had something to do with that.

I was disappointed with that result. I had worked hard on typing what had happened. I had also drove all of the way into town, to talk to somebody face-to-face, man-to-man, heart-to-heart. Being inside the courtroom, being in his domain, I didn't feel comfortable with arguing with him. So I accepted his initial assessment & left. That was my first impression of Soto Cruz.

I was a victim & it was an awful experience. I regret not giving chase, but I'm happy that I held onto my dog until his last moments.

Soto Cruz also was flirting with some mother & daughter at the courthouse at the time, so that seemed to take precedence over everything. I half-way wanted to ask them if I murdered their dog in cold-blood, by provoking their dog, & then swerving in the road, to kill it, if they thought that would be a crime. That felt too confrontational. I was nervous meeting Soto Cruz for the first time because it's like, great, is this the cop who is going to pull the trigger to take my life later on? Many times, I can't get the cops to get the guy who committed a crime against me, but man, me driving without a seatbelt, or not returning a library book, some petty non-offense, or annoyance, well to them, that's the crime of the century, & they can't let slide.

Soto Cruz did ask me if I was in compliance with P&Z, & I only said yes to that question. Man, I had like 3 permits at the time. I should have bragged to him about it. Because it's like, "Yes!", this is the whole point to buying them! I am in compliance with your laws!

The 2nd time I ran into Soto Cruz was with one of the 911 calls which came in. A truck was driving up & down Seminole several times, & had gotten my attention. There was also a house situated behind me, & I don't know if some intruder was in an RV abandoned, or if it was actually the owner or tenant of the place. Anyways, it looked like he was pointing his truck lights at me, or some powerful spotlight, & another truck ran up the hill, southbound Seminole Trail. It was a 2-man operation. I came outside, with my shotgun in hand, pointed straight down. As soon as I came outside, those bright lights of the truck from "The RV Junkyard" were on me, & the truck going southbound Seminole, near towards the top of the hill behind my 5-acre parcel, fired shots at me. I got down behind a broken down van in the middle of the property. I heard the bullets whizzed by overheard.

I had called 911, & Soto Cruz & Keith Schultz were there, & 1 other person, I can't remember. Soto Cruz drove his cruiser onto my property, my front lawn, parked close to the front of my house, with his sirens & lights on, & that loud "whoop" sound cop cars can make. Obnoxiously, Soto Cruz drove on the victim's property, & asked some general questions about what happened, but didn't seem to take any of it serious.

Soto didn't do any canvassing, or investigating, nor did they ever get back to me, but Schultz & Soto did drive around the neighborhood, slowly, keeping an eye on everything, & Schultz spotlighted "The RV Junkyard" that had put their brights on me. Schultz & Soto didn't do much, but what they did do, kept the harassment at bay for weeks after that.

The 3rd time is when Soto Cruz preemptively decided to arrest me, based on the lie of a liar, & gets 4 other heavily armed police officers to kidnap me, take $5,000 from me, to ruin my life. That was 2021.

In general, I would think a cop who answers a 911 call, comes to the scene & then judges to the best of their ability what is going on. Then they make a decision. Maybe they got it right, or maybe they got it wrong. Sometimes I think, if the courts are just & fair, it might make sense to just arrest everybody involved, & have the courts sort it all out.

How does a cop not expect to testify to an arrest he made, he endorsed, he executed? As a citizen, I consider what a jury of my peers would say in those gray areas of law. Does Soto Cruz not think

36                                                    The Federal Appeal, Part 2

lawfully? He should be prepared to testify. What if I would have been shot? Does he still not have to testify?

Soto Cruz hid inside the police station when I was passing out the subpoeans. He pulled a Pickerell.

And then on Day 3 of the April 2023 Jury Trial, he shows up, wands me as I walk into the courthouse, mocking me that I wasn't able to subpoena him. On Day 3, he's in the back of the courtroom, watching the proceedings, breaking the sequestration, since he was a main witness. He parades his corruption.

Danny Sanchez is the Sheriff & Soto Cruz is the Undersheriff, meaning that Soto Cruz is the #2 law enforcer in Costilla County. When him & 4 other police officers decided to arrest me, it was based upon his lead.

When I was being taken to jail in Soto Cruz's cop car, as we drove past Troy Zinn's 5-acres, Soto exclaims boyishly, "That's the Zinn Ranch!" like it was something special. Like he knew Troy Zinn. Troy Zinn testified that he was in contact with all of the major right-wing sovereigns.

Perhaps Soto never investigated because when he asked Troy what was going on, Troy told him nothing at all, & Soto believed him. Without him going to court & testifying, it makes it seem suspicious, when I hadn't suspected a thing until then.

And with Soto Cruz being at the trial, but not having to testify, that stinks of corruption & unentitled privilege.

The 1974 US v. Nixon case posited the Presidential privilege of confidentiality versus the fair administration of justice in a federal courtroom:

"We have elected to employ an adversary system of criminal justice in which the parties contest all issues before a court of law. **The need to develop all relevant facts in the adversary system is both fundamental & comprehensive**... To ensure that justice is done, it is imperative to **the function of courts that compulsory process** be available for **the production of evidence needed by either the prosecution or by the defense...**".

### xxx
### [20] Victor Hummel's Perjury

Again, the reason you don't want the cops to lie is because we need the truth in order to proceed forward. Justice can't be attained without the truth as a foundation.

I know that Victor Hummel lied, on the stand, for a fact, & it wouldn't be hard to prove it either. Officer Keith Schultz was there with him, & a female cop too. I supposed Keith could lie. But presuming Keith or the female officer told the truth …

I asked Victor Hummel if he had ever met me before or had any prior engagement with me before. He testified that he had not.

We just met a week or two prior the arrest. How could he forget it? I remember Victor Hummel being a heartless grimalkin, a no mercy fascist, an absolutist punk, who wasn't going to take my complaint seriously, & instead, was going to argue me into losing my temper, to give Victor the thinnest pretense of putting his hands on me.

So the situation was this. Apparently, there was some kind of party on the edge of the Rio Grande gorge. They were driving to the brick house, Melissa's, & back to the gorge's edge. If that's all they were doing, there's no problems. Melissa's house was empty most of the time I lived there. But oddly enough, her house wasn't messed with like many others were.

The cars going to the gorge party & back to Melissa's, were putting their headlights on me, right on my house, & lingering, flickering a flashlight or a spotlight of some kind, they were harassing me. Also, since it's a rural area, & having a party on the gorge's edge, that doesn't happen often. It was suspicious. They were harassing me, I didn't like it, so I reported it, & I halfway expected a cop to finally at least go & question the culprit.

When I told Victor & Keith & #3 what was happening, they pointed out that nobody was driving back & forth at that very moment. I told them to wait, because it would happen again. Then right on cue, it did.

After pointing out the harassment, Victor Hummel tells me: "He's got a right to privacy, ya know?"

Privacy isn't specifically enumerated in the constitution. I like my civil liberties, so if a cop thinks we have a right to privacy, I guess that's good? But it was being used as a shield to not even question the guy who was harassing me.

I thought later on: "Yeah, I suppose so. He's got a right to privacy in his own home. But he doesn't have a right to harass & commit crimes. & you have a right to go & question him. So go & question him."

Officer Schultz had came to the scene first, & he had mentioned something about me being lonely. This made me wonder what he was up to. As if I was just making it all up to get a cop to be my friend, out there to talk to me. I'd rather be able to live my life – go to work & come back home & see that all of my property is still in one place. Life, Liberty, Property…

Schultz also once said that his style of police interrogation is to say a bunch of crazy things, & talk to the target like they're stupid. After asking me that, he just said, let's wait until the other guys get there.

When both Hummel & the female Deputy got out there, they grilled me, asking all sorts of questions, & I fielded them all like a champ. The female Deputy had said something I could empathize with, but I suppose I was to argue with her, back & forth? She made it seem like because I could see her perspective, that my perspective was wrong.

I remember telling them that I was being a good citizen by reporting all the crimes that I saw. I had Lucy on the other line, with the cell phone going, sitting on the truck seat. My truck was parked on the road in front of my house, & after about 30 minutes worth of interrogation, they released me, & then I drove into my driveway, closed the gate, & went into my house.

The Federal Appeal, Part 2

I don't know precisely what they were thinking or doing, but it seems like to me, they were trying to provoke me into losing my temper, or making some inconsistent statement, or something else similar, in order to arrest me & haul me off to jail. For being the victim of some dumb petty harassment. And they never questioned those folks. The harassers weren't ever interrogated, but the victim was.

During the interrogation, Deputy Schultz joked, as an airplane flew overhead, for me to watch out for it, since now even the random airplanes were out to get me? I told him about how one of the neighbors said they were Crips, so Schultz said that I'm going to need to hike one pant up.

When I asked, "So if I can't beat them, then join them?" He didn't seem to want to assent to that notion, moving on to the next line of inquiry.

I read in an article, in Colorado in fact, somewhere up north, about an old man who had called the police dozens of times, only to end up with the old man ultimately being shot & killed by the police himself. Maybe the old man was crazy, or maybe the old man had people committing crimes against him, & he's just a citizen, so he called his government in to help because he didn't have the power to do the job himself, & they did nothing. Now what's he supposed to do? As an old man, take on the Nazis & Crips & MS13 on his own? And he probably did. He held his own. Then he got the cops called on him for it, & unlike what they did for him, they actually believed the complainer.

The conversation with me & Hummel & Schultz & the female Deputy was being recorded. Had some incident occurred, the video footage would still be here. But seeing as nothing happened, not used to body cams, my guess is that they didn't properly store the body cam interrogation video anywhere at all. Isn't that tampering with evidence?

I also shared with Victor Hummel of my idea of jail reform. I shared with Victor & Keith & Miss Lady Cop that I liked how Norway's prison system would treat people like people, in order to restore their humanity. Victor Hummel, while harassing a victim & pretending to be a cop, didn't like the idea of treating people like people at all. Which a perjury conviction can get 6 years in jail maximum, so should nobody have mercy on Victor? He committed the crime of perjury, & if he didn't want to do the time, he shouldn't have committed the crime? Whisk him off to jail & throw away the key? Come back in 6 years & see if he's learned his lesson?

I wonder if he's a Right-Wing Sovereign. All cops in Costilla County should give a vow that they're not Nazis. Anne Frank should be required reading before any new hires are recruited.

I kept my composure, & after 20 to 30 minutes of grilling by Hummel & Schultz & Miss Lady Cop, I asked to go inside, & they said said ok.

It's crazy that Victor Hummel testified that he didn't remember driving 45 minutes to a desolate edge of the county, to ignore the guy doing the harassing, to harass the guy who was the victim of a crime, to talk about how criminals have a right to privacy, & to share his opinion that fascist authoritarianism works, always works, & always will work?

Victor Hummel didn't remember any of that interaction? Either I have a weird fanciful imagination... (this is not a good story, I am not bragging about any of this), or he's a liar.

Victor Hummel didn't forget any of that. And it all should be on videotape. If not, that's tampering with evidence. If only we have a Judge who wanted to know the truth...

<div align="center">

**xxx**
**[21] Games With Subpoenas**

</div>

We can see by video that one of the neighbors had his truck parked by his shack on that fateful day. This means that Adam Clayton was in his house at the time. Every man owes society his testimony, & what we needed from Clayton was at the very least, a denial of his witnessing the fact, or whatever observations he had seen & heard on that 2021 day.

I noticed a phenomenon during the 3-day proceedings; if a person respected the subpoena, & came to court, Michael allowed it, & expected them to come the next day; one guy came from Aurora, that's at least a 4 hour drive, & since he respected the subpoena, he had to come back the next day as well; but if they didn't show up, or wrote a letter saying they didn't want to come, he respected that; those who ignored him & didn't show up, he couldn't or wouldn't compel them to do so. There was no punishment for those who blatantly refused to honor a court process. Such as Phil Greeney, who flatout ignored a legally delivered subpoena, & therefore, ignored the will of the court. Why wasn't Michael mad about that? Only those who respect the laws & the purported ideals of the system, get screwed, but those who don't respect the laws, get their life, liberty, property protected?

It's like he's taking people's respect for a good & honest & just system & using that respect against themselves. Michael told the guy from Aurora that he could request the court to waive his subpoena, or get a lawyer. The guy wrote the letter. Michael rejected the letter. The guy still had to come to court, & the main purpose for him coming to court, since it was my subpoena, was to ask him about Planning & Zoning, which Michael had barred me from talking about. So Michael made a guy drive down from Aurora at least 2 or 3 days in a row, just to sit outside in his truck, since the DA ordered the pointless sequestration, for no good legitimate reason whatsoever.

Adam Clayton wrote a letter, saying he was in Arizona, so he couldn't go to court. Yet he lived in Costilla County for months, & bought water illegally from Troy Zinn, & has owned land there for 10 years+. Adam was there in his house when Joe Canty & I met for the first time. The absentee landlord of Nick & Noah's land didn't go to court. How convenient. He nor they were concerned about Planning & Zoning. They got mad at me just for talking about Planning & Zoning. Not Nick nor Noah Spalding were called to court. Neither came. Nor Phil Greeney's aunt. Nor Phil Greeney. Nor Adam Clayton. Nor Robert Pickerell. He didn't shoot at me, but Robert Pickerell was riding shotgun in the truck of the person who shot at me. The driver shot at me. So Robert Pickerell should be charged as well, for aiding & abetting, for being an accomplice.

"The public has a right to every man's evidence" & "Every person owes society his testimony" unless a privilege is asserted.

<div align="center">

**xxXxx**
**[22] Can't ask if Jinx is a right-wing sovereign; Westword Article not Submitted**

</div>

It matters if a person is a Crip or a Blood. Maybe there's another motive for the crime, but if the victim was a Blood, & the perpetrator was a Crip, well, you got the main motive right there. The Blood wasn't in the Crip's gang, so the Blood did crimes to the Crip. Maybe there was more of a reason than that, but maybe not.

Knowing which group a person is in matters to understand the social dynamic of criminal activity.

Costilla County has a problem with right-wing sovereigns. So those inside that group, Right-wing sovereigns would be biased in favor of themselves, & those outside that group, say liberals, Democrats, conservatives, Republicans who haven't lost their minds, Right-wing sovereigns would be biased against them.

Costilla County had major issues with the right-wing sovereign movement for years. And there's Crips there. Crips & Nazis.

The Westword Article had mentioned a bunch of the same officials still there today: Soto Cruz, Coleen Romero, Officer Rodriguez, etc.

The Westword Article also went to prove that the Lobato Bridge/Mesita area of Costilla County is bursting at the seems with criminality, for decades, prior to me moving there.

Does Michael think the Westword Article on the right-wing sovereigns taking SW Costilla County over wasn't true?

I thought for sure Costilla County would have embraced me. Since they had trouble with the McDonalds, the right-wing sovereign perverts, since I'm against child abuse & racism on principle, & I was paying for my permits, I was the exact opposite of the filth they had living there. I brought respectability to an area that desperately needed it.

Colorado Case Law says it's okay for me to ask if a person is a right-wing sovereign. Also, why would the prosecution & judge keep that information a secret? What's to be gained from that?

The Rules of Evidence says that the Westword article can be submitted as well.

**xxx**
## [23] Quintana & Gonzales playing games with the videos & transcripts

Michael once said that the video system installed in the Costilla County Courthouse was being broadcasted somewhere. I thought his rule of "no camera phones", nor "audio recording" devices allowed, only made sense if the proceedings were actually being videotaped, & that we can get the videotape later on.

I remember going to a county meeting where the Secretary was writing furiously all that they had heard & said. We have audio & video recording devices. We don't need to chicken scratch all we see & hear anymore. We can just push the record button, & let the video camera do its job. And it'll do a better job of transcribing than any mortal can.

The super convenience of even a simple audio recorder – I could have recorded the proceedings with a small audio recorder, & then I would have a record of it for life. I don't need to request it, using outdated forms, so the clerk can say I missed a section, then charge me $500 for transcripts, that months later, never get sent to me. Quintana & Gonzales got the transcripts I paid for, their own transcripts where they said this & that on, but I never received them. And the Appeals Court passed the buck before those transcripts ever got to me.

One moment in the trial, Michael was creepily whispering into some audio recording in the Judge's chambers, about what he had just witnessed, after I examined Joe Canty the first time around. To force a liar's lie down the people's throats. To make sure his skewed perspective was admitted into Oz's audio record, presuming there's any records of any of the proceedings at all. It's also $400-$500. No wonder Danny Sanchez & Soto Cruz stole that $300 subpoena money. I paid them for them to deliver a few subpoenas, but they never did their jobs. Why charge the public to deliver subpoenas when they don't do it? And who arrests them from their thievery? Michael will uphold a Citizen's Arrest of a corrupt, dirty cop? Yeah right.

Obviously, a professional corruptionist, who is rude & disrespectful, who doesn't care for truth or justice, & who tries to ruin people's lives, well that person wouldn't want their criminal behavior recorded. Obviously.

Criminals don't want their criminal behavior recorded. That's one reason to not allow audio recorders into the courtroom.

Maybe it's because I grew up with computers, but just record it all. Most folks won't scour the whole record to find that one off syllable. But in the name of transparency, it does show the public how you work, how you operate, how fair & balanced & even-handed you are. To have the proceedings be public & publicly accessible.

If one must need to speak coarse & plainly, do that in executive sessions, but all proceedings are supposed to be public. The sequestration & the lack of access to the video recordings/audio/transcripts turned this public trial into a private one. I have a right to have public proceedings.

"In all criminal prosecutions, the accused shall enjoy the right to a speedy & public trial" … (6th Amendment (US)).

Aren't you proud of being a judge? Aren't you proud of searching for the truth, weighing out the different competing interests, so ultimately justice can prevail? Aren't you proud of your accomplishments & of being a righteous even-handed truth-&-justice-oriented Judge?

Even during the trial, the stenographer tried to slow me down in my closing speech. After being limited to 20 minutes for the closing, with the prosecutor allowed to slow down the clock by chiming in with half-cooked up objections, without the grounds laid down, now I have to deal with the stenographer stealing what little bit of time I had left too? Because they couldn't type my words fast enough? Doing things backwards causes so many more complications. Just do it right the first time.

One bailiff guarding the door allowed cell phones into the courtroom, so the "no audio recording devices in the courtroom" is policy that shifts.

$400-$500 should have gotten me at least the written transcripts. I thought I was paying for the videotapes. So far, I've received neither. It's hide the pickle. It's Charlie Brown going to kick the football again. It's "sike"!

Michael had me arrested for contempt at one point in the proceedings. He had no evidence of any contemptuous comment nor expression made, even if he could get copies of the video tapes. He would not be able to prove any kind of contempt for his abusive & capricious & arbitrary order. How would he have reacted if I went to citizen's arrest him for official misconduct?

Michael Gonzales was feeling insecure because he had just heard my mother was felony menaced by Phil Greeney, & neither the prosecution, nor the judge thought that was a crime worthy of an arrest warrant. I barely got them to think it was worthy of a successfully delivered subpoena. Then Michael issued a "1-day bench warrant", & the prosecution prevented me from leaving the courtroom to tell the police about the bench warrant just issued. Okay? So then… who goes & brings Phil Greeney into court to testify? It's a 3-day time limit. Nobody did. Michael & Phil aren't sleeping together, are they?

Gary Gonzales owns the house that Phil Greeney rents from. I think Greeney was renting there during Jinx's tenure.

I wonder if Gary Gonzales & Michael Gonzales are relatives. If Gary & Michael are related, then Michael has been tainted with a conflict-of-interest bias the entire time, & which requires a recusal.

A good rule of thumb that Colorado Case law used, in terms of reversible error, is to consider whether the error would have reversed the jury's decision. If the error was big enough to reverse the jury's decision, then it's reversible error. This is rational. This is logical.

Not having material witnesses & eyewitnesses come is reversible error, because it could have affected the outcome to the case.

Not allowing the crime blatantly caught on camera is reversible error. The jury may have thought I was making it all up, which is crazy, & what a dumb imagination they must think I have: "then the truck stopped, & then he went. Then he turned on a light, then he turned it off." Not exactly riveting stuff, but the truth nonetheless.

Not allowing me to have the transcripts or videos or audio of any of the 27 proceedings… plus all of those motions I turned into the court. They must have at least 200 pages I have written, on the crimes I endured, & other stuff as well. Reversible Error.

If I'm the Judge, or Cop, or Prosecutor, then I'm proud of my position, & being on the up & up, I want all of the proceedings recorded. For liability's sake. For posterity. To showcase my fairness & evenhandedness. For my own safety.

If one is a good person doing a good job, & not just ruining people's lives because one of your goons kidnapped a body, why wouldn't you want all of that goodness recorded, for the public to be in the know?

43                                    The Federal Appeal, Part 2

**xxx**
### [24] -3 day limit; 20 minute limits on opening & closing

If a witness was needed to be procured during the trial that wasn't considered before, Michael was opposed to it. He had a time limit because he's about oppression & establishing injustice.

In the Johnny Depp trial, it was alleged that Kate Moss had said or did something she did not say or do, & so the Depp team had sent for her to testify. Without Phil Greeney's testimony, nor Soto Cruz's, nor Quintana's, or Susie Lucero's, it wasn't a complete trial, especially since all of those witnesses were around at the time, & probably still are around as I type this. By putting a time limit on the how long the trial could go, this added a time limit to everything, opening & closing, cross-examinations, the truth. But not the sequestration. That could go on forever.

A trial should go on as long as it needs to. Like a skirt, a trial should be short enough to be interesting, but long enough to cover everything.

**xxx**
### [25] Objection Declared, But No Grounds Were Laid

Objections are for efficient speech. You say your objection, you say the grounds, & then the judge gets to think specifically about the grounds objected to & whether it matches up right. Then he sustains it or overrules it. It's simple. When I said objection, I had to say what grounds, but when the prosecutor said an objection, the judge just came up with the grounds for them. This is even more crazy, because the prosecutor started their foray into jury selection with an argument that a person without a lawyer is stupid. They had 2 lawyers.

Which law school teaches lawyers to yell out "Objection!", but without the grounds stated right afterwards? Harvard? Yale? Princeton? Any of them? It's not the having a lawyer is a good idea because they're great advocates for their clients. It's because lawyers pretend to enjoy the plexiglass protection of being "above the law". They're a part of "the team", & so therefore, it tends to be wiser to get a lawyer to negotiate your plea bargain down. But don't expect any of them to take it to trial. Or to give a damn about right, truth, or justice.

**xxx**
### [26] -DA suggested I had sex with Eva Miller, one of my witnesses, without any evidence; to imply that she's biased;

It was tough to have to fly Eva Miller from Kentucky out there to begin with, & shockingly enough, for her to witness a major crime in process, & then to fly her out again for the trial.

Eva Miller had witnessed the 4 or 5 trucks parked around my Delaware Trail house when I went to take Pete to the Dollar Store in San Luis, 50 minutes away, back when I used to live in Costilla County. I came back to see all of that there. She was left in the house with my shotgun to defend herself, & when she saw what was going on outside of my house, she took pictures, she texted me, & I came back immediately.

A major reason she was there was to testify that I had the shotgun for self-defense reasons. Lots of Americans have guns. Defense is a given.

The only hotel in San Luis is $150/day, & in hindsight, I would have preferred separate rooms. But I am not wealthy. There was no sex, no intimacy at all, Eva Miller is 20 years my elder, I'm not attracted to her, & ew, gross. She's an okay person, but come on now. There were 2 beds in our hotel room, & she slept on her bed on her side of the room, & me on my bed on my side of the room.

It just shows the extent of how lowdown & despicable the prosecution was willing to go, to force a liar's lie down the people's throats, to ruin a good, honest, lawful man, one of the few actualized by Colorado Law itself, to pile bad behavior on top of all the bad behavior already piled on so far.

### xxx
### [27] Robert Pickerell

Robert Pickerell has been AWOL the entire 2 years the court case went on, which is very peculiar because it was a party nearly every day for Pickerell for 1 year before then. Yet when he's needed to testify, he's nowhere to be found? And nobody suspects a thing?

I tried to be nice to my neighbors, thinking that if I'm a good neighbor to them, they'll be a good neighbor to me. That has rarely worked out that way.

I tried to be friends with Robert Pickerell. So did Adam Clayton. Adam did Robert a bunch of favors. I helped him a few times. Robert needed a ride to Alamosa, I gave him one. Robert needed his battery jumpstarted, so I drove over there, & jump started his battery.

I never did anything to him, & he acted like he was being put up to it by somebody else. But man, there was some weird stuff coming from him & that rickety shack:

One day, Robert Pickerell said that he was broke down by the tiny Church on the road between Antonito & the Lobato Bridge, & that he needed a ride. Not trusting Robert by this point, I immediately drove out to the church & saw nobody. I texted where he was. He told me to wait there. I left.

If he's broke down by the church, why does he need to "get" there? I left that church knowing that I had caught Pickerell in a lie.

Pickerell had 2 black dogs that kept on getting loose from him. One time, he comes over to Adam Clayton's place, when Adam & I were trying to have a community meeting. One of the commissioners said I should try to organize the people around those parts, so that's what I was doing. Robert comes over, uninvited, at Adam's to retrieve his dog, which had ran away from him. Robert said he didn't care "about all that", regarding the community meeting.

Pickerell said a bunch of crazy stuff. He said he saw motorcycles coming out of the mountainsides. He said there were motorcycle guys chasing him. He said they were by the Lobato Bridge once. Robert claimed he saw visions of airplanes dropping drugs out from the sky. He said that he's a worshiper of the occult, & that he puts hexes on people.

Pickerell drove a run-down old gray SUV. It couldn't have been registered, nor insured.

One time, on the way to Antonito, Pickerell was tailgating me pretty closely. Right at the stop sign just outside of Antonito, on County Road G/8th Street.

One or two nights, Robert was harassing me hardcore. He was hanging out with some young man. Robert was driving his crappy vehicle into his yard (he bought from the same company that brought the McDonalds into Costilla County), & his passenger was flickering a light at my house. I called Robert to ask what was going on, & got no answers.

When Pickerell first got there, he said Kenny Capen was his frequent visitor there.

One time, Pickerell was in the passenger side of a truck, & the driver of the truck started flickering a light at my house, & I told them to leave. Then shots rang out. From the driver's side. I'm 95% sure it was Kenny Capen who was driving, & 100% sure it was Pickerell on the passenger side.

I called 911 for the light flickering & the shots fired. Schultz came out both times. Deputy Schultz was actually quite brilliant because he drove into the community with his headlights off, & when he arrived at my house, I told him to wait, & sure enough, Pickerell flickered his light at us. We caught him! Not doing the worst, but doing something illegal. I once read that in the Gulf of Tonkin, our ships were doing "light harassment" to the Vietnamese ships along the coastline. That was the lot of what Robert was doing to me, "light harassment", but harassment nonetheless. I'm trying to develop my corner of the world because I'm working towards career & family, but who could raise a family around crap like this?

Deputy Schultz went to just outside of Pickerell's fenceline, used a bullhorn, & couldn't get Robert to come out & talk. That's interesting. He had all day to mess with me, but didn't have time to talk to the police. And that was it. Schultz couldn't question Pickerell because Pickerell pulled a Pickerell: he just stayed put inside his house. Robert would commit crimes, I'd call 911, & then he'd just stay put. The Costilla County Sheriff's Office couldn't figure it out.

Robert was complaining of being stalked, & asked if he could stay over at my house. I let him stay in the RV I had at the time, for 3 days. It was a terrible ordeal. He wasn't a good guest. He was lazy & rude. He had his 2 dogs over there, & one time, I guess I was supposed to shut the front door quickly, & didn't do so, his dog ran out. He was mad about it, & had his crossbow in hand, & kind of raised it up a little bit, like he considered shooting me with it. He also had Nick's rifle with him, & he insisted on storing the rifle at my house somewhere. I don't know why.

Nick said he took care of his problems by "scrapping" with people, ie going to their front doors, beckoning them, & then fighting a fistfight with them. I never considered doing anything extrajudicial such as that, but it was more effective than calling the Costilla County Sheriff's Office. Calling the police didn't stop the harassment at all. Pickerell played the cops. As the cops would leave the area, a four-wheeler light would be following them out, from a distance, I guess, to make sure they're gone.

Pickerell wasn't concerned with Virtue neither, nor reading the Planning & Zoning laws, nor the Colorado Constitution, nor Statutes, nor pulling the Planning & Zoning permits. He just spent his money on building his house, & was able to complete it enough to be able to live in it. I never got my

The Federal Appeal, Part 2

house to that place. I wasted money on P&Z permits, rent at the RV park, & then started to be harassed, so I wasn't able to fulfill the permits in time.

Pickerell didn't look to the Constitution to see what his civil options were. Pickerell came in, breaking P&Z laws, & other laws as well. He got no guff for any of it. He wasn't ever arrested for his crimes, & when the trial happened, even though the delivery Joe Canty was delivering to Pickerell – roofing materials – seemed to be the most important delivery in the world, Robert never came to the trial to testify to anything, nor could the Sheriff's Department find him, & bring him in.

### xxxXxx
### [28] Phil Greeney

Even when I moved to Conejos County, Phil Greeney kept on driving by my house, slowly, with bad intent. It was hard to get some peace & quiet, for my own thoughts to formulate. It was stalking, menacing, psychological terrorism.

When Phil Greeney had a 1-day warrant on him, the prosecutor made sure I wasn't able to speak to the police about it. The prosecutor seemed to protect him, & didn't care for any other eyewitnesses to figure out the situation between Person A & Person B. The prosecution was deadset on taking a liar's lie, & shoving it down the people's throats, as if it was the God's honest truth, instead of the Devil's big lie, which is was.

Perhaps the prosecution is having sex with Phil Greeney, & therefore, he gets granted favors the rest of us don't have. He gets to stalk people, & commit numerous crimes against them. For no reason whatsoever. Dozens & dozens of times.

Phil Greeney has committed numerous crimes against me. Lucy witnessed him 2 times – once driving a state government big rig from the Mesita Biodiesel Plant at us, & another time, driving by in a truck, stopping & going, trying to get out attention, "light harassment".

The thing with "light harassment" is when you drive over to my house, & sit by my house, or jerk your steering wheel, like you're meaning to do harm, the cops can ignore it, but me wanting to live, I cannot ignore it, nor pretend it's not the threat it's meant to be. It was like he was driving by my house, slowly, with a loaded gun, beckoning me or my dogs to come out to the road, or to fire warning shots again, all like he was pretending to be "harassed" by me. Like he had a cop or two on his side, telling it was okay to do so.

Phil Greeney would drive out of his house anytime I had left my house. I couldn't figure it out at first. One day, I came out to work on my T-post & barbed wire fence. There he is, driving back & forth. I couldn't put my fence up, not without him messing with me. The cows also were walking close by my house, & when I walked out to the road, some ATV was sitting in the dark, turned his lights on. Like the cow owners were testing me, & while I did nothing to them, eventually some cows came onto my property, & damaged my property.

Phil Greeney has committed dozens & dozens of crimes against me. Even if we gave him state authority, which why would we? He's not a cop. He's wasting so much of my time harassing me. If the FBI wanted to surveil you, I'd think they get a general sense of your day-to-day habits by studying you

for a week or two or so. Not for months. Not for years. Not dozens & dozens of times. Many of them on video.

Stalking a person for years isn't just harassing a person, but it also puts an ugly negative energy on them. I wasn't for sure what I could do about it, but I wasn't effective in stopping it.

I endured a ton of crap there in the SLV. I didn't deserve any of it. I am a progressive, meaning I want things to progress. So maybe that's a reason for the right-wing sovereign bull. But not a good reason.

## xxXxx
## [29] Keith Schultz

Deputy Schultz took his time reading the email I had sent him, as if it was the first time he read it, on the stand. We didn't get to discuss much of what happened, what I reported to him, what he was telling me. He stonewalled me in the court.

Schultz testified that him & Kenny Capen were the bestest of friends, & that Kenny Capen was a "teddy bear", or something sweet & nice & innoculous. As if it wasn't possible for his sweet & kind friend Kenny Capen to be able to set a fire, to steal a wood-burning stove, to fire shots at me while driving around with Pickerell, or to tap his gun on the side of his vehicle as he drove by a guy's house.

Whose the lonely one now? Schultz is so lonely, he'll turn a blind eye to Capen's & others crimes... stalking, drive-bys, felony menacing, spotlighting, etc. He knows he didn't do any serious investigations. And he's the one who has my shotgun & birdshot today.

6 to a dozen arsons... in a rural area... I'm the only one who thinks this strange, or weird, or suspicious in the slightest? Come on now. With a badge, I would have made some arrests. With that awesome state power, I would have figured out what was going on. Justice would have prevailed with me.

What sucks, is if I had a badge, I could have investigated it myself, & made whatever arrests I needed to make. Instead, I was dependent on lazy good-for-nothings, who stopped justice from happening.

The reason why there's Nazis & Crips in Costilla County is because of P&Z, Michael Gonzales, & The Costilla County Sheriff's Office. That's a great way to radicalize a person. Let them endure dozens & dozens of crimes, after they were being good & lawful, & then start to victimize them yourself. It's dangerous standing up to the criminal. It's easier to victimize the vulnerable.

## xxXxx
## [30] Nobel Havens

After it looked like he drove to Troy Zinn's house, & talked to somebody over there, somebody who seemed to take credit for killing Tecumseh, when Nobel Havens came back, he cared even less. I thought because he had talked to the culprit who did it, that eventually I could get some justice. Tecumseh was the 1st dog I ever owned, & I loved him. Tecumseh gave his life up for me. He was protecting me & Tim-Tim, & our property, our home. Soto Cruz never figured out what happened, because truth, liberty, & justice mean nothing to him.

48                                     The Federal Appeal, Part 2

I figured that even though Nobel Havens didn't arrest the culprit, because he had found who the culprit was, that eventually, I'd find out who did it. That never happened. Nobel Havens will leave Costilla County Sheriff's Office shortly after this. When I asked Soto Cruz about Tecumseh & Nobel Havens, he seemed to brag that Nobel no longer worked there, while giving me no answers about Tecumseh. The prosecutor asked Havens about it, & he emailed them some lies.

### xxx
### [31] Brandon Howerton

Brandon Howerton was a cop on the Costilla County's Sheriff Office payroll of Danny Sanchez. He seemed like he actually wanted to see the evidence I had. Then he got fired. It makes me wonder if it was because he didn't get in line with the program. Brandon showed that he cared about the Truth, so Danny Sanchez fired him? That couldn't be it, could it? Danny wouldn't tell me why Brandon Howerton was fired. And since Brandon Howerton was one of the 5 who arrested me, heavily armed, his testimony was invaluable, it was called for, but never received. I paid like $300 for Danny Sanchez to pass out subpoenas. Like the criminals they are, they stole the money, without doing the work they were paid to do. Who do you go to when the police are the ones doing the thieving?

### xxx
### [32] 5 Videos of the Cops not shown

Each said their own things & did their own things. The videotape is truth, & if the arrest warranted 5 armed men, then the jury needed to see & hear what each of the 5 armed men were saying & doing. By only showing 1 video, we got a general sense of 1 perspective, but that's it. The 3-day time limit pushed Michael to cut out watching 4 of the 5 cop's body cams. I wonder if the prosecution heard incrimination, so to protect them from prosecution? That's not how the Rule of Law works. Again, we're not doing America right.

### xxx
### [33] Judge's friend allowed in Jury

I didn't ask any jurors to be removed for cause due to the Judge's constant bias & disrespectful demeanor. His buddy answered all 3 questions wrong, just a yes or no question, his answers dripping with so much contempt, & ultimately, he probably ended up pushing the rest to his way of thinking. I had challenges, which didn't require asking Michael to remove his buddy, but I didn't have enough of them to remove his buddy. He's knows he's biased & did nothing about it, because he's a cheater. The 6th Amendment protects me from partial juries: "In all criminal prosecutions, the accused shall enjoy the right to a speedy & public trial, by an impartial jury of the State & district" …

### xxx
### [34] Change of Venue not upheld

I hardly ever went to San Luis, or north thereof, not for any regular business. San Luis is situated in the middle of Costilla County. It's also the county seat of the local government. My post office box was in Jaroso, southside Costilla County, & most folks near Mesita/Lobato Bridge shop & do their business in Antonito, in Conejos County, or in Alamosa. Most of the jurors came from Blanca & Fort Garland,

which is on the northside of Costilla County. I hardly met or talked to any Costilla Countians while residing there. Most of my business was in Alamosa & Antonito & Jaroso.

The 6th Amendment protects me from partial juries: "In all criminal prosecutions, the accused shall enjoy the right to a speedy & public trial, by an impartial jury of the State & district wherein the crime shall have been committed, which district shall have been previously ascertained by law" …

<div align="center">

**xxx**
### [35] Not My Peers

</div>

None of the jurors chosen lived in my vicinity. None of them understood off-grid desert life, most of them lived in the northern part of Costilla County, & all had driver's licenses, since that's how Colorado chooses their jury pool.

Because of the non-stop constant harassment of Phil Greeney & others, my driver's license had expired, & I wasn't able to get to Alamosa to get a new one. The licensed driving jurors wouldn't understand the difficulties of not having reliable transportation. I had to get to the 27 appearances by bumming a ride to court most of the time.

<div align="center">

**xxx**
### [36] Tecumseh

</div>

I never was allowed to have a dog growing up. Eventually, after rereading "Where The Red Fern Grows", I needed to get myself a dog, & so I got one. Tecumseh.

When I went to pick Tecumseh, out of all of the puppies in Richard's pen, he was on top of the bale of hay, & when he saw me, he leaped off the bale of hay, landing terribly on his side, rolling over, shaking it off, & came up to me. I picked him because he wanted my love so much, while he wasn't ready to land on the ground just yet, he was willing to make the leap. Richard The Jicarilla Apache sold me the dog, & Alice The Librarian suggested that I name him "Braveheart" because of that hay bale thing.

Since I was in an RV park, you know, doing Planning & Zoning the right & proper way, pointlessly, I had to keep Tecumseh on a lease, & pick up his poop. I had to micromanage his life. When I moved out to the 5 acres, I kept Tecumseh either close to me, or on a chain. I have this ideal of "freedom for the dogs", but I know I need other folks in the community who think like me on that front. My dogs are my practice children. It's said that you're supposed to raise plants & then animals, & once you've raised plants & animals successfully, then you should raise a human being.

I want my kids to be free to move about in the community. If a man can't go bike-riding with his dog, would he allowed to go bike-riding with his children?

Tecumseh was very energetic, & we went walking & bike riding & made trips to the headwaters of the Rio Grande. While he was a handful, when I considered how my son or daughter would be, if they wanted to visit the creek or go for a walk or a bike ride, then they should be allowed to do so.

They are my practice kids because they are making sure I have the room & facilities & temperament for a dog, therefore, eventually, a child. I also love them & care about them, & as man's best friend,

<div align="center">50</div>

they love me too. Costilla County Sheriff's Office wasn't concerned with who killed my Tecumseh, deliberately & intentionally.

Tecumseh gave his life for me. He was a braveheart. A truck was rip-roaring up & down the road, & Tecumseh was both curious & his instincts were piqued. I believe the truck intended to run my dog over from the onset, with Phil Greeney & Jinx involved, & when he passed by once, they weren't out there, but when he passed by twice, Tecumseh was out there. On the side of the road, & the truck slowed down substantially, to make sure Tecumseh would walk out towards him. Tecumseh wasn't barking at him to get away, but instead, was curious. I truly believed if that dog murderer would have opened his truck door up for him, Tecumseh would have hopped on in, & gone for a ride wherever he wanted to go.

Tecumseh was a guard dog. I was protective of him, but he was doing his job. There's a "dog bite" law in Colorado, but it only applies if the dog wasn't provoked, because that's logical.

We're expecting guard dogs, not to guard? The murderous truck driver was being a menace, so Tecumseh, while not generally a mean dog looking for a fight, was being a protector.

The truck-murderer just about nearly stopped, in front of my front yard, & he beckoned for Tecumseh to come over, to stand near the truck, in front of it, but diagonally, to the side. The truck swerved to run my dog over. Nobel Havens had also observed that swerve as well, but denied later.

When the dog murderer saw that Tecumseh was vulnerably hittable, he murdered him. Everytime I drove past Jinx's house, her dogs would come right out into the middle of the road, & just stand in your way. Even then, I was cautious. Even if you don't like the owners, what did that dog ever do to you?

The dog murderer swerved over to the side, & then the dog murderer floored the gas pedal, running over Tecumseh. I heard Tecumseh's neck pop. And Tecumseh, with a broken neck, gave out a yelp, & miraculously, came from behind the truck, & was able to run back over to me, 200 feet or so, at the house. He opened his mouth, & it was full of blood. I held onto him, telling him to fight it, the dying of the light, if he could. Eventually, he rolled his eyes into the back of his head, & foam came out of his mouth. He moved no more. Mr. Independent. Mr. Stubborn. My Tekky-Tek moved no more.

The driver of the truck seemed very satisfied with himself. He kept on looking over at me, the same way Phil Greeney has done before, to see how I was going to react, to see if I would give chase.

Instead, I made a decision to stay with Tecumseh, to keep my hands on him, until the end, instead of giving chase. I'm not sure I made the right decision. It seems to me, this major crime set a precedent. If you allow one person to injure you, then apparently, it's come one, come all.

Other people in the vicinage had their dogs ran over. Courtney & Justin said their dog was ran over & killed; Ed Brewster said his dog didn't leave his yard, & the guy in the truck shot & killed his dog when Ed's dog was on the edge of his own yard; Nick Villella said he saw a dog nearly dead up a ways from his place. Alice talked about how her & her husband's dog was ran over when they first moved out there, years ago.

51                              The Federal Appeal, Part 2

"But as we have already observed, the national judges are no more than the mouth that pronounces the words of the law, mere passive beings, incapable of moderating either its force or rigor." ~Montesquieu The Spirit of the Laws, 1750

I called 911, & Nobel Havens of the Costilla County's Sheriff Office came out (Danny Sanchez was Sheriff). He was argumentative as soon as he got out of the car. I knew I lived on Delaware Trail, but he said google maps said differently.

When I told him who I suspected of murdering Tecumseh, I pointed towards Troy Zinn's place. Nobel Havens drives out towards Zinn's place, on County Road G, & came back with some bull. He said that he talked to the guy who did it, but then told me, that since I said that Tecumseh was in the road, whether provoked or not, he took the other guy's side. And that was that.

I thought that since Nobel Havens had talked to the criminal who did it, while I didn't get the right verdict from him, maybe I could get it from somebody else. Nobel Havens didn't take my side, but he did talk to the criminal who did it, & therefore, he knew who was responsible.

I wrote up a complaint, several pages long, very descriptive. I gave it to Soto Cruz at the courthouse. He acted like he read it, but didn't give a damn about being a cop, or wanting to stop crimes. When I met Soto Cruz, I felt like, "Oh great, here's the guy I'm going to get f'd over by later on." Here I go, trusting a fallible man again… maybe it's just one man asking another man for help, is that the problem?

I gave it to Shelley Quintana the Clerk at the courthouse as well. She reluctantly said she would pass it on to a County Judge who is no longer the County Judge anymore. I emailed it to the DA's office, & to the DA Investigator's office as well. None of them did a damn thing about any of it. No reassurances. No callbacks. No follow up, at all. No canvassing, no investigations, no prevention of future crimes. At all.

And even if I couldn't compel the criminal justice system to uphold my victim's rights, I figured all of my work would culminate in a civil trial, against either the person who did it, or the officials who did nothing about it, or worse, covered it up. In a fair world, with a fair & balanced & even-handed judiciary, that makes sure Right & Justice happens, without "sale, denial, or delay", things would unfold that way. But apparently, in the SLV, the courts are NOT open to the public, not to every person, & no speedy remedy for 99% of the 40,000 ex parte.

I wasn't being harassed until after Tecumseh was murdered. Since the cops did nothing about it, it was like a green light for whoever to just keep on messing with me. I was a prisoner in my own home for over a year. I had called a friend over to watch the place while I'd go do normal business – check the mail, get groceries, get dog food, get kerosene for heat, etc.

Soto Cruz said he would ask around about it. He never did. He never got back to me. Soto Cruz is a liar.

I wonder if any of them ever think, "Hey wait a second. This guy was super lawful. He paid for his permits. He reported all the arsons & crimes he saw. He lived for an entire year in a neighboring county just to do his Planning & Zoning right. He stretched himself to the limits, bending over backwards, to

make sure he entered our community right, & he came to us first! And we did nothing! He came to us first! And we allowed the crimes to persist. And we kept on doing nothing! He only wanted to homestead here! He wanted to find himself a career & wife, raise some kids, put up a picket fence, buy a Chevrolet, plant some cantaloupes, etc. This system we have here is absurd! It protects the criminals & goes after the good & vulnerable & lawful. We must repent & change our ways!"

Yeah right. They'd have to have a conscience, be self-aware, & be humble in order to do think that.

<div align="center">xxx</div>

## [37] Videos of Crimes Committed In Community Not Admitted

Videotape can't be argued with. Perhaps the jury thought I was just seeing things. Videotapes don't lie. Videotape is self-authenticating. Sure, having the creator of the videotape would help to clarify some things, but JFK's head went back & to the left. Without a doubt. I know that without Zapruder telling me he recorded it & why he was recording it.

Corrupt Judges hate that videotape is The Truth because they can't just force a liar's lie down a person's throat. Videos are stubborn facts indeed.

The Truth is Eternal, Objective, & Immovable, & the videotapes prove that I'm telling the Truth & nothing but. Michael not allowing them to be admitted was clearly Reversible Error.

One video had some random guy in a truck driving all around my house. Some folks pretend they don't know the guy, or don't know what's going on, but it seems like they do know, or they'd be worried about fat-faced stalkers like me.

Also, the videotape of who looks to be Kenny Capen clicking his gun on the side of his SUV, driving up & down Seminole Trail, clearly felony menacing me with a gun. Like actually felony menacing. That wasn't admitted either.

To allows folks to commit crimes prior, during, & after the arrest, that are bigger than a few harmless warning shots, shot straight up into the air, from behind a house, is to sully the name of the Rule of Law, Due Process, & Equal Protection.

Montesquieu On The Republics of Italy:

"In what a situation must the poor subject be in those republics! The same body of magistrates are possessed, as executors of the laws, of the whole power they have given themselves in quality of legislators. They may plunder the state by their general determinations; & as they have likewise the judiciary power in their hands, every private citizen may be ruined by their particular decisions."

<div align="center">xxx</div>

## [38] Sam Jepsen

Sam Jepsen took shots at me. He drove around my house many times, harassing me, driving too slowly, or stopping in the middle of the night, & turning around, to shine bright headlights on my house, in a Green Blazer, from Seminole Trail, a Green Blazer that was at the Mesita Biodiesel Plant several times.

<div align="center">53</div>

<div align="right">The Federal Appeal, Part 2</div>

Sam Jepsen drove slowly around me when I had 2 of my family members at my home. Creepily, threateningly. Most of the time, it was just to harass, but when I told him to get gone, he drove to the Kiowa & Delaware Intersection, & fired several shots at me.

Does anybody think that Michael would be okay with Sam Jepsen firing shots at him & his loved ones? To see if something is fair, just put yourself in the other person's shoes. Has none of these people ever heard of the Golden Rule? The Golden Rule isn't just a vow to not be bad.

The Golden Rule is a commitment to be good. If these people have a conscience, the mental gymnastics they must use ... Michael expected me to keep on being the victim of Sam Jepsen, & he could care less if the SLV has a presence of justice or not. At no point in time did the Judicial Branch nor the police nor the 8 to 9 prosecutors I was confronted with even try to stop any of the crimes. So many millions of dollars wasted for a "criminal injustice system". And it's bad enough they don't do their jobs, but they also prevent you from doing yours.

The Right to Bear Arms: "A well regulated Militia, being necessary to the security of a free State, the right of the people **to keep & bear Arms,** shall not be infringed." (2nd Amendment (US)).

### xxx
### [39] Miranda Warning not read to me

While I know my rights, it's nice to be reminded, & the Miranda warning is supposed to read to every person arrested. I wasn't read my Miranda Warning. The Right to a Miranda Warning comes from the 1966 *Miranda v. Arizona* case, which is still good, active, & current law.

The 1966 *Miranda v Arizona* decision says that cops must read 3 rights to you: the right to remain silent, the right to an attorney, & the right to a free attorney if you can't pay for one. None of those rights were read to me, & the right to an attorney isn't a right that Michael & the SLV respects.

### xxx
### [40] No Legal Advisor assigned to me

I didn't want to cede all of my authority to a lawyer, but I did want a legal advisor to help me with my case. I requested a legal advisor, but Michael wasn't doing that. I don't want to give my case to some nonchalant public pretender, or some lame private practitioner, who fumbles the ball I handed right to him, & then shrugs their shoulders, saying, "Ah well. Can't win them all." I wanted to remain the quarterback, but I needed a coach, & a witness to the court proceedings. A legal advisor would have been both.

Another time, Michael was adamant that I get a lawyer, so I would have stand in the courtroom next to the lawyer "like chopped liver" & keep my mouth shut. Plus that plea bargain...

After I told him that Koncilja was thinking of being my attorney, but for $3500, Michael suggested for me to plea bargain out instead of standing up to the charges.

I mean, if you can get the guy's lawyer to turn against him, then where else can he go? He's stuck. That's what Michael wanted. To keep the kidnapped shut up, & to screw him over, royally. To keep on piling bad behavior on top of the bad behavior already piled on.

Not because of anything the accused did, but because he was kidnapped, & therefore, Michael "has the body", & can abuse the body to his heart's content, all the lived long day.

The 6th Amendment guarantees my right to counsel: "In all criminal prosecutions, the accused shall enjoy the right" ... "to have the assistance of counsel for his defense." Colorado Law protects my right to counsel as well: "In criminal prosecutions, the accused shall have the right to appear & defend in person & by counsel;" (Art. 2, Section 16).

<div align="center">

xxx

### [41] 911 Calls Not Admitted Into Record

</div>

The 911 dispatch was rude, took their time, & on the phone call that got me arrested, was talking about my reputation. I would call 911, the call would go to New Mexico, they'd connect me to Colorado, but it would go to a distance county in Colorado. That distance county would then connect me to Alamosa Dispatch eventually.

I would think admitting 911 records would be standard operating procedure, par for the course. The criminal justice process begins with a complaint, & many times, it's 911 where the complaint is first registered.

Michael said he didn't know where the 911 records were, or that's what he told me. I requested them from the court. I never got them. The 911 records should be easy to obtain. How are 911 calls not Relevant & Material? The DA investigator never retrieved the 911 tapes either. If we're trying to find out The Truth, & since the Jury is the trier of Fact & Law, the Judge should err on the side of putting most evidence, most especially if it's true, & especially if they're Relevant & Material, into the admissible evidence pool.

Everything I said to 911 dispatch was 100% precise & accurate, & for those who care to know the Truth, it's in those 911 tapes. Those 911 tapes are fresh & accurate to the circumstances of that day. Also, I would call 911, & it would go to New Mexico before being patched over to Colorado, so there's no telling how much information was shared with New Mexican officials. Those 911 records would illuminate the truth as well.

How come the 911 records ae not readily accessible? & How can the Chief Judge for the SLV 10 years+ not know where the 911 records would be located?

<div align="center">

xxx

### [42] Stamping Guilty on an Innocent Man is Cruel & if not Unusual, should be

</div>

"Excessive bail shall not be required, nor **excessive fines imposed**, nor cruel & unusual punishments inflicted." (8th Amendment (US)).

<div align="center">

55

</div>

Cruel & unusual... to punish an innocent, good, honest, & lawful man, who votes out of duty, pays his taxes, who is one of the few who cares about his citizenship & what that means, is very cruel indeed. I've heard it said by some folks, that they would rather 100 guilty go free, just so long as 1 innocent person isn't ruined. I don't want 100 guilty to go free, but the point is that no innocent person should be incarcerated or fined. That's also very important as well.

**xxx**
## [43] Barred From Discussing Planning & Zoning

Is Planning & Zoning not real law? For 2 years straight, P&Z occupied most of my head space. Pickerell was smarter than me, because Costilla County doesn't really care about P&Z. They only hit those they can get away with hitting. Most not in compliance with P&Z don't get in any trouble whatsoever. I wonder if Michael & Kelley & Lucero are even in compliance with their own P&Z laws.

There's signs as soon as you drive into Costilla County regarding P&Z. P&Z are laws, but maybe not the highest on the hierarchy. P&Z laws only punish the good & lawful, & let everybody else off scot free.

At the 3-day time limited jury trial, Michael said I wasn't allowed to talk about P&Z, & this is after Susie Lucero lied about how she was subpoenaed. She claimed that I subpoenaed her myself, which I didn't. I was there with my process server. I also let her know the questions I would be asking, & to reassure her that she wasn't in any trouble, which she wasn't. I didn't think bad of her until she lied like that. The same with Soto Cruz. If he's a non-biased cop who showed up to the scene, & picked Person A's side or Person B's side, I think as a professional, the public would be understanding, presuming there were reasons for what was done.

Now if Soto Cruz or Susie Lucero is biased, then they'd fight & wriggle out of it, using their personal relationship with a judge to get him to cheat for them. If Soto Cruz had only been talking to Troy Zinn & Phil Greeney, & those are his main contacts out there, like Schultz & Kenny Capen, then they're seeing one side & one side only. And if he's biased, well, he better hide inside the police station when the subpoenas are being handed out, to make sure he doesn't have to testify to why he brought 5 heavily armed men to arrest a person who was super duper lawful, a man who came to him first, a man who committed no crimes, a man who didn't injury anybody.

Only a corrupt & guilty person would act how Lucero & Cruz acted, & only a corrupt & guilty person would cover up their awfulness.

Pickerell was an illegal settlement, & once I saw that Joe Canty was involved with Pickerell the Criminal, then I knew for sure I was 100% in the right.

I shouldn't be punished because I paid for my permits.

**xxXxx**

I'm so disappointed in all of this. I can't even read Colorado Law anymore without getting sick to my stomach.

56                                                    The Federal Appeal, Part 2

I really thought Colorado Law was something else, something different, something special. Not wanting to rely on blind luck & imagination, having my mind rooted in Colorado Law was a surefire way of being safe to pursue a career, family, picket fence, sweet corn acres, etc. When I didn't know what to do, learning my Colorado Freedoms gave me a list of rights I was legally free to do, & by considering petition or assembling or speech, it gives us all civil methods to redress our grievances with. While residing in Colorado, I'm happy that I felt forced to come up with a comprehensive & coherent legal philosophy, of which would apply virtually anywhere laws are used. I get to keep that comprehensive & coherent legal philosophy with me wherever I go. The Law should make sense. How does it save the system's face to bully a person kidnapped & robbed? A person victimized? It doesn't. Unfortunately, coercion works. If the victim will accept some plea deal, then see? He was clearly "disorderly", case closed.

It's insane how many criminals in the SLV got away with their crimes.

One great thing about not living in Colorado ever again is that I won't waste any more time reading their stupid laws, or paying for their stupid permits, which none of them seem to give 2 squirts about.

In "The Spirit of the Laws", it was said in England of yore that the citizens got to choose to their judges, instead of having one foisted upon them. & Only after the 2 conflicting parties choose their judge, then the case commenced.

The rules are the rules. Without a personal code, or morals, or being lawful with your own nation's laws, then what else do you got?

Without morality or law, you've got nothing!

"Society in every state is a blessing, but government even in its best state is but a necessary evil; in its worst state, an intolerable one; for when we suffer, or are exposed to the same miseries by a government, which we might expect in a country without government, our calamities are heightened by reflecting that we furnish the means by which we suffer!" ~Thomas Paine, Common Sense

While there's some unknowns, all it would take, to see if I'm telling the truth or not, is one or two decent police officers, or US Marshals, or equivalent. Even a private investigator could easily figure out that something was happening. Just go around & ask a few questions. Also the videotapes don't lie. Make sense of those, if you can. And oh yeah. Don't forget to include me in your investigation, because I got evidence.

Deputy Schultz suggested that I should infiltrate the right-wing sovereign movement. When I gave him a license plate number, which he told me to do, he never returned with the owner's name.

Sensing danger, I had asked Eva Miller to stay at the house for a day or two, & sure enough, when one of the locals asked me to take them to the grocery store, & I left, like 4 or 5 trucks & vehicles were right by my house. I hadn't left the house in at a month, & the one day I left, all of that happened?

What the hell is going on? I treat others as I want to be treated only to get screwed.

The only thing I can figure, is that that Pete, the guy who asked me to the store, was trying to get me out of my house, so that the 4 or 5 other vehicles could clean me out. Eva Miller took pictures of all of those trucks assembling together. I thought, case closed. This proves my point. I'm being harassed. There's no other obvious explanation for any of it. The truck was a snow removal truck from the Mesita Biodiesel Plant. This means there's right-wing sovereigns in the state government in Costilla County.

1 good cop or US Marshall could easily figure what's going on. Just ask a few questions, & while some folks were messing with me, others were kind to me, & know the craziness that happens around the Lobato Bridge. I picked a remote spot for privacy's sake, for some peace & quiet, but it's probably notorious for the similar reason. It's located in the margins of society. I don't have a monopoly on state violence as the public officials do, yet I'm supposed to risk my neck without the cover of a judicial umbrella? Insane.

"Communism subjects the individual to arrest without lawful cause, punishment without trial, & forced labor as the chattel of the state. It decrees what information he shall receive, what art he shall produce, what leaders he shall follow, & what thoughts he shall think. Democracy maintains that government is established for the benefit of the individual, & is charged with the responsibility of protecting the rights of the individual & his freedom in the exercise of his abilities." ~Truman, Jan. 20, 1949

I feel as if the Judge is playing my respect for my own ideals of the justice system against me. The ideals I thought he was supposed to represent. The Law is supposed to be fair. The Rules for Procedure is to make things efficient, fair, & even-handed. The Rules of Evidence is to make sure only the truth is presented before the jury. Objections are structured for efficient speech. The Law is there for Freedom & Justice for All.

If we only make the lawful comply with the law, then you are letting the law-breakers off the hook scotfree, while throwing the book at those who are actually learning your laws, which ostensibly, that's what a prince would want for the subjects of his province: to know thy law & to keep it.

I can't see how working hard & playing by the rules is wrong. If one works hard & plays by the rules, I can't see what those in power would have a problem with. Aren't they seriously struggling with ideas of right & wrong, justice & peace, domestic tranquility, & the blessings of freedom? If I'm the Prince, I want my people to know my laws. One cannot obey the laws if one doesn't know the laws. And without morality, then what's left? Just barbarism. Ruthless savagery. Jungle warfare. Hobbesian State of Nature. A war of every man against every man.

All of that LSAT studying, & they can't seem ascertain the basic fact. If there's 2 people at the scene, saying contradicting things, unless we can prove that either is lying, then we need witnesses. Credible & non-biased witnesses would be perfect, but every voice adds something to the overall narrative. 4 eyewitnesses not called to the stand, 4 material witnesses flagrantly ignored the will of the court.

"Government, like dress, is the badge of lost innocence; the palaces of kings are built on the ruins of the bowers of paradise. For were the impulses of conscience clear, uniform, & irresistibly obeyed, man would need no other lawgiver; but that not being the case, he finds it necessary to surrender up a part of his property to furnish means for the protection of the rest; & this he is induced to do by the same

prudence which in every other case advises him out of 2 evils to choose the least." ~Thomas Paine, Common Sense

In the name of Truth & Justice, we need to get all the eyewitnesses & videotapes & pictures & audio into the evidence pool, & to let the jury figure out The Fact & The Law & The Truth.

Sam Jepsen didn't get arrested, have to go to jail, nor get $5,000 taken away from him. He doesn't have to go to some fake County Court, so that Judge can get it bound to the District Court, then to not do a Dispositional or Preliminary Hearing, even he requested one. Have to search for a lawyer, while still being harassed.

Didn't Soto Cruz know that he'd be expected to testify at the Jury Trial about the arrest he lead & directed? Does he think it's professional for an undersheriff to hide in the sheriff's office in order to avoid an ordinary perfunctory subpoena?

The Sheriff testified, & everybody else who arrested me testified, but Brandon Howerton & Soto Cruz. How come Soto Cruz & Michael doesn't think Soto's testimony contributes to the overall understanding of the sequence of events for that day?

Was Brandon Howerton fired because of me? What about Nobel Haven? Who did Nobel Haven talk to? Who killed Tecumseh? Does Soto Cruz know who killed my dog, but won't tell me who? Why not? Does Truth & Justice not matter to The Badge in Costilla County?

Law & Order don't mean a damn thing without Truth & Justice.

None of the videos of outright crimes were allowed? You'd think good cops & good DAs & good judges would be happy to see evidence of crimes, since their work has already been done for them. I'd like to think cops join the force in order to chase down the bad guys & to arrest them. Just irresponsible power?

My legal philosophy is that courts should be fair & balanced & even-handed; I know, I know, I'm such a radical. Fair procedure, fair objections, fair rules of evidence, etc. **Liberty & Justice** for all; Constitutional Freedoms & Criminal Codes; nobody can commit crimes against anybody else, most especially heinous, wicked felonies; all have rights; Ogburn Principle: "It is my duty as prosecutor, to prosecute every honest accusation to the fullest extent of the law, while at the same time, protecting freedom with equal vigor." (paraphrased).

Injustice anywhere is a threat to justice everywhere. Too many times, I've pointed out bad behavior of others without being heard, only to find out later that they hurt others: Todd beat up Chad Clifton; LMPD shot & killed Breonna Tayler; Neil Miles, in a drunken car crash, killed Samantha Spade. Those who heard of those who hurt others in the past, who then said & did nothing, need to apologize to the other people hurt by the criminals. You knew about the bad behavior, & you said & did nothing about it. Even the conservative Edmund Burke said that the only thing we need for evil to prevail, is for good men to do nothing.

"For certain it is, that crime allowed to go on unresisted & unarrested will breed crime. When the poison of anarchy is once in the air, like the pestilence that walketh in the darkness, the winds of

heaven will take it up & favor its diffusion. Though it may strike down the weak today, it will strike down the strong tomorrow." ~Frederick Douglass, "Lessons of the Hour"

xxXxx

Just after the April 2023 Trial, we the public found out that Chris Mondragon had killed Kenny John. Kenny John had been dead for the past month. Has Chris Mondragon … been apprehended yet? The SLV (San Luis Valley) is a hotbed for corruption & criminals. The SLV can boast about being one of the highest elevated valleys in the world.

In the past 7 years, there's been at least 30 murders in the SLV, that we the public were told about. The SLV is a rural district. It's been said that the SLV has the quaint idyllic country charm of a small town, but the murder rate of Albuquerque.

"Some writers have so confounded society with government, as to leave little or no distinction between them; whereas they are not only different, but have different origins. Society is produced by our wants, & government by our wickedness; the former promotes our happiness positively by uniting our affections, the latter negatively by restraining our vices. The one encourages intercourse, the other creates distinctions. The first is a patron, the last a punisher." ~Thomas Paine, Common Sense

ACLU says that you must enforce your own freedoms. "I do not consent to search." Who, besides the ACLU or the NRA, enforces our constitutional freedoms? How come we don't have Constitutional Cops, or Civil Liberty Cops?

Colorado's No Menacing Law (18-3-206(1)) states this:

"(1) A person commits the crime of menacing if, by any threat or physical action, he or she knowingly places or attempts to place another person in fear of imminent serious bodily injury. Menacing is a class 3 misdemeanor."

Colorado's No Felony Menacing Law (18-3-206.1.a & b) keeps the above elements – person, "threat or physical action", knowingly, "another person", fear, "imminent serious bodily injury" – but adds an (a) & a (b).

The Menacing Charge is A Class 5 Felony "if committed":

"(a) By the use of a deadly weapon or any article used or fashioned in a manner to cause a person to reasonably believe that the article is a deadly weapon; or";

"(b) By the person representing verbally or otherwise that he or she is armed with a deadly weapon."

While the 2 years worth of proceedings went on, over 27 appearances, 8-9 prosecutors, the Felony Menacing Law changed. Deadly Weapon was changed more specifically to "Gun, Knife, or Bludgeon". One older case law had considered "hands" a deadly weapon, & another case had a guy shout "I've got AIDS!" when he was about to be arrested, & that – threatening one with your fake claim of having tainted AIDS blood? – was considered a deadly weapon as well. By clarifying, by clearly defining "deadly weapon" as a Gun, Knife, or Bludgeon, it was an improvement overall.

Jordan Peterson said that people don't pick on dangerous people. Predators pick on the vulnerable ones left by themselves on the playground.

Jordan Peterson says that one should have a backbone, to be formidable, to have the possibility of being dangerous, but to keep that power contained. To have a sword, but to keep it sheathed.

The Big Lie. What did Hitler say, on the big lie? He said, to tell the lie, & to make it big, & then to repeat it over & over again. What does The Truth need to do in order to combat that insanity? Cut the truth down to a pithy bumper sticker? The Truth is immovable, eternal, objective. JFK's head went back & to the left. That's the God's honest truth. It can't be disputed. It's on videotape. None of these subsequent Presidents will tell us what happened. What, was the CIA was involved? LBJ? We're grown adults, we can handle it. In order to achieve justice, the truth must be known. Our President was murdered, possibly by members of our own government, & we're supposed to just keep on moving, keep marching, as if his life didn't matter? And if we can't even protect our President's life, who is safe? We can't even get justice for our President, so then, who does this "justice" system help? It's bad for America to ignore the reality. We need the truth in order for justice to be done.

Mark Twain said that we must get our facts straight, & then distort them at our leisure. Mark Twain also said that the truth is great, because when a person is always honest, they never have to remember what they said in the past. Mark Twain also said a lie can encircle the globe before the truth has even got their morning cup of coffee poured. Is that what the Truth needs? In order to compete against the big lie, does the big truth have to be succinctly cut as well & to be repeated over & over again?

The big lie. To take a liar's lie, & to shove it down everybody's throats. To sabotage the other person. To pretend like only you know how things work. To let the bad guys go & to punish the good person standing on the motion is insane.

Corrupt courts who ignore goodness & the laws only hurt the good & lawful & prop up the wicked & criminal.

No, I won't accept it. I'm putting my foot down.

The law is there to stop the bad guys from committing crimes. Nobody wants to be the victim. But in a court of justice, if you're the victim, then you get to be compensated. You get justice. You get satisfaction. And if you don't, then you definitely need to realize that you're the victim yourself, in order to make sure it doesn't happen again. Nobody wants to be injured or robbed or exploited. Nobody wants to be a victim.

I'm standing on the motion. A corrupt kangaroo court can't issue any lawful decrees. A kangaroo court can only issue kangaroo decrees. Especially against the lawful. This Mickey Mouse crap has got to go. You know how much harder it is to be good man than bad? To defend oneself, & to only defend oneself, means that you must be strong enough to fight, but you must wait for the other person to attack first. If no attack happens, then you can't defend yourself. No fight happens. A good man doesn't go around using violence & intimidation to win hearts & minds. He uses persuasion, influence, but a wicked person, on the other hand, uses violence whenever they feel like it.

You know how much harder it is to be lawful than not? To read all of those laws, to waste countless hours, in order to obey them, when nobody else does. For me to be lawful with everybody, while nobody is lawful with me? This only screws over the good, righteous, & the lawful. The criminals get to break the laws willy-nilly, without having to pour over documents for hours. This helps nobody. The criminals at large who go around hurting other people will continue to do so until they are stopped.

You know what criminals are not doing. Reading Colorado Laws. & Obeying Them.

Plato's Republic points out that the criminal who "escapes detection" also "grows still more vicious than before". But if the criminal is "found out & punished", then "the brute part of him is put to sleep & tamed, & the tame part is liberated, & the whole soul is molded to its best nature":

"And by what argument can we uphold the advantages of disguising the doing of injustice, & escaping the penalties of it? Am I not right in supposed that the man who thus escapes detection grows still more vicious than before; whereas if he is found out & punished, the brute part of him is put to sleep & tamed, & the tame part is liberated, & the whole soul is molded to its best nature, & thus, through the acquisition of temperance & justice combined with wisdom, attains to a condition which is more precious than that attained by a body endowed with strength & beauty & health, in the exact proportion in which the soul is more precious than the body?" ~Plato's Republic

By voluntarily paying my Planning & Zoning permits, I thought I was role-modeling pretty well. There's signs as soon as you enter Costilla County that it's a Planned & Zoned County, so therefore, you better get your permits.

By voluntarily paying my Planning & Zoning permits, I was telling some local officials that I was a good & lawful person, who was, A, doing the right thing, B, keeping them at bay, & C buying into the community. Since I'm buying into the community, then I get the police & fire & EMS & library & election & whatever else services due to any & all citizens, right?

The McDonald's kids were abused for 5 years; Andre Baroz killed & killed again; 6 to 12 arsons, in a desolate area, where few live; we're not going to take in ex parte complaints? The courts won't take ex parte complaints, but they expect the police to do so? Gonzales doesn't see the criminal culture he's creating & manifesting in? He should apologize to the McDonalds kids & to Kenny John & to the victims of Andre Baroz… I pointed out crime after crime… when the cops nor the DA nor the Judges care to enforce victim's rights, … millions of dollars wasted on a system, which doesn't do their jobs, a mere plexiglass worth of protection… a facade.

Michael Gonzales will also have to apologize to anybody else that Phil Greeney & Noah Spalding & Sam Jepsen hurt in the future. To think they won't hurt others in the future is ridiculous… none of them were punished for their crimes. If anything, getting away with so much emboldens them. They read none of the laws, didn't care for morals or Colorado law, didn't pay for any permits, & probably never talk to the police. This is the culture that will continue in the SLV, a criminal culture. Not only the 6 to 12 arsons, but there's pieces of houses everywhere; many American dreams have died in the mountain desert of Costilla County; a part of me wonders if the poor locals, the ones who own no land, hate those who have enough money to buy 5 acres of their county, since they can't afford it, a piece of their own county. Injustice anywhere is a threat to justice everywhere. Crimes were happening before I got out

62                                    The Federal Appeal, Part 2

there, they happened while I was there, & they will continue to happen in SW Costilla County until somebody puts a stop to them.

In the past, Costilla County got into major trouble with pay-for-play poaching, the federals had to "invade" Costilla County, arrresting them in their nightgowns, to get it all sorted out.

Liberals need protection too. I had been a prisoner in my own home for … over a year…

"He responded only to the essence of a man: to his creative capacity. In this office one had to be competent. There were no alternatives, no mitigating considerations." (AR 1943 pg. 309 FH).

I had moved to Costilla County in November 2019. I moved away from the SLV in 2023. Most of all the above happened in those less than 4 years I lived there. I am interested to see if my sheds & structures are still intact. This goes towards having police protection or not. I fear the worst.

The law shouldn't only hit the good & the lawful, but it should hit everybody equally, if it's to hit anybody at all. That's the Rule of Law. Nobody can rape, murder, arson, abuse, torture, etc., anybody else. Doesn't matter if you're black or white, gay or straight, rich or poor.

I wonder if Quintana & Coleen & Lucero & Gonzales are all on the up & up with their Planning & Zoning permits. I bet they're not.

I also wonder if Gary Gonzales, the new owner of Jinx's old house, the house where Phil Greeney stays, is related to Michael Gonzales. That would explain a bunch.

My overall philosophy with the judicial branch is a simple one. We need to be fair & balanced & even-handed. It's possible that one person is a perfect victim & the other is not, & it's possible that both parties have some degree, some percentage of the blame, even if not the majority, or lion's share. The rules of evidence are there to make sure the truth & only the truth gets into the evidence pool. The procedure is there to make sure each & every person gets a fair shake out of the system. It's possible you're arresting the bad guys committing the crimes, & it's possible that you've arrested a guy being victimized by the criminals. Cops arrest both, The Criminal & The Compliant.

The Judicial Branch should corner the market on Liberty & Justice.

Sure, I got to ask some folks some questions, but it was torture. The whole procedure. And there were many, many reversible errors at the time-limited 3-day only trial. Michael's general demeanor, Soto Cruz in the back of the court, not having to testify, Susie Lucero lying about how she was subpoenaed, ie perjury, in order to get out of having to testify. Michael ordering me to not talk about, nor ask any questions about, Planning & Zoning. I was legal, Pickerell was not. These facts do not matter? Planning & Zoning are not hitting everybody equally with their permit requirements. How is that Equal Protection? How in the name of Due Process & The Rule of Law & Equal Protection is that fair?

The ridiculous sequestration order only shows that the prosecutor was only going to adversely sabotage, stultify, or trip me on up on my case, instead of investigating the case themselves, like getting the 4 eyewitnesses & 4 material witnesses in to testify. The sequestration didn't make any sense because I didn't know many of those folks I had subpoenaed. Some were by mail, & some were

harassing me. The DA actually defended Phil Greeney not coming in, & objected to me asking if Jacqueline Mitchell was indeed a right-wing sovereign. Is the prosecutor & judge Nazis are well? Mitchell testified that she knew the McDonalds, & hung out with them many times. Mitchell tried to provoke my other dog Tim-Tim into running out into the road. Costilla County has a problem with right-wing sovereigns, so why wouldn't we talk about it? They believe they're above the law, they don't think States have any legitimate jurisdiction, & they're committing crimes in Costilla County. The area was notorious for decades before I got there, was dangerous when I lived there, & will probably always be terrible if nobody ever does anything about it. Michael called my closing speech "rambling", right afterwards, therefore covering the final remarks with a stink of bias. At the end of the 3-days, I still had a box full of evidence not admitted into evidence. Many videos & pictures not admitted. Videos of crimes crystally & clearly committed. The ridiculous arrest for contempt. He had no reason to do so. I just got my process server to testify that Phil Greeney verbally said he was going to get a gun to shoot her & I both. Well hell, that's Felony Menacing, to verbally say you got a gun in order to scare another person. Had Soto Cruz arrested him for it, they'd see it. They'd be ethically obligated to defend it. It wouldn't take but a few seconds to go into the bedroom to get his gun. We didn't talk aggressively, or threatening, or intimidatingly, or anything like that. We just quietly walked up to the house, the door was already wide open, & he was standing in his kitchen area. He pretended he wasn't Phil Greeney at first. But he smiled when he denied it, & I had seen a general view of him here & there, so I knew it was him. I was just going to get my process server to hand him the subpoena & then leave. He refused to take it. So my process server set the subpoena in front of the doorway, near the tiny porch step, where he clearly saw it, & could pick it up later.

Great lawyers usually have to endure a contempt charge or two, because if the Judge is too hard-headed, then you've got to make him see the light. If he doesn't believe what you're saying, but you do at least get to present your case, but he won't let you, well, you're going to have to raise your voice, or argue a bit, or have to type your motions in all CAPS. After hearing testimony which should have ended with an arrest warrant for Phil Greeney, not a bench warrant for trial, a 1-day bench warrant (is that all bench warrants are good for? 1 day?), Michael pretended I said something objectionable to him, which I did not. Giving him the benefit of the doubt, maybe I grimaced at his decision, but I don't recall doing so, & why give him any benefit of the doubt? Maybe he was testing my resolve, to see what I would do upon his contempt order. I wonder if he has any evidence whatsoever to say that I was being contemptuous. If anything, 27 appearances, 9 district attorneys or assistants, sequestration, having to read piles & piles of books, I've been nothing but overly respectful of Colorado Law, enduring an authoritarian who was just trying to exhaust me into a plea deal, in order to save the system's face. When a simple apology would have righted the original wrong, & then we all could have gone on with our business. From my perspective, I handled the situation. Instead of enduring, instead of calling a police officer who wouldn't investigate or make an arrest, I stood up for myself, & in general, for good communities, don't we want all citizens & homeowners to stand up for themselves?

My objections, while not very many, were sharp, & I stated the grounds. The DA just said "objection", & let the Judge come up with the grounds for them. This again shows the bias, because unless the judge empathizes with the prosecution, he wouldn't have been able to come up with their grounds himself. While I understand that we have an adversarial system, The Truth has to be a factor in the proceedings. We don't want high-priced lawyers finding cheating tricks & tactics just to get his client off the hook. We want a justice system that works. Perhaps that high-priced lawyer can get the charges negotiated down, or negotiate a fair & reasonable settlement, mediate, or arbitrate a win-win scenario for all. But if his client did the foul evil deed, then his or her client in some way, shape, or form needs to punished.

My legal theory, nor my side of things were entered into the "official", yet super secretive, record. $400-$500 spent for transcripts not delivered, $300 spent for subpoenas not delivered. And who wants to read the dialogues of others when there's videotape of the whole thing? And after all of this crap, I'm supposed to believe Michael would run a restraining order or civil court fairly?

Truth & Justice should factor into the Judge's realm of power. We cannot get Justice without The Truth.

Let's get a fair trial, where we actually look at the evidence, & get to the truth. If I had done something, let's say inadvertently, a car accident or something, & a fair jury thought it was an accident, but still criminal, I'd accept the decision. If I had intentionally injured another person, just for the hell of it, or to get my aggression out, I'd accept that decision as well.

When I was younger, there was a guy who wanted to play basketball with me, but the one time we played, it started out friendly enough, but the closer & closer I got to 10, the final score, he started cheating. Maybe he thought he was "winning", but afterwards, I never played the game with him again.

Who can play a fair game with a cheater? Lie, cheat, steal...

Johnny Hurley was a Coloradan who saved the day. He protected & served. He enforced the public safety. He was just a citizen, licensed for carry concealed, & when a terrible situation popped off, Johnny Hurley stood up, & Johnny Hurley shot & killed the active mass shooter. Then, as Johnny Hurley was disarming the mass shooter, a uniformed police officer shot & killed him.

So we're supposed to swallow the lie, that somehow, Johnny Hurley is both, a great man, a great hero, who saved the day, who saved countless lives that day, had "established justice", got the bad guy, BUT, so is the cop who murdered Johnny Hurley? That cop somehow is still a good man too. A hero, a hero who just had an accident that day. And the DA in that outfit said that they weren't going to defend the truth of the situation, but what the police officer perceived as true of that day. The cop just before shooting Johnny Hurley, was ducked down underneath his desk, too afraid to look outside.

My god, the extent we'll go through to give a uniformed officer 13 benefits of the doubt, & yet, if that same uniformed officer fingered an innocent man earlier in the day, over a couple of innocuous 4th of July gunshots, got him arrested/kidnapped, $5,000 taken from him for bail, that same DA wouldn't even consider that innocent man's perspective in the slightest.

If there's anybody who doubts any of my words, you can reread everything I have written in the past, to find the inconsistencies. I guarantee you that you will find none. I also dare you, Federal Government, to send a US Marshal, or equivalent, to the SLV, Costilla County in particular, by Mesita/Lobato Bridge, & to do a real investigation. Had 1 authentic & genuine "authority" figure did any real investigations, canvassing of the neighborhood, to find the honest & credible witnesses, they would have found out that I wasn't fabricating anything, & that there's major problems there. In fact, because they were lax on investigating or arresting any of the culprits, it's like they were blocking me from getting & establishing justice. Because once the cops chose to not stand up to crime, crime which is preventing you from living your life, then what's a good & lawful citizen supposed to do?

Bass Reeves would have figured it out. So would Willis Russell & Serpico.

The Federal Appeal, Part 2

When I was younger, on the 4th of July & New Year's Day, everybody in my family would fire a shotgun straight up into the air in celebration. Is that felony menacing?

There was always a firearm in the house, to protect ourselves, & I know lots of folks who go hunting. Is hunting felony menacing?

Growing up in Kentucky, guns were everywhere.

My aunt Mary uses a shotgun-on-a-timer to keep the birds out of her corn crops. On the hour, every hour, boom! Is that felony menacing too?

It's insane that Costilla County Sheriff's Office would have a citizen endure several drive-bys, gunshots whizzing by my head, but freak out over a couple of inane warning shots.

Are the toddlers of Kentucky that much tougher than Colorado adults? Back in the 80s, Colorado was known as the "Make My Day" state. What happened to Colorado?

### xxxCONCLUSIONxxx

If Person A hits Person B 200 times, & Person B says "hey, quit that mister", Person B is not the bad guy. Person A is. Clearly.

I was lawful, lawful, lawful. Super lawful. In Colorado, the entire 7 years I was there, I was good & lawful, but it was in Costilla County when I really poured over Colorado's legal "structure". I might have been too lawful, if that's possible, by setting too good of an example. I was lawful with the planning & zoning permits. I was lawful when I called the police when I witnessed crimes happening. I was lawful with car insurance & registering to vote. I was lawful when I stayed at an RV park to make sure I did the planning & zoning correctly. For a year, I wasted money on permits, & rented a plot of ground at an RV park. That nearly broke me. That rent at the RV park went to nothing but the temporary space I occupied at the time, & the money for the permits went to nothing as well. A time limit on my progress. I still needed money for the materials to build the house. Those permits were a piece of paper that said I had a time limit to building me a safe house to live in for the first time in my life. I was lawful when I went with Soto Cruz when he had thunk to arrest me. No resisting, right? So anytime any douche with a badge feels like putting their hands on me & whisking me away... I just have to accept it? Just because I'm a good & lawful person? That's not right.

We have the police to go after the dangerous criminals. That's the main reason they're there. If they're too scared to do so, then they just need to get out of the way. Of course a cop with a monopoly on state violence can arrest the Compliant. It's way harder to arrest the Dangerous & the Criminal.

I was lawful with the 911 calls, with the RV park, & getting the right brand of Septic Tank, & reading all of those rules, & paying a local guy to dig me a hole for that Septic Tank. A major loophole in Costilla County P&Z Law, is that there's no regulations on fences. You can build those fences as big & wide as you want, with whatever materials you want. One could only know that, if they read all of the P&Z laws, & found that loophole for oneself.

I was lawful the entire time. In fact, because I started having those terrible experiences, I looked to the law for help, for guidance, because if a man is minding his own business, working hard, & playing by the rules, why wouldn't he be able to succeed in America?

It's like Michael Gonzales is taking my America away from me. There's problems in America, sure, but I felt like, put the truth & my case out there before the public, & people will see & understand. I'd be acquitted, & the bad guys would get charged with crimes & go to jail. Then I'd get to resume living my life. Maybe even finish my safe home to live in, which I've never had my entire life. Not soon after April 2024, it was announced by the papers that a Kenny John was murdered. Michael Gonzales should apologize to Kenny John & his family & friends, for running a court system that protects the criminals. He should apologize to the children of the McDonald's, & to the victims of Andre "Psycho" Baroz, Selena, & 6 others.

I don't know why I couldn't get the police to believe me. I feel like I just keep on saying, Believe Me! Over & over again. I'm telling the God's honest Truth. I'm speaking English. I'm communicating my perspective precisely & accurately.

My side of things wasn't taken seriously at all. My instructions were tossed out. My testimony wasn't admitted, even though the statement to the court was stamped by an official government seal, & the public statement was out there. Essentially, the world & the court knew the whole truth & nothing but, but not the jury.

And since we've endured insufferable injustice in the past & in the present, what's the chances of injustice not carrying on in the future?

Not only was I doing right & good, because, if we're smart, we want a society that allows men to defend themselves, their homes, person, & property, but also, injustice anywhere is a threat to justice everywhere. A bunch of crimes had happened in that neighborhood, & there's not but a dozen or so people living out there. With a badge & that awesome state power, plus maintaining goodness, wanting to know the truth, so justice can prevail, a real, serious investigation would have brought the truth to light.

Michael didn't care for the Truth. He feels like it's his job to cover up the crimes of Soto Cruz & Susie Lucero & his cronies. He uses the courts to force a liar's big lie into a truth, to shove it down the people's throats, in order to hurt innocent Americans.

Frederick Douglass was attacked many times. So was Jaycee Dugard. Fred, Jaycee, Anne Frank all should have at least fired a few warning shots. We want the victims to stand up for good & right, to stop the bullies, to stop the criminals, because if they're not stopped, they just keep on going.

A guy named Neil used to bully me in high school, & nobody did anything about it. Then a few years later, he was drinking & driving, & ran head-on into Samantha Spade's car, a kind Christian Valedictorian, injuring himself, & killing her. If the bad behavior is not stopped, then it will continue.

Joe Canty felony menaced me. Just look at the elements.

At first Joe Canty was just laughing at me, but when I saw that my dogs were veering towards him, I wanted him to drive away, so I ordered him to leave. He jerked his steering wheel towards me, running the big rig up on the embankment on the side of the county dirt road, Delaware Trail. Joe Canty meant to put fear in me, another person. His big rig was a deadly weapon, for it could clearly bludgeon another person to death. Suge Knight drove over a person. Joe Canty meant to put fear in me, another person, as if he was going to drive me & my dogs & my home, property, whatever over, & Joe Canty did so knowingly & intentionally, & he did so by "threat or physical action".

Was it "imminent serious bodily injury"? Yes it was. While it may have taken 10 seconds to drive to where I was standing at the time, 10 seconds wasn't enough time to get away from him. And as far away as he was from 1-second away "imminent serious bodily injury", as it wasn't absolutely looming, 10 seconds is more time than 1 second, that's how far from "imminent serious bodily injury" warning shots shot behind the house straight up into the air were from him. That's how far I was, when I fired a few warning shots, in my backyard, behind my house, Joe out of my eyeline, straight up into the air, couldn't have hurt him, or anybody else. Impossible. It's also bird shot. There was no imminent serious bodily injury threat at all with the warning shots. It was a warning, that if the criminal activity increased, then there would be trouble. It was defensive, not offensive.

I responded proportionally to the threat that happened. Warning shots are a warning. Warning shots tell a harassing, menacing person, driving a big rig, harassing folks at their own homes for no reason, that I meant business, if he didn't stop committing crimes against me, that there would be trouble for him.

Maybe he got scared when I was ordering him to leave. And in order to "get back at me", he threatened me. He lost his temper. That's being as generous as possible. I did not have a weapon with me when he passed by at first.

I took his threat serious, because of course I did. Why wouldn't I? You can pretend none of this happened, Joe Canty lied about all of this, even blatantly lied on the stand, right there in front of everybody. He pretended none of this happened. Because of course he did. He knows he provoked the entire situation, & that's why Joe Canty lied about it, because he doesn't want to get into trouble.

Soto Cruz took a liar's lie & pushed it farther than anybody should have ever pushed it. He had ignored crime after crime that was happening to me. He probably knows who killed Tecumseh. He said he would ask about it, & get back to me, but he never did. When the subpoenas were being delivered out, he hid in the police station, just like Pickerell did when Soto Cruz came out. His behavior is identical to Pickerell's, a person Soto Cruz couldn't find in re subpeona, to bring him in.

I also paid for the Sheriff's Office to deliver some subpoenas. They never delivered them. Lie, Cheat, Steal...

I read Colorado Law & I presumed that the Freedoms listed in Colorado's Constitution were my legal options, options I was legally allowed to do. Section 13 said that I have a right to bear arms in defense of my home, person, & property, which is what I did. I had read the law prior to the day Joe Canty felony menaced me, & had thought about what to do if I was being attacked. "Command, Hands, Weapons, Warning Shot, Then Direct Shot" was the continuum that I was using. Police would benefit by adding warning shots to their continuums.

Growing up in a child abuse household, those two abusers didn't know the law either. They had no moral ethics, nor did they know the law, because if they did, then they wouldn't have been assaulting children, their own flesh & blood, their own progeny, their own futures, their own immortality, over & over again. James Joyce says that the point of life is to do something that outlives it, & having children does that. I gave them life, I gave them the happiest days of their lives. I couldn't have been any more obedient if I had tried to be, until eventually I realized that it's not me who is the problem. It took me a long time to realize that.

Child abuse is illegal in Kentucky. But why didn't the law trickle down to the people, to the 2 child abusers? Hitting a child just to "get your aggression out" is both wicked & illegal. Yet, apparently, if you live quietly in a side pocket of society, & have other child abuser criminals cover up your crimes, then you get to flagrantly ignore the law & break it, over & over again?

So when I put my love & faith into reading Colorado Law, letting the law soak into me by osmosis, & when it comes to adjudication, finding out where the ball landed, there's a bunch of competing interests… I took a great comfort in learning Colorado Law, & by doing so, I elevated the community by role modeling.

I took great comfort in Colorado Law because right is right, & while I have my own morals & principles, Colorado wasn't too far from them. I saw a bunch of my principles already embedded within Colorado Law. Can we be more virtuous than to abide by the US Preamble? When I being abused as a youth, I was afraid, alone, & powerless to do anything about it. I didn't know what others thought about right & wrong, justice & liberty, etc., nor what to do about any of it. Colorado Law, at least what's written down, not the maladministration of the laws, is good for those reasons. It tells you what is wrong, what is right, the procedure, the rules of evidence, objections used for efficient speech… there's a bunch of good stuff there in Colorado Law.

Colorado Law claims Liberty & Justice For All.

I learned of what Colorado Law says I can do, with my Rights, & what can't I do, with the Statutes. And wherever the law didn't fully describe & define a Right or Restraint, I would imagine what a "jury of my peers" would think of, in terms of me reacting to crime, in an area with no police protection, in a notoriously criminal neighborhood. What is the "color of law" in those dark blind spots? Where does The Spirit of Colorado Law lead us?

I took great comfort in learning Colorado Law. I was actualized by Colorado Law, I came into being by Colorado (& inadvertently American) Law, only to be let down by those in power, whose job it is to know that very same law. By their maladministration. It's like only they get to learn the law, & have their own secret interpretations of them, whether or not their philosophy is comprehensive & coherent, or fair or not.

It's just like Frederick Douglass said. The US Constitution is a charter of freedom, liberation, emancipation, but it's not always administered properly & correctly. We may be a "nation of laws, not of men", but we need men to enforce those laws, so perhaps, we should be both. A nation of laws & a nation of lawful men.

I wish I could believe that all cops are good, & that the worst they can do is make a mistake, not be obviously & blatantly criminal themselves. My experiences say otherwise. At the bare minimum, cops are human, & to err is human, & that's why forgiveness is divine.

At least 2 classes of people get hurt by the police: the criminal & the compliant. We want the police to arrest the bad guys murdering people's pet dogs, but not to arrest those who are pitifully obedient. I'd like to think that I could tell the police what little bit I saw or observed without incident, but sometimes, a corruptible man with power is an unbearable hothead, spoiling for a fight.

Making straight A's, I was a part of the "good kids" bunch in school. But the Vice Principal threatened to suspend both of the students who were fighting. This caused/causes me great consternation. Because I'm not allowed to defend myself? What if somebody just wants to pummel on another, what then? Hope a teacher saw it & justice happens? What if a teacher didn't see it? Then what? It's open season on the non-violent know-it-all goodie-two-shoes straight As skinny nerd kids?

I came across a terrible idea, probably from the cesspool that is the youtube comment section, that perhaps those who died in the Holocaust deserved their fate, since they resigned so quietly, so meekly, so obediently. If they didn't even stand up for themselves, how could they expect others to stand up for them? MLK said you can't ride a man's back unless it's bent. I don't repeat such a terrible idea because I identify with the oppressor, but because of the opposite. I identify with the oppressed. I'd like to think I would have fought the Nazis off better, but perhaps not. Maybe I would have got in line immediately as well. Truly we can never know unless we were literally put into the same position.

If I myself am too obedient with any random oppressor's arbitrary commands, right or wrong, then do I deserve the terrible fate the oppressor had in mind for me? Of course I don't deserve it, clearly, but I suppose power can use their own version of "natural law" to their advantage as well, & we must remain vigilant & guarded against it. Patrick Henry said we must fight for our liberties.

Security isn't as much of an obstacle to Freedom as arbitrary & absolute Power is.

As Frederick Douglass said, the limits of tyrants are prescribed by the endurance of the oppressed. Find out what limit any person will quietly submit to, & you have found the exact level of the injustice that will be leveled against them.

I want a good orderly society. I want the cops to be in the know, & for me to have the opportunity to tell them whatever I may or may not know. Every man owes society his testimony.

But I do not want me or my loved ones to be whisked away at the drop of a hat, arbitrarily or capriciously, by some hothead, over nothing.

Upon further reflection – 4 eyewitnesses, Nick, Noah, Pickerell, Greeney's Aunt, & 4 material witnesses, Adam Clayton, Soto Cruz, Susie Lucero, & Greeny – weren't called to the stand.

The Truth, The Whole Truth, & Nothing But The Truth, Right?

Old man Vigil got sick of being criminalized in neighboring, but equally as poor, Conejos County, & that's why there's a 1960 *Vigil* Decision (CO).

70                                    The Federal Appeal, Part 2

When I think of what mistakes I made… What could I have done better? I can't come up with much. Here's 8 of my so-called "mistakes":

[1] Picking Costilla County; People are who they are; some have lived there for awhile, others just got there, & nobody knows who they are or why they are there or what their intentions are; P&Z hit arbitrarily; post office, Crips, property taxes, septic tanks, Nazis, written ballots, cows, the Rio Grande, 3 marijuana stores in Antonito, 2 in San Luis, none in Alamosa, since it's not legal there.

[2] Calling the police, asking for their help; there's some pride lost, when one man asks another man for help; How did they know that a person was living there? I applied for P&Z. Why did they know where to go? I called 911 before. How did they know my name? I came to them first.

[3] Pathological Truthteller. Even a pathological liar can be right twice a day, in re broken clock. That seems to me to be the main reason to not believe somebody's accusation, because they're a pathological liar. I on the other hand am more of a pathological truthteller. Honest people are annoying to liars.

[4] Goodie-two-shoes/know-it-all. To do well in school & college, you had to know the material. You had to. Knowledge is Power. Being a person who wants to know it all? Or know it most, I like to learn at least a little bit of every field so I can hold a conversation in that field. Those who don't value knowledge could be annoyed by know-it-alls. The ignorant are annoyed by the knowledgeable.

[5] Not effectively stopping the harassment. Knocking a bully down is doing that bully a favor. You can't go around treating people like crap. But if that bully is never knocked down, they may love the arbitrary power they get from violence. I was trying to follow the law as perfectly as I could. That's so much harder. How much wasted time reading the dumb laws of Colorado, being in conformity with them, imbibing their spirit, to pay for those permits, needlessly, because nobody else in my neighborhood did so. Nick's way of going to a person's front door & scrapping with them if he had beef seemed to work for him. Nobody messed with him.

[6] Being in compliance with P&Z. While I thought this would help me, it hurt, almost in every way. I annoyed those not in compliance in the field, all of my neighbors in SW Costilla County, including Zinn, & even those in the P&Z office seemed annoyed at me for doing things the right way as well. I wasted time & money doing things the right way & I have nothing to show for it.

[7] Following the law too perfectly. In Robert Greene's 48 Laws of Power, he says to "never appear too perfect". I would usually get 100% on my school papers, & so while I thought doing my due diligence with Colorado Law would protect me, perhaps it annoyed all those who didn't know Colorado Law – neighbors, criminals, cops, judges, P&Z, etc.

[8] I'm being rational, which would only appeal to other rational people. I hear that Human Nature is irrational.

<div align="center">xxXxx</div>

In Federalist Paper #80, Alexander Hamilton listed these 6 reasons for what the general Federal Judiciary's "proper objects" ie purpose would be: 1) all those cases which arise from the laws of US; 2) to adjudicate expressed provisions in the "Articles of Union"; 3) to all those cases the US are a party to; 4) peace of the confederacy; peace between the states, & peace between America & foreign governments, &; 5) Maritime Law, &:

"[L]astly, to all those in which the State tribunals cannot be supposed to be impartial & unbiased." (Hamilton, Fed. P. 80, 1788).

Can State officials be trusted to uphold the law & our rights, justice & liberty, to the fullest legal extent, upon themselves?

For both Justice & Liberty, Federalism provides a double security for, or at least ought to. There's categorical imperatives when it comes to both felonies & liberties.

How many times have we heard about the government investigating themselves & found no wrongdoing? The State reviewed itself & found no errors. Enron reviewed their own financial paperwork, & found alls well that ends well. It ain't no thang, baby. Yeah, yeah, we've heard it all before. We have dual sovereignty & 3 branches to make sure that power confronts power.

"The reasonableness of the agency of the national courts in cases in which the State tribunals cannot be supposed to be impartial, speaks for itself. No man ought certainly to be a Judge in his own cause, or in any cause in respect to which he has the least interest or bias. This principle has no inconsiderable weight in designating the federal courts as the proper tribunals for the determination of controversies between different States & their citizens." (Hamilton, Fed. P. 80, 1788).

The US government believes in justice so much, that even civil issues between individuals of just $20+, the right of a trial by jury is preserved:

"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, & no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." (7th Amendment (US)).

I lived in the SLV for about 4 years, & in Costilla County for less than 3 years. All of the above happened in a dangerous neighborhood. I picked that 5 acres because it was remote, so I thought I would have some privacy. Some peace & quiet.

At the very most, Joe Canty knows Pickerell, & right-wing sovereigns, Zinn, Mitchell, Greeney, Villella, & was very much a part of the crimes that had already happened.

At the very least, Joe Canty was acting a Hooligan, threatening me with a bludgeonous deadly weapon, in a dangerous neighborhood.

Neither of which is worthy of defense.

Ben Franklin had a quote about those who would sacrifice security for liberty, deserves neither. While I love the sentiments, the quote presumes that liberty & security are opposed to each other. Sometimes they are. But sometimes they work in tandem. Liberty requires a Civil Society.

"Whatsoever therefore is consequent to a time of war, where every man is enemy to every man; the same is consequent to the time, wherein men live without other security, than what their own strength, & their own invention shall furnish them withal." (Hobbes, Leviathan, 1651).

2 of the 6 end objects of the US Government is Liberty & Justice. Also Domestic Tranquility. Common Defense. General Welfare. & A More Perfect Union.

We need safety in order to enjoy our freedoms. When I didn't have security in Costilla County, I was a prisoner in my own home for over 1 year, it felt like we were nearing the War of Hobbes' State of Nature:

"In such condition, there is no place for industry; because the fruit thereof is uncertain: & consequently no culture of the earth; no navigation, nor use of the commodities that may be imported by sea; no commodious building; no instruments of moving, & removing such things as require much force; no knowledge of the face of the earth; no account of time; no arts; no letters; no society; & which is worst of all, continual fear, & danger of violent death; & the life of man, solitary, poor, nasty, brutish, & short." ~Hobbes, Leviathan, 1651

Hamilton refuted The Farmer, saying that if you're going to play in Texas, then you better have read Burlemaqui, Montesquieu, Locke, Grotius, & Puffendorf! (Feb. 23, 1775).

<div align="center">

xxx

## A Few **Eternal Laws**

</div>

Injustice anywhere is a threat to justice everywhere. For every action, there's an opposite & equal reaction. Thou Shalt Not Kill, Steal, Arson, Assault, Abuse, Torture, Enslave, Rape, Kidnap, Bear False Witness, etc. $1+1=2$. $2+2=4$. $E=MC2$. Peace is not the absence of conflict, but the presence of justice. Any excuse will serve a tyrant. (The Wolf & The Lamb). All is fair in love & war. A Rose by any other name smells just as sweet. Resistance to Tyranny is Obedience to God. One man with courage makes a majority. Fire cannot put out fire. Water can. The limits of tyrants are proscribed by the endurance of those whom they oppress. Water runs downhill. Do unto others as you want them to do unto you. What goes up, must come down.

<div align="center">

xxXxx

</div>

"One consequence of *Slaughterhouse* was a decision by the attorney general to suspend prosecutions of Klansmen under the enforcement acts of 1870 & 1871 until the Supreme Court further clarified the Justice Department's powers in this area." (McPherson, 1990).

"The cause of America is in a great measure, the cause of all mankind." ~Thomas Paine, Common Sense

<div align="center">

73     The Federal Appeal, Part 2

</div>

Boomshakalaka. He's on Fire! Ring that Liberty Bell! He could go all the way! Frankly my dear, I do give a damn! You love me! You really, really love me! Touchdown! Goal!!!

Sing it with me Langston Hughes:

"O, let America be America again!"

xxx
Bibliography

McPherson, James. 1990. Abraham Lincoln & The Second American Revolution.

*Part 2*

Dear Supreme Court,
Can you grant me certiorari?
Thx,
John Masters


## xxxXxxx

### The Grand Jury is The Palladium to The Desideratum

"Poets, prophets, & reformers are all picture-makers, & this ability is the secret of their power & of their achievements. They see what ought to be by the reflection of what is, & seek to remove the contradiction." ~Frederick Douglass

According to my research, the Supreme Court of the United States has created at least these 18 "SCOTUS-created" Freedoms:

[1] The Right to Reside with One's Relatives – (1977 Moore v. East Cleveland);
[2] The Right to Marry – (Loving v. Virginia (1965)); (Obergefell v. Hodges (2015)); (Turner v. Safley (1987));
[3] The Right to Use Contraception In Sacred Marital Bedrooms – (1965 Griswold v. Connecticut);
[4] The Right to Decide One's Child's Education – (1925 Pierce v. Society of Sisters; 1923 Meyer v. Nebraska);
[5] The Right to NOT be Sterilized Without Your Consent – (1942 Skinner v. Oklahoma);
[6] The Right For 2 Consenting Adults to Have Sex In The Privacy of Their Own Home - (2003 Lawrence v. TX);
[7] The Right to Self-Defense – (2008 DC v. Heller);
[8] The Exclusionary Rule – The fruit is poisoned if gotten by illegal means; Evidence gathered illegally can't be admitted into evidence; (1961 Mapp v. Ohio; 1914 Weeks decision);
[9] Unanimous Jury Notes – (2020 Ramos v. Louisiana);
[10] The Right to Bodily Integrity – (1952 Rochin v. California);
[11] The Right to Security of One's Home – (1886 Boyd v. US);
[12] The Right to Expressive Association – (1958 NAACP v. Alabama; 1984 Roberts v. US Jaycees);
[13] The Right to Refuse Surgery or Forced Administration of Drugs -- (1985 Winston v. Lee);
[14] The Right to Reject Life-Saving Medical Treatment – (1990 Cruzan v. Director);
[15] The Right to Have Children – (1942 Skinner v. Oklahoma);
[16] The Right to the Privacies of Life – (1886 *Boyd v. US*);
[17] The Right to a Miranda Warning – (1966 *Miranda v. Arizona*), &;
[18] The Right to Privacy – (1961 *Mapp v. Ohio*).

18 SCOTUS-created Freedoms.

Aren't all terms of the Great American Contract supposed to be upheld? How can SCOTUS create brand new fiat freedoms out of thin air, while at the same time, denying those rights explicitly-written & expressly-enumerated, spelled out in black & white, specifically & obviously, prima facie? Is the American layman supposed to pour over thousands of pages of federal case law to find out which enumerated Constitutional freedoms are not legit & which fiat non-enumerated freedoms are?

1

In 2022, SCOTUS wrote in re *Dobbs*: "The American people's belief in the rule of law would be shaken if they lost respect for this Court as an institution that decides important cases based on principle, not 'social & political pressures.'"

SCOTUS in 2015 *Obergefell v. Hodges* said that the "fundamental liberties protected by [The Due Process Clause] include **most of the rights** enumerated in the Bill of Rights." Most of the Bill of Rights? Why only most? Not the 9th or 10th Amendment? Nor Amendments 11 through 27, nor the Body of the Constitution? We are ignoring most of the document. In fact, even those in the 1st 8 Amendments aren't included, as the 3rd & 7th Amendments, & the 1st clause of the 5th Amendment have been in double jeopardy since SCOTUS conveniently forgot to incorporate freedoms to the states for most of American history. So much for tradition.

This is America, & that should mean something. It is time to heed the Constitution. The Bill of Rights are not just a pile of words. They are constitutional law. They are lawful claims of authority. They are constitutional claims of authority. The 5th Amendment supersedes statutes & case law. In terms of law, Constitutional Law are god king supreme almighty, & they are self-executing, & formational, fundamental, & foundational.

In 2022 *Dobbs*, Justice Alito wrote that the 14th Amendment's Due Process Clause protects 2 classes of substantive rights:

The first class were:

1) made-up fiat "SCOTUS-created" Freedoms, "which are not mentioned anywhere in the Constitution."

& the other class of Substantive Rights that the Due Process Clause of the 14th Amendment protects are:

2) those Freedoms "guaranteed by the first 8 Amendments".

That's it Alito? Only those freedoms located within Amendments 1 through 8 are legit Robert? Not the Freedoms in the Body of the Constitution, nor the other 19 Amendments Thomas? Not even Amendments 9 & 10 Sandra? Not even the OGs Amy?

Justice Alito was right about the right to abortion. It's not anywhere in the Constitution. But you do know what is in the Constitution? Amendments 9 through 27. Also, the body of the Constitution. The body of the Constitution is in the Constitution. It's right there in the beginning. Well, right after the Preamble, which are the end objects of government, & before the Bill of Rights. I never read the body of the Constitution when I was younger. I'd go straight to the Freedoms. The first clause of the 5th Amendment is in the Constitution… it's actually included IN the first 8 Amendments! Oh Alito, how you make me laugh. The Constitution is The Great American Freedom Contract between me & my respective governments, my general & state. It's self-evident, self-emergent, & self-executing. Is case law even real, active, good law? I know what freedom from quartering soldiers mean. Do they?

2

While I do consider myself a Progressive (ie to move forward, to advance, to make better, to progress), I'm not a Woodrow Wilson-kind of Progressive, nor Goodnow. There is no way to "move beyond" the Constitution, except by way of a Constitutional Convention. & that's the only way.

I cannot, however, get to square 2 without precisely knowing where square 1 is. My Total Incorporation +1 Theory, I believe, is Square 1. If not, I'd love to know where I'm wrong.

Until that 2nd Constitutional Convention is convened, in the meantime, I can focus my progressive forward-thinking efforts, presuming we all agree that Constitutional Law is the law that is constitutional, on articulating the 9th Amendment more fully, more precisely, more comprehensively, & also to try to pass an Amendment or 2. You know, add a freedom or 2, to expand our Rights & Freedoms, legitimately, constitutionally. With the bushel of SCOTUS-created freedoms already made & lined up, as defined by tradition or considered a "fundamental liberty", it's clear that we're past time for a 2nd Bill of Rights. We needed a 2nd Bill of Rights yesterday. And, for endurance of the constitution for the ages, we can rely on these fiat SCOTUS-created Freedoms for the genius of SCOTUS throughout the years in re case law. I also think some Freedoms can be teased out of that Preamble as well.

<center>xxXxx</center>

The problem with only including the Freedoms found in the 1st 8 Amendments of the US Constitution is that it at least ignores these 6 freedoms found in the belly of that instrument:

<center>[1] freedom from bills of attainder;</center>

<center>[2] the right to contract;</center>

<center>[3] the right to a post office box;</center>

<center>[4] the right to a jury trial in all criminal cases;</center>

<center>[5] the right to habeas corpus;</center>

<center>[6] freedom from ex post facto laws.</center>

Justice Scalia, God rest his soul, once mentioned that Art. 4, Sec. 2, cl. 1 ("The Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in the several States.") suggests that we can travel between the states.

<center>[7] The Right to Travel Between The States (Art. 4, Sec. 2, Cl. 1).</center>

<center>"It may be esteemed the basis of the Union, that 'the citizens of each State shall be entitled to all the privileges & immunities of citizens of the several States.'" ~Federalist #80</center>

Why are we lopping off Amendments 10 & 9? Both 9 & 10 were part of the original Bill of Rights. Amendment 10 just says all powers the federal government doesn't have is given to the People & The States. I'm sure some kind of legitimate claim could be based upon it. Also the 9th Amendment opens

<center>3</center>

the door up for brand new SCOTUS-created rights, via Natural Rights, Eternal, "Fundamental", "Rooted In A Scheme of Ordered Liberty", etc. Ordered Liberty is Hierarchical Freedom? Authoritarian Liberty? Absolutist Rights?

The 9th Amendment is all of our other freedoms we haven't named yet, which makes the 9th Amendment the perfect candidate & natural vehicle SCOTUS should take when they go to create new Freedoms.

Amendments 9 & 10 are a part of the original Bill of Rights, ratified by at least ¾ of the States in 1791. Eventually all 14 States ratify it. Vermont had just became a State. That's the 2 Carolinas, Georgia, Virginia, New York, Delaware, etc. Madison introduced 20 Amendments to Congress, & in a select committee it was whittle down to 12 Amendments, & ultimately, only 10 of those 12 were ratified by the States, & became Constitutional Law.

1791 is 2 years after the US Constitution was already ratified in 1789, 8 years after the 1783 Treaty of Paris, 10 years after the Yorktown victory of 1781, & 15 years after 1776.

We The American People barely got our Bill of Rights. We barely got our Freedoms. Madison was content without them, at first, but Patrick Henry & the rest were so overwhelmingly compelling, Madison relented, & produced one of the most famous documents the world renown.

Then SCOTUS doesn't incorporate our Freedoms, which lots of men have fought & died for, to the States until 1925 Gitlow, & Gitlow was just Speech & Press, our 1st Freedoms.

1 random fiat-created scheme of incorporation SCOTUS came up with, was that if the Freedom was used in our nation's history & tradition, then it was law. A major problem with this is that most of our nation's history & tradition was NOT upholding American Freedoms against the States. SCOTUS just started doing that less than 100 years ago in the 1925 *Gitlow* case.

[8] The Right to Rights not Mentioned (9th Amendment);

[9] The Right to Powers the Federal Government doesn't have (10th Amendment).

Only incorporating Amendments 1 through 8 ignores the Body of the Constitution (7 Freedoms), the 9th & 10th Amendment (2 more freedoms), & Amendments 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, & 27 as well.

What Freedoms are protected by Amendments #11 through #27? Here's a few:

[10] Women's Right to Vote (19th A.); Black Man's Right to Vote (15th A.); 18 Year Old's Right to Vote (26th A.); Freedom from Poll Taxes (24th A.); all which Imply a General, All Citizens Have A Right to Vote;

[11] Freedom from Slavery or Involuntary Servitude (13th A.);

[12] Freedom of Due Process & Equal Protection & Life & Immunities & Property (14th A.);

4

[13] The Right to Birthright Citizenship (14th A.);

[14] The Right to Alcohol (21st A.);

[15] Freedom From 2-Term Presidencies (25th A.), &;

[16] Freedom from Congress giving themselves a raise (27th A.).

By thinking all of our American freedoms are only located in Amendments 1 through 8 is overly selective. We lose at least 16 of our individual constitutional Freedoms, listed above.

Amendments 1 through 8 forgets Amendments 9 through 27 & the body of the Constitution & the Preamble.

Even the Amendments 1 through 8 themselves aren't all protected. Apparently, even Amendments 1 through 8 don't even include Amendments 1 through 8. We're picking & choosing – selecting – from that exclusive list of 8 as well.

Here's 3 of the original Amendments, Constitutional American Freedoms, seriously considered being axed:

[17] The Grand Jury Indictment Clause – The 1st clause of the 5th Amendment;

[18] The 3rd Amendment – Freedom From Quartering Soldiers, &;

[19] The 7th Amendment – The Right To A Jury Trial For Civil Matters Over $20.

While it might be tough to attempt to remedy disputes between private parties for paltry sums, how nice would be to have a tribunal that any American can go to, rich or poor, black or white, gay or straight, arrogant aristocratic banker or humble farm plowman, & actually be heard, & maybe even ascertain the truth, & maybe, just maybe, establish some justice? In my 42 years of being an American, I've rarely thought of the courts or cops or lawyers as people who establish justice &/or resolve disputes.

The federal government can establish a small claims division, that's not cumbersome, & work on resolving we the people's disputes. Dispatch armies & navies of arbitrators & mediators, & get to resolving people's small claims issues. America The Just. Where there's a will, there's a way. The *Miranda* decision increased professional development of the police all throughout the nation. I would love to know there's an unbiased, fair, & even-handed court of justice I can go to for my disputes, & then to get my disputes resolved. How nice would that be? Perchance to dream. To think I as an American could actually use these American courts to my benefit. What a great, smart way for the Federal Government to usurp powers the States should have already captured, & vice versa. We want our 6 departments to fight over our rights. We want them to jealously guard their powers & spheres of influence & their domains. A balance of power restricts tyranny. If all 6 departments from my 2 dual governments are all protecting my right to a Grand Jury indictment, then how on God's Green Earth, can that Freedom be denied?

5

With the 5th Amendment, SCOTUS can apparently observe how wise the Founders were, with the other clauses: The Right to Remain Silent, The Right to Just Compensation, Freedom from Double Jeopardy, The Right to Due Process in re Life, Liberty, & Property. So apparently, Clauses 2 through 5 of the 5th Amendment are profound & codified law, etched permanently in stone, to be worshiped & revered for eternity, but not Clause #1? Not the Grand Jury Indictment requirement for infamous & capital crimes, aka Clause #1, Numero Uno? The first sentence of the paragraph typically is the main topic sentence of that paragraph, & yet SCOTUS wants to wholly ignore it, skim & skip over it, & pretend like it wasn't an original 1791 Freedom? I haven't read any opposition or debates against the Grand Jury indictment clause from the 1780s or 1790s. It's been claimed there wasn't any opposition to the Bill of Rights as Madison presented it. He was a Federalist, who was opposed to the US Constitution having a Bill of Rights in the first place, & was able to get the Constitution ratified without them. It was only after he ran for Congress, & needed the support of the people, did he realize the error of his ways.

11 of the 14 States ratified it by 1791, & all eventually ratified it. Did none of the delegates in the Conventions or the representatives in the legislatures of 11 of the 13 original colonies plus Vermont pay attention to the Grand Jury Indictment clause, the main topic sentence of the 5th Amendment, when they assented & ratified it in 1791? Is that what 1884 *Hurtado* would want me to believe?

So far in our analysis, SCOTUS has created 18 fiat freedoms out of thin air while ignoring/axing/nullifying 19 freedoms which are crystal clearly constitutional. This means we're down by 1. And I'm not sure if we can just switch freedoms in & out like this.

"I don't want to kill him, Peter. I want him in jail. You understand? In jail. In a cell. Behind bars. Locked, stopped, strapped – & alive. He'll get up when they tell him to. He'll eat what they give him. He'll move when he's told to move & stop when he's told." (Ayn R. 1943 FH).

<div align="center">

xxXxx
**On Quartering Soldiers**

</div>

Using the 3rd Amendment as a control is smart, since it seems like soldiers occupying our homes really isn't a major problem nowadays. Perhaps that's because of the 3rd Amendment. If you don't have any thoughts on the 3rd Amendment, I don't really care what you got to say on the 1st or 2nd Amendments. Freedom is the Rule, not The Exception. When you can apply your principles to the 3rd Amendment, then I can open my ears back up to hear your thoughts on Amendments 1 & 2. Because the same principles applied on the 3rd Amendment are the same ones sought to be employed on all of the rest of our freedoms as well.

Freedom is the Rule, not The Exception.

Maybe the reason why we don't have a problem with soldiers quartering in our homes is because it's always been illegal since the birth of this nation. Because of the legal history, not the traditions, nor schemes of ordered/tiered/hierarchies of Freedoms, but because it's always been The Law. So nobody has ever really pressed the issue. Or tried it en masse, as a public policy. Why not? Because it's The Law. Because of it's legal history.

America's "Freedom from Quartering Soldiers" Rule states this:

<div align="center">

6

</div>

**"No soldier shall,** in time of **peace** be **quartered in any house,** without the **consent** of the Owner, nor in time of **war,** but in a manner to be **prescribed by law**." (3rd Amendment (US)).

For 233 years, the US Freedom from Quartering Soldiers Rule has been active, good, current law. Circa 1791.

Nevada's "Freedom From Quartering Soldiers" Rule states this:

"Quartering soldier in private house. **No soldier shall** in time of **Peace** be quartered in any house without the **consent of the owner,** nor in time of **War,** except in the manner to be **prescribed by law.**" (Section 12 of NV's Bill of Rights).

Section 12 of Nevada has been good, active, current law since 1864. There's a concurrent jurisdiction between the federal & state governments & courts with the Freedom from Quartering Soldiers Constitutional Law. That's a good thing, to have 2 governments, 2 courts protecting our rights, one would presume.

When you analysis, synthesize, & harmonize Section 12 of Nevada with the 3rd Amendment of America, you get the exact same thing. Doubled over. Verbatim. Only the US uses the term "but", & NV uses the term "except". That's the only difference. All of the same objects, all of the same point & purpose.

Plunder the enemies, steal their resources, augment the king's war chest. Historically speaking, the British quartered their troops in our homes, but so did the American troops. I wished American troops quartered better during Valley Forge. It's a well-recognized military tactic to "forage on the enemy" (Book 2, Sec. 9, Sun Tzu's Art of War says: "Bring war material with you from home, but forage on the enemy. Thus the army will have food enough for its needs."). It saves one from having to bring all of their provisions from home, & from depending on some severable food supply line.

Which soldiers do the 3rd Amendment prevent from quartering in our homes? All of them, but specifically, the law is aimed directly at our troops. American troops. Marines, Army, Navy, Air Force, etc. Foreign troops as well, clearly, but it's a freedom because our own soldiers can't take over our own homes. The British did so on a massive scale with the Quartering Act, stealing tea & alcohol & beds & candles & wives as needed.

Currently, since 2001, the US has declared a war on terror, not officially declared by Congress, but we're fighting them "over there" so we don't have to fight them "over here". There's no war in the internal body politic of the United States. Internally, it is a time of peace. Unless a terrorist attack was happening at that precise moment, in the same area, it would be absurd to hear a soldier claim they needed to take your house over, "for purposes of the war on terror." And in Syria, it's been reported that the American government are arming those that the 2001 "Authority to Use Force" Declaration said we were at war with, namely the perpetrators of 9/11.

In general, all folks can't live in your house without your consent. That's everybody, vagabonds, drifters, long-haired hippies, grandparents, fascists, etc. This includes the beloved troops as well. The 3rd Amendment presumes the house one owns & lives in is also controlled by one. A Right to Home.

7

"I. A presentment, generally taken, is a very comprehensive term; including not only presentments properly so called, but **also inquisitions of office, & indictment by a grand jury**. A presentment, properly speaking, is the notice taken by a Grand Jury of any offense **from their own knowledge or observation**, without any bill of indictment laid before them at the suit of the king."
~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

So freedom from quartering soldiers is both common sense & a lasting American legal legacy via The 3rd Amendment. By keeping soldiers from being internal police officers to we the people, we the people can always admire them, since they always fight for us, overseas, & never against us, from the new york island to the gulf stream waters, here at home.

"An indictment is **a written accusation of one or more persons of a crime or misdemeanor**, preferred to, & presented upon oath, by a grand jury. To this end, the sheriff of every county is bound to return to every session of the peace, & every commission of oyer & terminer, & of general gaol delivery, **24 good & lawful men of the county, some out of every hundred, to enquire, present, do, & execute all those things, which on the** part of our lord the king, shall then & there be commanded them. They ought to be **freeholders**," ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

An ounce of prevention is worth a pound of cure. To me, the legacy of the 3rd Amendment has been a resounding success. By pointing out that the government can quarter their troops in our homes, & rejecting it as a matter of principle from jump, we've been able to prevent that very mischief from ever happening again. & it's never became an issue. I doubt we could brag of a history without quartering soldiers without the 3rd Amendment.

"The strongest man is never strong enough to always be master, unless he transforms **force into right & obedience into duty**." ~Rousseau, 1755

But the possibility is still there. Space Force may want to quarter our homes. But not so long as we keep the 3rd Amendment. During Peacetime. Without Our Consent. Can't happen. Won't happen.

"I will compress them within the narrowest compass they will bear, stating the general principle, but not all its limitations. **Equal & exact justice to all men**, of whatever state or persuasion, religious or political; peace, commerce, & honest friendship with **all nations** – entangling alliances with none; the support of **the state governments in all their rights**, as the most competent administrations for our domestic concerns & the surest bulwarks against anti-republican tendencies;" ~Thomas Jefferson, March 4, 1801, Inaugural Address.

<center>xxXxx</center>

## Total Incorporation +1

Strict constructionism is right. Originalism is right. If the text itself doesn't clearly connote the purpose, then the original author & delegates & voters, supporters & detractors of the text can illuminate to the rest of us of what the law was supposed to be about. Strict constructionism is right. 55mph is 55mph. No Senator nor cop nor Judge, nor wealthy, nor poor, nor the powerless can be ticketed wrongfully for driving over the speed limit. Now since there's some margin of error, maybe 56 or 57mph isn't fast enough to warrant a chase down, but driving 65mph in a 55mph zone is a clear violation, even if you're a President, a CEO, a Supreme Court Justice, a Tom Brady, or not.

<center>8</center>

The intent behind the 55mph sign may illuminate the purpose for the traffic sign post, or not. Unless there's outright discrimination, such as posting speed limits in a specific spot because of a dislike of those who live there, a sign posting the speed limit is quite clear in it's intent & purpose. I'm not sure if Originalism is needed much here.

80mph is the speed limit on I-80.

I want the freedoms clearly written out in black & white in the US Constitution. Nothing more. Nothing less. SCOTUS has already demonstrated that they've created 18 freedoms. I'm only suggesting that the 9th Amendment be used for The Right To Self-Defense, & that's it. That's just 1 Freedom (the "+1" part). Self-Defense is implied in several ways. The end object of "providing for the common defense" (US), to defend self & with counsel (NV), plus NV's 2nd Amendment specifically says guns can be used for "security" & defense", & the 2008 *Heller* decision (US) all say that We The People have a right to self-defense. [The 9[th] Amendment is a bit of a vortex portal to dimension X; the opening of Pandora's box; or Hobbes' box of the Laws of Nature; since the 9[th] Amendment guarantees We The People rights not specifically enumerated, that's the perfect vehicle for SCOTUS to create new freedoms from, so stop hiding behind the legalese, the mumble-rap fiction of the Due Process clause!;]

I've only included 1 freedom in the 9th Amendment, an obvious one, & that's the most conservative perspective one can have. I wonder what freedoms the author & ratifiers & voters of the 9th Amendment were thinking about when they assented to that O.G. freedom. It's impossible that they weren't thinking of any. Probably dozens & dozens.

"[A] well-disciplined militia – our best reliance in peace & for the first moments of war, till regulars may relieve them; the supremacy of the civil over the military authority; economy in the public expense, that labor may be lightly burdened; the honest payment of our debts & sacred preservation of the public faith; encouragement of agriculture, & of commerce as its handmaid; the diffusion of information & the arraignment of all abuses at the bar of public reason; freedom of religion; freedom of the press; freedom of person under the protection of the habeas corpus; & trial by juries impartially selected – these principles form the bright constellation which has gone before us, & guided our steps through an age of revolution & reformation. The wisdom of our sages & the blood of our heroes have been devoted to their attainment. They should be the creed of our political faith – ". ~Thomas Jefferson, Inaugural Address, March 4, 1801

<div align="center">xxXxx</div>

In 1755, Rousseau wrote that the foundational problem "to which the social contract gives its solution" is: "To find a form of association which defends & protects with the whole force of the community, the person, & goods of every associate, **& by means of which each, uniting with all, nevertheless obeys only himself, & remains as free as before."**

<div align="center">

### **Madison's "Double Security"**

</div>

<div align="center">Or, On The Phenomena of Colliding & Consolidating Nevadan & American Rights, Liberties, Privileges, Immunities, & Freedoms</div>

<div align="center">9</div>

Madison in Federalist #51 said that our Freedoms have a "double security".

"In republican government, the legislative authority necessarily predominates."

First, on election day, we the people give our power away to the representatives. In a single republic, all of the people's power goes to the single government, divided into 3 branches.

But, as Madison explains in Federalist #51, in **the compound republic of America**, the power surrendered by the people first is divided between 2 distinct governments," State & General, ie Duel Sovereignty. The Dual Sovereignty principle declares that every American citizen must obey 2 Governments: Their Federal Government & Their Respective Nation-State Government.

"[T]hen the portion allotted to each subdivided among distinct & separate departments."

Within both the State Governments & the General Government, both of those 2 governments are subdivided into 3 branches of government.

"Hence **a double security** arises to the rights of the people." [Fed. #51]

2 X 3 = 6. This means, there's 6 branches of government (Ex., Leg., & Jud. For Feds & Ex., Leg., & Jud. For States) who theoretically all fight for me & for future generations to be able to enjoy the blessings of liberty. That's more than Double Security. More than Triple... it's 6-fold. That's a 6-layer security-of-rights birthright-citizenship cake. That's all 6 departments of government, all vying & competing & fighting to make sure your & my rights & liberties & privileges & immunities & freedoms are all respected & upheld. Which is great. That's taxation WITH representation.

Since I'm an American by birth (Covington, KY, 1982, Hey Ya!), this means that the Executives & Legislators & folks of the Judiciary of the American Government is protecting my freedoms (freedom of the press, equal protection, due process, Grand Jury indictment, etc), & the Executives & Legislators & folks of the Judiciary of the Nevadan Government are protecting my freedoms as well. My God, with so many of my leaders in society protecting my freedoms – all of the The Governors & Presidents & the US Congress & State House, both Representatives & Senators, The District Judges, Appeals Judges, Supreme Court Judges, District Attorneys, & of course, the Police, who we're told works for the Executive Branch, but seems to work for the Judicial Branch, or their own – there's no possible way for a citizen's freedom, most especially a constitutional freedom, to ever be infringed.

Great decisions are SCOTUS's bread & butter. Since, as Hamilton said, courts are mostly judgment, then, make sure you judge 100% correctly. On point, with pinpoint precision. Having matters settled rightly is more important than just having them settled. Perhaps we can get Americans to fall back in love with their Constitution again. Lincoln suggested a political religion for America, where we memorize & quote & debate & discuss & amend & love our laws.

I was born in Kentucky, which is on American soil, & I reside in Nevada. This makes me a Nevadan-American. This means that the bulk of my total "basket (or bushel) of freedoms" includes the Bill of Rights of Nevada, America's Bill of Rights, plus others.

10

What lessons can be gleaned from this academic exercise of combining one citizen's State Constitution's Bill of Rights with his Federal government's Bill of Rights into one list, a total "bushel of freedoms"?

We learn lots.

We The American People of Nevada ought to have a sixfold protection of our god-given American rights, & of our citizenship freedoms enumerated.

All Nevadan-Americans (those born in America & residing in Nevada) have these 16 Verbatim Rights:

<div align="center">

xxXxx
**16 Double Freedoms – Verbatim**

[1]- Freedom from Bills of Attainder.
[2]- The Right to a Habeas Corpus Hearing.
[3]- **The Right to Contracts.**
[4]- Freedom from Ex Post Facto Laws.
[5]- Freedom From Double Jeopardy
[6]- Freedom from Quartering Soldiers.
[7]- **Freedom from Unreasonable Search & Seizures – ie The Right To A Warrant.**
[8]- The Right to Remain Silent
[9]- The Right to Insure Domestic Tranquility
[10]- Freedom from Excessive Fines
[11]- **The Right of Due Process**
[12] **Freedom From Slavery or Involuntarily Servitude**
[13] **Freedom from Excessive Bail**
[14] **Freedom from Cruel OR Unusual punishments**

</div>

[15]- Enumeration of Expressed Freedoms Doesn't Negate Implied Freedoms (Natural Rights, Eternal Law, Thomas Hobbes' 24 Laws of Nature, The Right to Self-Defense, etc). Hobbes' 24 Laws of Nature, such as peace, self-defense, contracts, social contract, **complaisance**, equity, **gratitude**, against pride, arrogance, **acception of persons**, bias, prejudice, discrimination, etc. (Leviathan, 1651).
[16]- The Right of the Blessings of Liberty Itself

The above list is a list of 16 of the VERBATIM double freedoms of every NV-USian. These freedoms weren't just similar, or in the same ball park: they are the very same ball, word-for-word. Heck, many of the State Freedoms is probably the one from the general government. It probably IS the very same exact Freedom Constitutional Law.

The "close enough" double freedoms had the same freedoms, but in some ways, they were expansive, in other ways, restrictive; therefore, they are more nuanced.

There's no nuances with the 16 Verbatim Double Freedoms above. At least in terms of direct objects. Both Nevada & America agree that we all are Free From Slavery & Involuntary Servitude, Free From Double Jeopardy, & Free From Unreasonable Search & Seizures. Both Nevada & America agree to protect Liberty itself: Freedom from Excessive Bail & Fines & Cruel & Unusual Punishments. Both Nevada & America agree to be for Due Process, in protection of Life, Liberty, & Property. Both

<div align="center">11</div>

Nevada & America agree on the Right to uphold lawful Contracts & The Right to Remain Silent, & No Ex Post Facto Laws.

Since all of us agree that both of my State & Federal Constitutions prevent Soldiers from Occupying my Home, in Peacetime, without my Consent, why would I need any bureaucrat to tell me otherwise? I can read. Yes liberty is connected to competency, duty, & responsibility, & yes happiness is connected to virtue. What of it?

Some case law says that Federal rights are only for federal citizenship in federal courts, & vice versa, with the state's individual freedoms being only for state citizenship in state courts. But with the 16 Verbatim Double Freedoms & The 16 Close Enough Freedoms, there's no such wiggle room. Nevada & America both agree on 32 core freedoms.

On the 16 Verbatim Double Freedoms, both Nevada & The Feds are in total agreement, lock, stock, & barrel.

I can understand the language that was written for the ordinary layman to understand. And all of those Double Constitutional Freedoms are Self-Actualizing & Self-Executing. I understand how contracts work as well. To nullify the 18th Amendment, we needed a 21st Amendment. The same must be so with the 7th Amendment & the 19th Amendment & the Right to Habeas Corpus & Jury Trials, etc.

When a person tries to occupy my house without my consent, I am committed to making sure that does not happen. I would expect any & all of my neighbors to do the same as well. I can see no reason why a lawful society would allow any person to put up with a home occupier, against our will, whether it's our troops or foreign troops or literally anybody else. Does the 3rd Amendment not imply a right to Home? Let's heed the Constitution! Let's keep the 3rd Amendment & the 5th Amendment & the 7th Amendment & the 27th Amendment! Don't tread on me. Life, liberty, & property. Live free or die.

The Freedom is the Constitutional Rule, not the Exception. & when I citizen's arrest a soldier for attempting to occupy my home, & I call the police, or take the culprit to jail, the Jailer or the Sheriff or the Deputies should have no issues whatsoever. I did what I was legally allowed to do. I can order anybody out of my house. This is common sense. Plus all 6 departments of government, including the Law Enforcers, who work for the Executive Branch, know that keeping folks free of Quartering Soldiers is The Law, with a capital T & L, & it's been good, active, current law for America since 1791 & for Nevada since 1864. Law Enforcers are here to enforce the Law, including the superior Constitutional Law. Soldiers cannot quarter in our homes, during peacetime, without our consent. The freedom is the rule, not the exception. That's the bottom line. Period. End of story.

James Madison explained that one purpose for the Bill of Rights was "to establish the public opinion in their favor":

"It may be thought that all paper barriers against the power of the community are too weak to be worthy of attention." Maybe the Bill of Rights aren't as strong as Patrick Henry & other anti-federalists would like, "yet, as they have a tendency to impress some degree of respect for [The Rights expressed in The Bill of Rights], **to establish the public opinion in their favor,** & rouse the attention of the whole community, it may be one means to control the majority from those acts to which they might be otherwise inclined." ~James Madison, June 8, 1789

12

xxXxx
### 16 Double Freedoms – Close Enough
### Not Verbatim, But Close Enough; Cigar

Since not all Freedoms are created equal, the "close enough" Double Freedoms, added to the Verbatims, would round out the total basket of freedoms (bushel of rights? The green acres of liberties?) both American & Nevadan public officials are committed to protecting. Here's a more comprehensive list of the Rights that the Executive, Legislature, & Judicial Branch of both our general national Federal Government & our Nevada State Government will all protect:

[1]- Freedom From Establishment of Religion: "Liberty of conscience. The free exercise & enjoyment of religious profession & worship without **discrimination or preference** shall forever be allowed in this State," ... (Section 4 (NV); 1st Amendment (US)).

[2]- The Right to A Jury Trial In All Criminal Proceedings (A3.S2.C3. & 6th Amendment (US)). Section 3 of Nevada's Bill of Rights says "The right of trial by Jury **shall be secured to all & remain inviolate forever;**".

[3]- Freedom of Religion: (1st Amendment (US)) (Section 4; Ordinance #2 (NV)). "That **perfect toleration** of religious sentiment shall be secured, & no inhabitant of said state shall ever be **molested**, in person or property, on account of **his or her mode of religious worship." (Ordinance #2).**

[4]- The Right to Just Compensation For Eminent Domain Takings. "4. In all eminent domain actions, just compensation shall be defined as that sum of money, necessary to place the property owner back in the same position, monetarily, without any governmental offsets, as if the property had never been taken. Just compensation shall include, but is not limited to, compounded interest & all reasonable costs & expenses actually incurred." (Section 22.4 (NV)).

[5]- The Right to Bear Arms. "A well regulated Militia, being necessary to the security of a free State, the right of the people **to keep & bear Arms,** shall not be infringed." (2nd Amendment (US)). "1. Every citizen has the right to keep & bear arms for **security & defense, for lawful hunting & recreational use & for other lawful purposes.**" (Section 11.1 (NV), amended 1982).

[6]- Freedom of the Press. "Every citizen may freely speak, **write, & publish** his sentiments on all subjects being responsible for the abuse of that right; & **no law shall be passed** to **restrain or abridge** the **liberty** of speech or **of the press.** In all criminal prosecutions & civil actions for libels, the truth may be given in evidence to the Jury; & if it shall appear to the Jury that the matter charged as libelous is true & was published with good motives & for justifiable ends, the party shall be acquitted or exonerated." ( Section 9 (NV)).

[7]- Right to Peacefully Assemble. "The people shall have **the right freely to assemble together to consult for the common good,** to instruct their representatives & to petition the Legislature for a redress of Grievances." (Section 10 (NV)).

13

[8]- The Right to Petition The Government For a Redress of Grievances: "The people shall have the right freely to assemble together to consult for the common good, to instruct their representatives, & **to petition the Legislature for a redress of Grievances**." (Section 10 (NV)).

[9]- The Right to Defend Self & With Counsel: "1. No person shall be tried for a capital or other infamous crime" … "**& in any trial, in any court whatever, the party accused shall be allowed to appear & defend in person, & with counsel, as in civil actions.**" (Section 8.1, updated in 2018, 1996, & 1912; current now, March 2024). (6th Amendment (US)).

[10]- The Right to Vote. (Art. 2, Sec. 1 (NV)). (19th A., 15th A., Art 1., Sect. 2, 26th A. (US)).

[11]- The Right to Speak. (1st A.).

[12] The Right to Life: 14th A.

[13] The Right to Property. 14th A.

[14] – The Right to An Appeal: "The judicial power shall extend to all cases, in law & equity, arising under this constitution, the laws of the United States, & treaties made, or which shall be made, under their authority;" … "In all cases affecting ambassadors, other public ministers & consuls, & those in which a state shall be party the supreme court shall have original jurisdiction. **In all the other cases** before mentioned, the supreme court shall have **appellate jurisdiction**, both as to **law & fact**, with such exceptions, & under such regulations as the Congress shall make." (Art. 3, Sec. 2). Article 6, Sec. 3A of NV Const. Lists rules for Court of Appeals; "1. The court of appeals consists of 3 judges or such greater number as the Legislature may provide by law. If the number of judges is so increased, the Supreme Court must provide by rule for the assignment of each appeal to a panel of 3 judges for decision."

[15]- Freedom From False Charges of Treason. "Treason against the State shall consist only in levying war against it, adhering to its enemies or giving them Aid & Comfort. And no person shall be convicted of treason unless on the testimony of 2 witnesses to the same overt act, or on confession in open court." (Section 19 (NV)). The US version: "Sect. 3. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid & comfort. No person shall be convicted of treason unless on the testimony of 2 witnesses to **the same overt act,** or on confession in open court." … BUT the next sentence of the US Const. adds this, which is not included in the NV freedom: "The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work **Corruption of Blood, or Forfeiture** except during the Life of the Person attainted." (A3.S3.C1&2&3.)

[16]- Another DOUBLE FREEDOM! NV protects against Standing Armies by limiting appropriations by 2 years, the US does too; powers of congress; Art. 1, Sec. 8 (US) states: "To raise & support armies, but no appropriation of money to that use shall be for a longer term than 2 years."

"All animals are equal. But some are more equal than others." ~Animal Farm, George Orwell

xxx

14

All Nevadans, & Americans living in Nevada, get the Right to petition our government, the Liberty to defend ourselves, by ourselves or with counsel, & Freedom from false charges of treason. Both Nevada & American Law protects the Right to Religion, as well as protects from the Establishment of an Official Religion. Nevada & America also protects the right to a jury trial & the right to bear arms.

That's at least 32 total freedoms that all 6 departments of government, state & federal, all of my governments, are supposed to protect, for each & every individual citizen. No ifs, ands, or buts. Without denial, nor delay, nor debate. All 32 of the above listed freedoms have 2 constitutional legs to stand upon. All 32 of these freedoms are formative, foundational, & fundamental American & Nevadan Law.

The Freedom is the Rule. All of us Nevadan-Americans get to speak & write & publish; we get to peacefully assemble; we get to own property, & we get just compensation for eminent domain, & the right to an appeal.

Presidents & Governors are ready to duke it out over our Freedoms. Congress & State Houses, Representatives & Senators, alike.

What's great about having a "Bill of Rights Days" is that all we're really declaring are the freedoms already promised to us. And how can the average citizen not combine their State's Freedoms with their Confederated Federal Republic Nation's?

I'm happy with how my bulshel of freedoms are unraveling. Isn't it great when both the rights & freedoms of both state & federal constitutions are so interwoven that they can synthesize together so smoothly & harmoniously? This means everybody in Nevada – Fallon, Fernley, Reno, Las Vegas, Winnemucca, Elko, Unionville, & Rye – is on board with protecting our Nevadan/American rights, liberties, privileges, immunities, & freedoms, from the very same page, with nearly identical language. Yippie Kiyay.

"I'm a Nevadan-American, & while I may not agree with you, I'll fight to the death for your right to speak, write, & publish your terrible thoughts."

"Thank you."

"You're welcome."

"Any illiterate maniac, any worthless moron who commits some revolting murder, gets shrieks of sympathy from us & marshals an army of humanitarian defenders. But a man of genius is guilty by definition." (Ayn R. 1943 FH).

<p style="text-align:center">xxXxx</p>

**On The Slight Variations**

Do we Americans have a right to bear arms as individuals, or do we need to be a part of a militia?

<p style="text-align:center">15</p>

For Nevadan-Americans, this question doesn't even matter, since Nevada's 2nd Amendment answers this question clear as day.

Nevada's 2nd Amendment (Section 11.1) reads as such: "1. Every citizen has the right to keep & bear arms for **security & defense, for lawful hunting & recreational use & for other lawful purposes.**" (Section 11.1 (NV), amended 1982).

Our right bear arms in Nevada is stronger as an individual freedom than as a militia freedom. There's no mention of a militia anywhere in Section 11.1. Section 11 is also connected to the military being subordinate to the civil power, & only a 2-year allocation of money allowed for standing armies.

We Nevadans can use firearms to defend ourselves, our family, homes, person, & property. We can use guns to enforce our security. For our self-defense. For the defense of others. We can use guns to hunt with. We can even use guns recreationally. And we can also use guns for "other lawful purposes".

Nevada's 2nd Amendment expands Nevadan's individual right to own, carry, & bear arms.

Nevada's freedom to peacefully assemble is Section 10. While Nevada says it's okay to peacefully assemble, 3 honorable ends are mentioned, to which a citizen can peacefully assemble upon: 1) to instruct our representatives; 2) to petition the legislature for a redress of grievances, or; 3) to consult for the common good. Some calls these restrictions, which I can see. They also look like qualifiers.

Nevada's freedom of the press (Section 9) even reminds us that Truth is the great nullifier of slander or libel. Hamilton wondered what the "Freedom of the Press" even means. Nevada's Freedom of the Press is more precise than our nation's, because it includes the words "write" & "publish". That's it Hamilton. The Freedom of the Press is the freedom to write & publish.

Nevada's Freedom of the Press has 3 limiting phrases, though perhaps they are qualifying phrases, like the law was "directing the spirit of the freedom towards the good of that freedom".

Nevada's Freedom is that you are allowed to think (freedom of conscience), & then you can write those thoughts on paper, or speak them out loud. You can also publish those written or spoken thoughts in a newspaper, on the Internet, in a mass convention, out there publicly, just so long as you do these 3 things: 1) publish the "truth", &; 2) do so with "good motives", &; 3) for "justifiable ends".

"Why did you call the Judge fat?"

"I do so because he is fat, so it is the God's honest truth, & because I wanted him to lose weight. It's the truth, & I said so for good motives, & justifiable ends."

"Bravo. Capitan. Bravo."

xxXxx

On The Unique Freedoms (U Nique Up On)

16

Nevada & America have some interesting unique freedoms, respectively speaking. Nevada offers her citizens a Right to Bail ($7), Freedom from Debtor's Prison ($14), The Right to Recall (Art. 2, $9), The Right to Marry ($21.2), & Freedom From Jail Over Outstanding Militia Fines (Section 14).

America does not.

Nevada specifically protects against discrimination, specifically based on "race, color, creed, sex, sexual orientation, gender identity or expression, age, disability, ancestry or national origin."

America's Constitution does not.

Nevada protects the Right to 3 distinctly separate departments: "1. The powers of the Government of the State of Nevada shall be divided into 3 separate departments – The Legislative, The Executive, & The Judicial; & no persons charged with the exercise of powers properly belonging to one of these departments shall exercise any functions, appertaining to either of the others, except in the cases expressly directed or permitted in this constitution." (Art. 3, Sec. 1).

The US does not.

NV has a pile of victim's rights & a pile of Just Compensation/Freedom from Eminent Domain rights as well.

America does not.

Out of Nevada's long list of expansive victim's rights, here's a handful of them:

[1]- Freedom from Intimidation & Abuse Throughout The "criminal or juvenile justice process" (Section 8a.1.a, NV B. of R.s);

[2]- Freedom to be Reasonably Heard at Any Hearing (Section 8a.1.h);

[3]- The Right to Full & Timely Restitution (Section 8a.1.(l)) & (Section 8a.1.(p));

[4]- The Right to a Timely Disposition of a Criminal Case (Section 8a.1.i);

[5]- The Right to Reasonably Confer with the Prosecutor & Assistants (Section 8a.1.f), &;

[6]- The Right to Fairness, Respect, Confidentiality, & Privacy, Section 8a.1.a, NV B. of R.s): "(a) To be treated with **fairness & respect** for his or her **privacy** & dignity,". Also, "(d) To prevent **the disclosure of confidential information or records** to the defendant which could be used to locate or harass the victim or the victim's family." (Section 8a.1.d, NV B. of R.s).

America protects the people from States' Bills of Credit (A1.S10.C1.) & State Invasions & State Currency, while The Republic of Nevada protects Freedom from Inflated Federal Taxes On Nevada Land (Ordinance #3).

The US protects against titles of nobility; NV does not.

17

The US upholds Equal Protection, the Right of Birthright Citizenship, Freedom From Congress Giving Themselves Raises, The Right To Alcohol, The Right to a Post Office Box, Freedom From Poll Taxes, & Freedom From 3-Term Presidencies.

NV does not.

Nevada protects the Right to Happiness, & The Right for our representation to be apportioned by population (Section 13). America does not.

The American Bill of Rights protects jury trials, for all criminal proceedings, & any civil matter for any issue over $20. Nevada does not.

Nevada specifically protects The Freedom of Conscience & Freedom From Being Unnecessarily Detained as a Witness. America does not.

There's a bunch to be said ala Unique Freedoms, but I'll just make one observation.

Technically speaking, Nevada protects the "right to a jury trial", but that's it. And it's "sacred & inviolate forever" ("The right of trial by Jury **shall be secured to all & remain inviolate forever"** **(Section 3)).** There's no additional qualifiers to that. No "public" nor "speedy" nor "impartial" are included in that Nevada Freedom. While I presume that Nevada courts probably protect public speedy jury trials, with impartial juries, because of the general role modeling of the general government, technically speaking, their bill of rights doesn't protect it. It's not specifically & expressly enumerated. If Nevada only thought of enforcing her own Constitution & only her own laws in her own way, Nevada could technically get away with not having speedy or public trials, nor with impartial juries, since their bill of rights doesn't protect it. NV's Bill of Rights also doesn't expressly explicitly enumerate a confrontation clause, nor compulsory process either.

<div align="center">

**xxXxx**
**I Don't Know**

</div>

The "I don't know" category had 3 "rights" I considered: The Right to a Militia, Freedom From Crime, & The Right to a Criminal Justice System. So I got 4 categories, 4 groups, when one clashes the bills of rights together.

When we consolidate the state's bill of rights with our national general bill of rights, patterns emerge.

The 4 groups that obviously form are as follows:

<div align="center">

1) Unique Freedoms;

2) Double Freedoms, Verbatim;

3) Double Freedoms, Close Enough, &;

4) I Don't Know.

</div>

18

<center>xxx</center>

SCOTUS won't have to clash all of the bills of rights of all the cases they comes across to know precisely the law; only when considering the state's guarantee of individual rights.

Bills of rights of the states are titled too, so one can quickly skim, & get the relevant sections.

Some say the 14th Amendment nationalized the Bill of Rights, but is that even possible? Didn't the Bill of Rights nationalize all of us as freedom-loving Americans? Didn't the Bill of Rights nationalize the Constitution as The Great Freedom Contract?

Nevada has a "2nd Amendment". Nevada's Bill of Rights has a "3rd Amendment" as well. Nevada's Bill of Rights has a 4th, 5th, 6th, 8th, & 9th Amendments as well. If not verbatim, then cigar.

That's all of our government leaders are for the Freedom from Quartering Soldiers; which is great, because I won't have to wonder if any of them are attempting to cook ideas up on how to take them away.

Punk cops like to rub the complicated system in the victim's face, the victim the cop just pummeled for whatever reason, "if ya don't like it, then write your congressman!" or "yea yea tell it to the Judge."

The same for The System. You don't like the Grand Jury requirement? Not a fan of the 3rd or 7th Amendments? Yea, yea, Tell it to the judge. Write your Congressman. Get some Amendments on the ballots.

Don't tread on me! We must hang together or surely we'll hang separately. Stella!

Get 2/3 of Congress or US States to propose the Amendment(s), & then get ¾ of US state legislatures or state conventions to ratify it. It's just 2 steps. Call a convention, or pass an Amendment.

It's tough, but not impossible. Where there's a will, there's a way. If you can dream it, you can do it.

<center>xxXxx</center>

Jean-Jacques Rousseau said that the problem with forming a legitimate republican government is that you have got to "find a form of association" where everybody is included, & **while uniting himself with all, may still obey himself alone, & remain as free as before.**

<center>xxx</center>

I see the reason why folks keep on getting confused about that whole Privileges & Immunities Clause vs. the Due Process Clause of the 14th Amendment.

There's 4 clauses to the 1st section of the 14th Amendment:

**Clause 1** is the **Citizenship Clause**: "All persons born or naturalized in the United States, & subject to the jurisdiction thereof, are citizens of the United States & of the State wherein they reside."

<center>19</center>

Therefore, any person born on the soil of the United States (USA today = 50 States, 14 Colonies, 900 Military Bases, plus some disputed territory) is an American Citizen, & the State we are a citizen of is the State that we reside in. The citizenship clause nullified the Dred Scott ruling as being the law of the land.

**Clause 2** is the **Privileges & Immunities Clause**: "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;"

**Clause 3** is the **Due Process Clause**: "nor shall any State deprive any person of life, liberty, or property, without the due process of law;"

**& Clause 4** is the **Equal Protection Clause**: "nor deny to any person within its jurisdiction the equal protection of the laws."

The court has been incorporating the US Bill of Rights to the states slowly but surely through the Due Process Clause of the 14th Amendment. The scheme of the Due Process Clause is more complicated than the Privileges & Immunities Clause because there are more terms to define: Due Process, Property, Life, Liberty, State, Person, versus say, just Liberty (of the American Citizen). This allows petitioners to appeal to the complicated construction of the Due Process Clause in order to win themselves both Procedural Rights as well as Substantive American Freedoms. Having to wonder about both Process & Liberty allows the mind to wander, & that's how petitioners have won their cases, & therefore, "SCOTUS-created Freedoms" have been concocted.

Justice Clarence Thomas is right to point to the clear pathway of & advantages to appealing to the Privileges & Immunities Clause. One of the main benefits of American Citizenship is the protection of our Constitutional Freedoms, by all 3 branches of government, in both state & federal centers of power. Frankly, I can't think of what else "Privileges & Immunities" could possibly mean. So the The Right to Speak & Religion & Assemble, etc, these are clearly Privileges & Immunities, & if there's other Privileges & Immunities I wasn't aware of, that I'm due, that I'm entitled to, I'd like to know what those are as well.

Not only does Privileges & Immunities clearly mean Freedom/Rights/Liberty, but the Privileges & Immunities Clause also protects individual American *citizens*, of all of our rights, whereas the Due Process Clause covers what "liberty" & "due process" means to any individual "person", any ol' person, citizen, natural born or naturalized, or foreign-born & not naturalized.

Defining Freedom for American Citizens – those born on US soil – is easier & more straight-forward (*see* US Constitution) than defining Freedom for Persons, in the midst of whatever Due Process rights Persons may have, stemming from the Constitution, or Natural Rights, or Fundamental Scheme of Ordered Liberty Rights, etc. The Freedoms for American Citizens are already spelled out & enumerated, point-by-point (*see* US Constitution).

Defining the Privileges & Immunities Clause only forces one to think about the Rights spelled out in the US Constitution for We The People, & that's it. No more. No less. Why consider due process if the case at hand has little to do with due process, & everything to do with liberty, & what "liberty" means to The American People?

20

Total Incorporation +1 is conservatively assigning only Self-Defense as another freedom the 9th Amendment presumed we had, but didn't specifically expressly explicitly spell it out in enumerated form. While I can think of dozens of Rights for the 9th Amendment, clearly, at the bare minimum, there's at least 1 other freedom not written in the 1791 Bill of Rights meant by the 9th Amendment.

Total Incorporation +1 is all of the Rights/Liberties/Freedoms expressly listed in the US Constitution, plus Self-Defense. Self-Defense via the 9th Amendment is the +1.

The 2008 *Heller* decision already said that the 2nd Amendment, the individual right to bare arms to protect self & home, includes the individual right to self-defense. Self-defense is also clearly common sense, self-evidently right, proper, & correct. Only a person who wants to thrash others willy-nilly, without consequences, would think self-defense for others is wrong. But even that violent thrasher, while not for others right to defend themselves, would be in favor of his/her own defense of his/her own person.

Self-Defense is also Thomas Hobbes' 1st Law of Nature. That's out of a dozen or more. Hobbes is the world's 1st real English philosopher.

"In this dangerous crisis, the people of America were not abandoned by **their usual good sense, presence of mind, resolution, or integrity**. Measures were pursued to concert a plan to form a more perfect union, establish justice, **insure domestic tranquility**, provide for the common defense, promote the general welfare, & **secure the blessings of liberty**. The public disquisitions, discussions, & deliberations issued in the present **happy constitution** of government." ~John Adams, March 4, 1797, Inaugural Address

<p style="text-align:center">xxx</p>

Total Incorporation is, to me, that federal courts, law-makers, & executives, all uphold all of the Rights clearly spelled out in black & white in the US Constitution, for all American citizens in all American lands. Selective Incorporation is for the federal & state governments, & their 3 checks & balances departments, to pick & choose the Constitutional Rights they want to uphold, & create whatever new freedoms seems to float their boats on any given day. Freedom means whatever floats your boat but doesn't sink mine. My rights extend indefinitely, up until the point that they infringe on another person's rights.

The US Constitution may not protect all of our inherent, implied, natural, God-given rights. It should, but even if it falls short of that lofty ideal, how can it not protect the few freedoms spelled out in it?

The US Constitution is a contract between the people & the government, & all of her clauses carry weight, constitutional muster. If SCOTUS wants to cancel any one of her provisions, that requires an Amendment. If SCOTUS insists that all rights are equal, but some rights are more equal than others, then the the US Constitution needs to be printed with asterisks by the Rights & Freedoms promised, but not delivered.

Yodeling the ravines of barren mountaintops bothers nobody but perhaps the billy goats gruff. Heck, the mountain goats might even like it. Liberty doesn't need to be ordered, & she needs no schemes.

<p style="text-align:center">21</p>

Scheme= an underhanded plot (Old Dictionary)

Justice Alito is correct when he points out that Abortion is not a right in the Constitution. The right to have Jury trials for civil cases, the right for a Grand Jury Indictment for infamous or capital cases, & freedom from quartering soldiers, however, are.

If pro-Abortion folks want to win the freedom for on-demand abortion back, that takes a Constitutional Amendment via Article 5 of the US Constitution. I would suggest to the Pro-Choice folks to push for a Right to Privacy. That at least gets us an important enumerated freedom, one that would seem to be popularly supported, & would therefore form a stronger, more logical, base foundation for *Roe*'s thinking.

The high barrier to entry via Article 5 makes passing an Amendment very difficult. It's tough, but not impossible.

The same is true for those who wish to scratch out any of the clauses of the Constitution which they feel is too clunky or cumbersome. If SCOTUS doesn't judge our Freedom from Quartering Soldiers as good active current law, that too also requires an Amendment.

<center>xxx</center>

**Blackstone said,** Inconveniences are the price all free nations pay for their liberty in more substantial matters:

"And however convenient these may appear at first (as doubtless all arbitrary powers, well-executed, are the most convenient) yet let it be again remembered that **delays & little inconveniences in the forms of justice, are the price that all free nations must pay for their liberty in more substantial matters**; that these inroads upon this **sacred bulwark** of the nation are fundamentally opposite to the spirit of our constitution; & that though begun in **trifles**, the precedent may gradually increase & spread, to the utter disuse of juries in questions of the most momentous concern." ~Blackstone, Vol. 4, 1769

It is crazy that the "Due Process" clause somehow forgot the due process of Presentment & Indictment. We're so busy trying to figure out what substantive freedoms are, we pretend like enumerated processes aren't guaranteed due processes. The Grand Jury's process of Presentment & Indictment is literally an enumerated procedural freedom, constitutionally protected. The right to a grand jury is on par, on even keel, as something like, freedom of religion, or of the press.

I mean, my god. This is America, & that should mean something.

Is this why we charged by the hundreds buck naked in Eutaw Springs?

Is this why we bled in Shiloh & Gettysburg & Perryville?

Is this why we stormed the beaches of Normandy on D-Day during Operation Overlord?

An American Citizen should be able to read the US Constitution & know what his or her rights clearly are. If SCOTUS wants to create new fiat freedoms while ignoring clearly spelled out primie facie

<center>22</center>

Constitutional freedoms, then the US Constitution needs to be printed with asterisks by the clauses & terms the US Government doesn't want to abide by, & end off, not with the 27 Amendments, but after those, a list of the 18+ SCOTUS-created freedoms We The People do have. & SCOTUS can re-up on them every year, to make sure that a majority of the justices still believe in the 18 fiat freedoms. This will make it so that every American can know what his or her true blue bona fide American Rights are & what they are not. The US Constitution was written so that the average layman can comprehend it. An American layman citizen, average Joe or Sally America, anybody literate, should be able to read the US Constitution & the 27 Amendments, & know what their freedoms are, but right now, as things stand, that's not the whole big picture. That's not the truth, the whole truth, & nothing but the truth. & that's not right, nor fair. So help them God.

xxXxx

"The association of people is not mentioned in the Constitution nor in the Bill of Rights. The right to educate a child in a school of the parents' choice – whether public or private or parochial – is also not mentioned. Nor is the right to study any particular subject or any foreign language. Yet the 1st Amendment has been construed to include certain of those rights." ~1965 Griswold v. Connecticut

xxx

If the Liberty in question has nothing to do with Due Process, then why go the Due Process route? Why bring Due Process into a "what is Liberty" conversation? And why use the Due Process clause when the Privileges & Immunities clause is just sitting there, waiting to be used. And why create freedoms through the 14th Amendment when the 9th Amendment is just sitting there?

After the Citizenship Clause, the next 3 clauses all solidify Freedom, Rights, & Liberties. Privileges & Immunities is Freedom itself, so is Liberty (of the Life, Liberty, & Property portion of Due Process Clause), & Equal Protection, well heck, don't all of us need our Right to Speak & Religion & Assemble protected equally?

Due Process is at least A 10-Step Procedure. At least.

Grand Juries are Process. As well as Privileges & Immunities, & Liberty, as well as Equal Protection. The Grand Jury is The 14th Amendment & The 14th Amendment is a Grand Jury.

xxx

### Any Repealing Clauses?

Maybe it's because having a person to throw ideas off of would have been such a help when I was developing my own comprehensive & coherent legal philosophy, it just seems to me, that Judges & Cops & Lawyers should absolutely love me. Let's bump our comprehensive & coherent theories together. Go ahead, read my perspective. I'm not saying it's my way or the high way. I am saying that I have a moral & philosophical & legal perspective, it's pretty well thought out, & it's based on logical principles.

But if you're a Judge, do you not want the people in your district learning the laws? Only you oh wise Judge gets to know ye laws, & interpret them, & it turns out, I'm wrong about everything, you're right about everything? & now you want my home, person, & property? Is that it? Must I obey & adhere to any absolutist tyrant, even if they are corrupt, & not fair, nor balanced, nor even-handed?

23

Whenever I was talking to my neighbors, I didn't care so much if they were upholding Planning & Zoning laws, but how they were coping with them. Clearly they are lawful people too. And if they weren't lawful people, then clearly, they must be listening to their own moral code, their own personal philosophy, right? Without morals, or the laws, what does anybody have?

By me as a citizen talking to my neighbors about the laws, this ups everybody's legal game in the neighborhood. This adds levity to the barbarians. Why wouldn't a DA or a police officer or a Judge want the people arguing & discussing the laws of the land, & how best to obey them?

"Without The Law, what do you got? You've got nothing!" ~US Marshall Bass Reeves

If the people don't learn the laws, how can the people obey them? If you're the cops, wouldn't you want a good & virtuous population, who are well-versed on the laws, to follow them, to be moral, to be kind to each other, or at the bare minimum, not to be committing crimes against each other? Or is life just about being mean & cruel & violent to others?

A good DA & Judge & Sheriff who want a peaceful, harmonious, & functioning society should want more John Masters in their neighborhood. 95% of the time, Masters doesn't run to the police, only if the situation is out of his control. He's not snitching & he's not criminalizing. He's striking a balance. Cops can't solve all situations, so you've got to do your best, & God will do the rest. Masters mostly stays to himself, but if you want an associate, a comrade, or a confidant, the level of friendship is basically on you neighbor! I match the energy of my neighbors. You just want everybody to mind their own business? Okay, good deal. I'd love if we were the bestest of friends, but I can mind my own business if that's what you my American neighbor wants.

For me, things have to make sense, they have to make logical sense, as a whole. So if Person A shoots a few warning shots, from behind his house, in defense of home, person, & property, & that's the crime of the century, then clearly when Person B is doing drive-by shootings, attempted murders, fake target practices, those are illegal as well. WAY more illegal than a few warning shots, shot from behind a person's house, in defense of home, person, & property, just as Section 13 protects. Clearly offensive criminal acts, driving a mile or so to your house to blatantly commit crimes against you, to shoot 5 shots here, 10 shots there, a few "stop & goes", spotlighting the dogs, keeping everybody up all night, keeping a person a prisoner in their own home, for over a year, murdering your beloved Tecumseh, the 1st dog you ever owned, are violations against the public safety. Citizens upholding their rights in defense of Colorado Law at their own homestead uphold the public safety. The safety of the moral & law-abiding public at least.

Violence is bad. Self-defense is good. Aggressive, premeditative, criminal violence is bad. Defensive, proportional, non-violent self-defense is good. Clearly.

Being lawful is good. Being criminal is bad. Obviously. When a society embraces her criminals over her lawful, we've got some major problems.

Rousseau has a good quote about this:

24

"Considering things from a human viewpoint, the laws of justice, lacking a natural sanction, are ineffectual among men; **they only bring good to the wicked & evil to the just man** when he observes them with everyone else & no one observes them with him. Conventions & laws are then needed in order to unite rights with duties, & to bring justice to its object." ~From "Of The Social Contract"

In my mind, the only argument against Grand Jury Indictments not being adhered to is that in the State Constitution, there was some nullifying or repealing or vetoing clause. Sure, the freedom is the rule, not the exception, and sure, we all get a "bushel of freedoms", by combining the State's Bill of Rights with the General Government's, & sure, in general, those freedoms enlarge & expand, but not always.

Section 8 & 23 are the 2 Grand Jury Clauses in Colorado's Bill of Rights:

"**Section 8.** Prosecutions – Indictment or Information. **Until otherwise provided by law, no person shall, for a felony, be proceeded against criminally otherwise than by indictment**, except in cases arising in the land or naval forces, or in the militia when in actual service in time of war or public danger. **In all other cases**, offenses shall be prosecuted criminally by indictment or information." ~effective since 1876

"**Section 23**. Trial by jury – grand jury. The right of trial by jury shall remain inviolate in criminal cases; but a jury in civil cases in all courts, or in criminal cases in courts not of record, may consist of less than 12 persons, as may be prescribed by law. Hereafter **a grand jury shall consist of 12 persons, any 9 of whom concurring may find an indictment**; provided, the general assembly may change, regulate or **abolish the grand jury system**; & provided, further, the right of any person to serve on any jury shall not be denied or abridged on account of sex, & the general assembly may provide by law for the exemption from jury service of persons or classes of persons." ~effective since 1876

Section 23 of Colorado's Bill of Rights says that, sure, we have a right to a jury trial in all criminal cases, but in civil cases or "criminal cases not of record" (what in the world can that be? A Star Chamber?), a jury of less than 12 is a-ok.

Section 23 provides that a Grand Jury shall consist of 12 "persons", not the 23 or 24 as required in the days of yore, & all that's needed for an indictment, 9 of the 12 concurring, & not 12 of 23, as is the norm.

Section 23 says that the legislature can "change, regulate or abolish the grand jury system". So far, Colorado's Legislature has not abolished the Grand Jury System.

Section 23 also says that nobody can be discriminated against just because of their gender, male, female, or other, & that the legislature can pass laws to allow some classes of persons to exempt themselves out of jury duty.

**Rereading Section 8, I'm thunderstruck at how blatantly unmistakable the language is.** Section 8 is basically Colorado's "Grand Jury Clause", Colorado's Section 1 of the 5th Amendment. Whereas the Bill of Rights of America says that for cases for "infamous" or "capital" punishments, a Grand Jury is required, so it leaves one wondering, does that mean "felony"? America's 5th Amendment doesn't explicitly says that we need a Grand Jury Indictment for a Felony. But American Case Law has

25

adjudicated as such. "Capital" means a punishment of death, & "Infamous" means a punishment of at least 1 year in jail, aka A Felony.

I'm rereading Colorado's Bill of Rights to see if there's any repealing clause, some loophole, some legal argument that can be made, from a prosecution standpoint, to ignore what the text clearly says & means. Instead of there being a repealing legal loophole, Colorado specifically says that a Grand Jury Indictment is required for FELONIES, & nothing else. Not "capital" cases. Not "infamous" cases. For Felonies. For all other accusations, meaning misdemeanors or petty offenses, those less than felonies, prosecution can proceed by indictment or information, meaning, by information.

Here's Section 8, Colorado's main Grand Jury Clause again:

"**Section 8.** Prosecutions – Indictment or Information. **Until otherwise provided by law, no person shall, for a felony, be proceeded against criminally otherwise than by indictment**, except in cases arising in **the land or naval forces**, or in **the militia** when in actual service in time of **war or public danger**. In all other cases, offenses shall be prosecuted criminally by **indictment or information**." ~effective since 1876

Section 8, like America's Grand Jury Clause, also makes exceptions for the navy & army & militia, during wartime. During wartime or public danger, the Militia, nor the Navy, nor the Army, have to secure themselves a Grand Jury Indictment in order to get themselves a good, clean conviction. They probably got court martial, & military courts, & military justice, their own legal codes.

Colorado's Grand Jury Clause – Section 8 – doesn't mention "infamous" or "capital", but it does say that in all cases, in all felony charges, a Grand Jury Indictment is required, except the "Army & Navy & Militia during wartime" exception.

Then Colorado's Section 8 ends off, by saying for all other charges – for misdemeanors & petty offenses – one may proceed by a burdensome Grand Jury indictment, or by mere DA information. If you're the DA, why go through the hassle of assembling a grand jury, which can be fraught with reversible errors, when you can easily proceed "by information", & just type in some words into a data entry spot on a computer screen, unilaterally & solitarily?

For the case at hand, the Army/Militia/Navy loophole exception doesn't apply. There's no Militia or Navy or Land forces involved, so those repealing clauses don't nix the Right. There wasn't any public danger – Fire, Riot, Terrorism, Explosions, or War – during the sequence of events.

Colorado's Bill of Rights are crystal clear on the requirement of a Grand Jury Indictment, so much so, that we don't even need American Case Law to tell us that "infamous" means "felony", when Colorado's Grand Jury Clause automatically says that indictments are required specifically for felonies & felonies alone.

The only other possible "repealing" language against the Grand Jury System is when Section 23 mentions that the legislature can "change, regulate or abolish the grand jury system", but so far, Colorado's Legislature has not abolished the Grand Jury System.

26

That Army/Militia/Navy exception doesn't apply. Nor has the legislature abolished the grand jury system. All of the possible legal exemptions don't apply.

This means Section 8 is still good, current, active law, circa 1876. In order to rightfully & constitutionally put a Felony on any "person" in the State of Colorado, Colorado's State Officials need a Grand Jury Indictment. To do otherwise would be corrupt & illegal, immoral & unconstitutional.

Not only did Colorado's Bill of Rights not provide a loophole, but it solidified the mandatory legal requirement of a Grand Jury Indictment for Felony Charges.

My Bushel of Freedoms (with Colorado & America) clarifies the meaning of "Infamous", & double downs on a Grand Jury Indictment being a prerequisite before a Petite Jury Conviction can take place, ie Blackstone's 12+12=24 Construction.

Colorado's Bill of Rights is constitutional law which permits the State Legislature to abolish the Grand Jury System. Had Colorado abolished the Grand Jury System, then that's a strong legal & constitutional argument for not following the 5th Amendment to the US Constitution. State Law contradicts Federal Law.

Since Colorado's Legislature hasn't abolished the Grand Jury System, then the opponents of the 5th Amendment don't have a single Constitutional leg to stand on. Conversely, with equal fervent, my Right to a Grand Jury Indictment for a Felony Charge is standing on 2 Constitutional Legs (both 5th A. (US) & Sec. 8 (CO)).

<div align="center">xxXxx</div>

"[A]nd they are only to bear evidence on behalf of the presentation: for the finding of an indictment is only in the nature of **an enquiry or accusation**, which is afterwards to be tried & determined, & the grand jury are **only to enquire upon their oaths**, whether there be sufficient cause to call upon the party to answer it." ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

<div align="center">xxx</div>

### THE 12+12=24 Formula of Blackstone's Grand Jury=

"But, to find a bill, there must at least 12 of the jury to agree: **for so tender is the law of England of the lives of the subjects, that no man can be convicted at the suit** of the king of any capital offense, unless by the unanimous voice of 24 of his equals & neighbors: that is, **by 12 at least of the grand jury in the first place, assenting to the accusation; & afterwards, by the whole petit jury of 12 more**, finding him guilty upon his trial. But, if 12 of the grand jury assent, it is a good presentment, though some of the rest disagree." ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

<div align="center">xxx</div>

"The public has a right to every man's evidence." … "Every person owes society his testimony" unless a privilege is asserted.

<div align="center">27</div>

SCOTUS has created many freedoms not included in the text of the Constitution, nor embedded in originalism, yet will deny freedoms written out clearly in black & white, right & freedoms clearly enumerated, expressed, & explicit.

"But it was not till the revolution in 1688 which elevated the Prince of Orange to the throne of Great Britain, that English liberty was completely triumphant."

Fictional people, LLCs, can be indicted, but not ham sandwiches. That's never happened in the history of Grand Juries. George Carlin said Americans would sell their Bill of Rights down the river for cordless phones, digital watches, answering machines, & "sneakers with lights in them."

"Unless considerations of stare decisis counsel otherwise, a provision of the Bill of Rights that protects a right that is **fundamental from an American perspective** applies equally to the Federal Government & the States." ~2010 *McDonald*

Double Security for would be great for both Justice & Freedom, but I've focused mostly on the Freedom side in this paper.

McDonald: "Under our precedents, if a Bill of Rights guarantee is **fundamental from an American perspective**, then, unless stare decisis counsels otherwise, that guarantee is fully binding on the States & thus limits (but by no means eliminates) their ability to devise solutions to social problems that suit local needs & values."

<div align="center">

xxx

George Carlin's List of Traditional American Values:

**Genocide**
**Aggression**
**Conformity**
**Emotional Repression**
**Hypocrisy**
**& the Worship of Comfort & Consumer Goods.**

</div>

Here's some more I added:

elections, baseball hats, manufacturing, highways, police officers, racism, Coke, human trafficking, marijuana, McDonalds, war, fire departments, pizzas, post offices

**"For the power of filing informations, without any control**, then resided in the breast of the master: &, being filed in the name of the king, **they subjected the prosecutor to no costs, though on trial they proved to be groundless.** This oppressive use of them, in the times preceding **the revolution**, occasioned a struggle, soon after the accession of king William, to procure a declaration of their illegality by the judgment of the cour**t of king's bench. But sir John Holt, who then presided there, & all the judges, were clearly of the opini**on, that this proceeding was grounded on the common law, **& could not be then impeached."** ~Blackstone, 1769, Commentaries

<div align="center">

xxx

28

</div>

Common Law=

1) a system of law originating in England, distinct from civil or Roman law & the canon or ecclesiastical law;

2) the unwritten law, esp. of England, based on custom or court decision, as distinct from statute law; (Old Dictionary)

In 1600s, in the Carolinas, the Grand Jury were responsible for Inspections of Public Buildings.

Since we have all of this technology now, it seems to me, if they could do grand juries way back then, what's the problem with doing them today? I've worked on going door-to-door to get petitions signed. It seems to me, if a person could get elected the chief prosecutor of a district, & rounded up a group of respectable & lawful men & women of the community, say 23 of them, to present crimes, to inquire, & then to ultimately indict or not to indict, they'd be an unstoppable force for years to come. If I was the DA in charge of the Grand Jury, I'd also let the Grand Jury come to their own conclusions. We only need to prosecute the cases that demand them. We don't need the Grand Jury to be steered towards a DA's preconceived bias.

I've read the US Constitution, & as an American citizen, I thought I understood how contracts work & what English words mean. Clause 1 of the 5th Amendment seems clear as day to me. I thought no governments can put a felony on you without a Grand Jury Indictment. Louisville, Kentucky, for all of their faults, did have a Grand Jury session, & the felony charge was kicked out by the Grand Jury. "No true bill". At the subsequent Petite Jury, I was faced with 3 misdemeanors instead.

In 2012, Louisville, Kentucky's Grand Jury worked as exactly as it should. It was a Palladium to the Desideratum. & most importantly, it worked.

"It is true, sir Matthew Hale, who presided in this court soon after the time of such revival, is said to have been no friend to this method of prosecution: and, if so, the reason of such his dislike was probably the ill use, which **the master of the crown office** then made of his authority, by permitting the subject to be **harassed with vexatious informations**, whenever applied to by any **malicious or revengeful prosecutor**; rather than his doubt of their legality, or propriety upon urgent occasions." ~Blackstone, 1769

**xxx**
**The Grand Jury Clause**
**(5th A., cl. 1 (US))**

1824 *Gibbons v. Ogden* says that to begin a constitutional analysis, we start with the instrument. Here's Clause 1 of the 5th Amendment of the infamous Great American Freedom Contract, The US Constitution:

"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger;" ratified on December 15, 1791.

29

11 of the 14 States ratified the Bill of Rights. Therefore, they became law in 1791. Massachusetts & Georgia & Connecticut wouldn't ratify them until 1939.

The 11 States who ratified The Bill of Rights in 1791, including the Grand Jury Indictment requirement for "capital" & "infamous" crimes, were as follows:

Vermont, North Carolina, South Carolina, Virginia, Rhode Island, Maryland, Delaware, New York, Pennsylvania, New Jersey, & New Hampshire.

Some observations & notes. The Grand Jury Clause protects "persons", not just citizens. This means both citizens of America as well as foreigners on our soil are both guaranteed a Grand Jury Indictment for "capital, or otherwise infamous crime" accusations. The Grand Jury Indictment isn't a conviction. The Petite Jury Trial afterwards is where the conviction would take place, if it happens at all. Grand Jury is capitalized, so we know it's important. There's exceptions to the Grand Jury Indictment – during public danger or war, the Army & Navy & Militia can ignore the Indictment requirement. Most of the Grand Jury clauses in State Constitutions have the repealing clauses of the Army & Navy & Militia in times of war or "public danger" as well.

"Capital" crimes are those accusations which could lead to the accused being put to death. "Infamous" means "vicious" & "notorious" & "punishable by imprisonment in a penitentiary", according to the Old Dictionary.

Supreme Court cases have determined the meaning behind "infamous". As with capital crime, whether a crime is "infamous" depends upon its punishment rather than upon the nature & comportment of the criminal act. Federal courts have ruled that any crime that may be punished by more than 1 year imprisonment in a penitentiary or at hard labor is an infamous crime. **1958 Green v. US; 1886 Mackin v. US**; US v. Russell (8th Cir. 1978); Catlette v. US (4th Cir. 1943);

All federal felonies carry that minimum punishment, 1 year in a penitentiary or at hard labor, so therefore, all federal felonies require a grand jury indictment.

In America, Person A cannot charge Person B with a Capital or Infamous (aka Felony) accusation, & get a good, clean Conviction without a Grand Jury Indictment, constitutionally-speaking.

A Grand Jury Indictment is the 1st suggested step in Article 1, Section 3, last paragraph, of a 4-Step Due Process. Art. 1, Sec. 3, last paragraph (US Constitution) suggests these 4 steps in criminal procedure: 1) Indictment; 2) Trial; 3) Judgment, & then; 4) Punishment.

**xxx**
## A Snippet of The Legal History of the Grand Jury

The Normans brought the words Attorney & Perjury & Bailiff & Nobility & Felony with them circa 1066, ala Battle of Hastings, & dropped them into the English lexicon for good.

The Grand Jury is both American history & English history. Language of the Grand Jury is found in the Magna Carta, The Grand Remonstrance, Massachusetts Body of Liberties, Colonial Charters, Ratifying

30

Conventions, State Charters, State Constitutions, as well as the US Constitution. Blackstone's Commentaries were published in 1769, 7 years prior to our Declaration of Independence.

Everybody seems to agree that the 1166 Assize of Clarendon by King Henry the 2nd was a major precursor, if not THE start, to the modern-day Grand Jury. Before then, I'm not so sure. Some say the Thegns of the Wantage Code of the Anglo-Saxon Kings were a forerunner of the modern-day Grand Jury. Others say that the Grand Jury came from Athens, Greece herself, the birthplace of democracy.

Blackstone says that the rules of the Grand Jury, "we find exactly described, so early as the laws of King Ethelred." [full quote: "However they are usually **gentlemen of the best figure in the county**. As many as appear upon this panel, are **sworn upon the grand jury, to the amount of 12 at the least, & not more than 23, so that 12 may be a majority**. Which number, as well as **the constitution itself**, we find **exactly described, so early as the laws of King Ethelred.**"] ~Blackstone Commentaries, Volume 4, pages 298-355 (1769).

Miss Hurnard seems to believe King Ethelred was into Grand Jurying as well: "She was willing, moreover, to connect the Assize directly with a late tenth-century precedent, the 12 thegns of the Wantage Code, who seem to have acted as something like a presenting jury. There was, in her view, continuity with Anglo-Saxon institutions. Although she was prepared to grant some significance to the Assize of Clarendon – it did formalize & strengthen the procedure – Miss Hurnard saw the presentment procedure established at Clarendon as growing from immemorial English custom that had its roots, & even its existence, **in the laws of Ethelred & the Anglo-Saxon past.**" (RH Helmholz).

"Most commentators agree, however, that **a precursor of the grand jury was introduced into England by the Normans following the conquest**. The Normans originally used this institution as a means of gathering information. The records from this period indicate the use of a body of "neighbors" summoned by the local sheriff & brought before public officials to answer questions under oath." (Robert Paule).

"As to the origin of juries, if history is not at fault, I believe they commenced with **the Goths**, long before the Saxons had anything to do with them. There were **2 juries**, the extraordinary, what was called the grand assize, the ordinary. This extraordinary jury was composed in this way: A summons was issued by the Sheriff of the county to **4 knights**, who, upon meeting together, had the privilege of electing **12 others to act with them.** Then these 16 knights sat in judgment, & **when any twelve of them agreed, their decision became a verdict.**" (Mr. Brosnan, Nevada Constitutional Convention Notes, pg. 57).

"During the **reign of Henry II**, the use of the grand jury was greatly expanded. Henry II made great use of the periodic Assizes (courts) to centralize royal power, & the grand jury became a prominent tool in his effort to wrest control of the judiciary away from the feudal & ecclesiastical courts, which were very powerful during this period. This is perhaps why the grand jury is commonly perceived as originating from the Assize of Clarendon, in which groups of laymen were summoned by the Crown & charged with the responsibility of investigating crime. **The grand jury was further entrenched into the English legal process as part of the Magna Carta, passed in 1215.**" (Robert Paule).

I have compiled some legal documents below, quoting their Grand Jury terms, & scribbled a few notes on each of them.

31

xxXxx

"King Stephen immediately published **a proclamation**, forbidding the study of the laws, then newly imported from Italy, which was treated by the monks as **a piece of impiety**;" ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

xxxXxxx
### The 1166 Assize of Clarendon

**Here's the first 4 sections of the Assize of Clarendon of 1166:**

"1. In the first place the aforesaid king Henry, by thee counsel of all his barons, for **the preservation of peace & the observing of justice**, has decreed that **an inquest** shall be made throughout the separate counties, & throughout the **separate hundreds, through 12 of the more lawful men of the hundred, & through 4 of the more lawful men of each township**, upon oath that they will speak the truth: whether in their hundred or in their township there be any man who, since the lord king has been king, has been charged or published as being a robber or murderer or thief; or any one who is a harbourer of robbers or murderers or thieves. And the Justices shall make this inquest by themselves, & the sheriffs by themselves."

"2. And he who shall be found through the oath of the aforesaid persons to have been charged or published as being **a robber, or murderer, or thief, or a receiver of them**, since the lord king has been king, shall be taken & shall go to **the ordeal of water**, & shall swear that he was not **a robber or murderer or thief or receiver of them** since the lord king has been king, to the extent of **5 shillings** as far as he knows."

"3. And if the lord of him who has been taken, or his steward or his vassals, shall, as his sureties, **demand him back within 3 days after he has been taken, he himself, & his chattels, shall be remanded** under surety until he shall have done his law."

"4. And when **a robber or murderer or thief, or harbourers of them**, shall be taken on the aforesaid oath, if the Justices shall not be about to come quickly enough into that county where they have been taken, the sheriffs shall send word to the nearest Justice through **some intelligent man**, that they have taken such men; & the Justices shall send back word to the sheriffs where they wish those men to be brought before them: & the sheriffs shall bring them before the Justices. **And with them they shall bring, from the hundred or township where they were taken, 2 lawful men to as to why they were taken**; & there, before the Justice, they shall do their law."

King Henry the 2nd, a French Norman King, of the lineage of William The Conquerer, called for a meeting in the City of Clarendon. The Assize of Clarendon established "The Grand Jury", aka a "presenting jury", consisting of 12 men out of every 100, & 4 men from each township. The 2 main crimes Henry the 2nd was cracking down upon were robbing & killing. The assize was an effort to control lawlessness. At the 1176 Northampton Assize, King Henry the 2nd would add "falsifying" & "arson" to the list of crimes of "robbing" & "killing" he had prioritized of rooting out.

"The modern grand jury traces its origins to the Assize of Clarendon, an enactment of King Henry II in 1166. The Assize called for inquiry to be made, by the oath of 12 men from every hundred & 4 men

32

from every vill, as to what persons were publicly suspected of robbery, murder, or theft or of receiving men guilty of those crimes. The crimes covered were **expanded** 10 years later by the Assize of Northampton to include forgery & arson, & over the course of succeeding years the group grew to include almost all serious crimes." (RH Helmholz).

<div align="center">

**xxx**
## The 1176 Assize of Northampton

</div>

"1. If any one shall be charged before the justices of the lord king with **murder or theft or robbery**, or with the reception of men doing such things, or **with falsifying or arson**, by the oath of 12 knights of the 100, & if knights are not present, by the oath of 12 free, legal men, & by the oath of 4 men of each vill of the hundred, let him go to **the judgment of water**, & if he fail let him lose one foot. And at Northampton it was added for rigor of justice that likewise **he lose his right hand with his foot**, & that he abjure the kingdom, & that he leave the kingdom within 40 days." … etc.

"The law of Henry 2 which condemned the woman to death who lost her child, in case she did not make known her pregnancy to the magistrate, was no less contrary to self-defense." ~Montesquieu, "The Spirit of the Laws", 1748

Apparently, the trials were by ordeal, or water, or combat, or by compurgation. Compurgation is where the witnesses come in & testify to the innocence of the accused.

<div align="center">

**xxxXxxx**
## A Note on 5 English Words the French Normans Gave Us

</div>

The Norman French gave England 5 words: felony, perjury, attorney, bailiff, & nobility. (pg. 73 of "The Story of English").

"Felony" is Middle English & Old French ("felonie"), says the Old Dictionary, & it's definition is: "a major crime, as **murder, arson, rape,** etc. for which statute provides a greater punishment than for a misdemeanor: the penalty is usually **death or imprisonment in a penitentiary**."

"Attorney" is also Middle English ("aturne") & Old French ("atorné"). An aturne is "any person legally empowered to act for another; especially, a lawyer".

"Perjury" is both Middle English ("perjurie") & Old French ("parjurie", "parjure"). Perjury is: "1. in law, the willful telling of a lie while under oath to tell the truth in a matter material to the point of inquiry. 2. the breaking of any oath or formal promise."

"Bailiff" is both Middle English ("baillif") & Old French ("bailif") as well. A Bailiff is "1. a sheriff's assistant, who serves processes, etc. 2. an officer who has charge of prisoners & guards the jurors in a court. 3. in England, an administrative official of a district, with power to collect taxes, serve as a magistrate, etc. 4. an overseer or steward of an estate."

"Nobility" is both Middle English ("nobylyte") & Old French ("noblete, nobilité"). Nobility is "1. the quality or state of being noble. 2. high station or rank in society, especially when accompanied by a title. 3. the class of people of noble rank; in Great Britain, the peerage (usually with *the*).

<div align="center">

33

</div>

**xxxXxxx**
**King Richard The 1ˢᵗ (reigned 1189 – 1199)**

Richard The Lion-Hearted, who fought in the 3ʳᵈ Crusade, became the King of England in 1189 when he was 32, & he died 10 years later, in 1199, at 42 years of age.

Blackstone documents how Grand Juries were formed under King Richard the 1ˢᵗ:

"In the time of King Richard the 1ˢᵗ (according to Hoveden), **the process of electing the grand jury, ordained by that prince, was as follows**: **4 knights** were taken from the county at large, who chose **2 more out of every 100**; which 2 associated themselves **ten other principal freemen**, & those 12 were to answer concerning all particulars relating to their own district." (Blackstone Commentaries, Volume 4, pages 298-355 (1769)).

**xxx**
**The 1215 Magna Carta**

"Such was Magna Charta, obtained by the barons, sword in hand, from King John." (Federalist Paper #84).

Here's Section 13 & 26 & 35 from the Magna Carta of June 19, 1215:

"(13) Assizes of darrein **presentment** are always to be taken before our justices of the Bench, & are to be completed there."

"(26) Henceforth, there is nothing given for **a writ of inquest** from the person seeking an inquest of **life or member**, but such a writ is to be given **freely** & is not to be denied."

"(35) No county court is to be held save from month to month, & where the greater term used to be held, so will it be in future, nor will any sheriff or his bailiff make his tourn through **the hundred** save for twice a year, & only in the place that is due & customary, **namely once after Easter & again after Michaelmas, & the view of the frankpledge is to be taken at the Michaelmas term without exception, in such a way that every man is to have his liberties which he had or used to have in the time of King Henry the 2ⁿᵈ, my grandfather, or which he has acquired since.** The view of frankpledge is to be taken so that our peace beheld & so that the tithing is to be held entire as it used to be, & so that the sheriff does not seek exceptions but remains content with that which the sheriff used to have in taking the vide of the time of King Henry, our grandfather."

Frankpledges are mentioned in section 35. King John would group 10 random people together – a Frankpledge – & have them be informants, & to compel court attendance, on each other. The 1215 Magna Carta has King John paying homage to King Henry. Also, the Grand Jury of Henry the 2ⁿᵈ continues, when the Sheriff or Bailiff gets the Grand Jurors rounded up twice a year. Presentment & Indictment are the language of the Grand Jury.

"The accusatory body gradually became known as "Le Grande Inqueste," which provides a logical explanation for the modern title of grand jury." (Robert Paule).

34

## xxXxx
## The 1641 Massachusetts Body of Liberties

The Body of Liberties of the Massachusetts Colony of New England in 1641 are the 1st detailed Bill of Rights written in America.

Sections 31 & 49 of the 1641 Body of Liberties of Massachusetts both mention the Grand Jury:

**Section #31** states that if a jury can't return a "positive verdict", "whether it be **a grand or petit Jurie**", a special verdict is acceptable, & then afterwards, the judgment is left up to the Judge.

By 1641, Grand Juries were being convened at least twice a year in Massachusetts.

**Section #49** reads as follows:

"No free man shall be compelled to serve upon Juries above 2 courts in a year, except **Grand Jury Men,** who shall hold 2 courts together at the least."

## xxx
## The December 1, 1641 Grand Remonstrance

The Grand Remonstrance is a list of grievances Parliament had with Charles 1, aka Charles of Fife. Parliament said that the common law courts had strayed away from the common law & do injustice. Section 46 said that the King was cheating in the courts: "46. Undue proceedings used in the finding of officers to make the jury find for the King." The Grand Remonstrance points out an insurrection of Papists in the kingdom of Ireland, & how the English people are financing "**a very expensive & dangerous war**".

Section 195 mentions presentment & the assizes, & 196 mention the Grand Jury verbatim itself:

"195. For the better preservation of the laws & liberties of the kingdom, that all illegal grievances & exactions be presented & punished at **the sessions of the assizes**."

"196. And that Judges & Justices be very careful to give this in charge to **the grand jury**, & both the Sheriff & Justices to be sworn to the due execution of **the Petition of Right** & other laws."

Section 196 also says that the Sheriff was to uphold the Petition of Right, an important document in the long historical arc of justice & freedom.

## xxx
"How iniquitous the laws which, to preserve a purity of morals overturns **nature, the origin, the source of all morality!**" ~Montesquieu, The Spirit of the Laws, 1748

## xxx
## Grand Juries In The Colonies

35

"Grand juries were established in the various colonies almost immediately: Massachusetts Bay in 1634-1635, Plymouth in 1635-36, Maryland in 1637, Rhode Island in 1640, Virginia in 1641, Connecticut in 1643, Pennsylvania in 1683, & New Jersey in 1675. The grand jury quickly became the primary vehicle for the colonists to voice their grievances against the British, due to its independence from direct royal control." (Robert Paule).

1635. The 1st Grand Jury in America, Massachusetts. Indictments were passed for: 1) spousal abuse, 2) robbery, 3) murder, & 4) neglecting to repair stocks.

1644. A Boston Grand Jury indicts somebody for Larceny.

1649. Charles of Fife's head is chopped off. Bad day for Fascist Autocratic Absolutism.

1651. A Plymouth Grand Jury indicts somebody for a disorderly meeting.

1683. A Pennsylvania Grand Jury indicts somebody for witchcraft.

<div align="center">

**xxx**
## Pennsylvania's 1682 Frame of Government & Charter of Liberties
</div>

The 1682 Pennsylvania Charter uses The 12+12 Formula of Blackstone's For The Grand & Petite Jury System:

"viii. That all trials shall be **by 12 men**, & as near as may be, **peers or equals, & of the neighborhood**, & men without just exception; in cases of life, there shall be 1st **24 returned by the Sheriffs, for a grand inquest**, of whom 12 at least shall find the complaint to be true; **then the 12 men or peers** to be likewise returned by the Sheriff, shall have the **final judgment**. But **reasonable challenges** shall be always admitted against the said 12 men, or any of them."

Here's Blackstone on the 12+12 Formula of the Grand & Petite Jury:

"But the founder of English laws have with excellent forecast contrived, that **no man** should be called to answer to the king for **any capital crime**, unless upon the preparatory accusation of **12 or more of his fellow subjects, the grand jury:** & that the truth of every accusation, whether preferred in the shape of indictment, information, or appeal, should afterwards be confirmed by **the unanimous suffrage of 12 of his equals & neighbors, indifferently chosen, & superior to all suspicion.**" (Commentaries, 1769).

<div align="center">

**xxx**
## New York's 1683 Charter of Liberties & Privileges
</div>

On October 30, 1683, the very 1st legislature which convened in the New York colony, passed a Charter of Liberties & Privileges. New York was first settled by the Dutch in 1624, until the English took them over in 1664. 19 years later, we get New York's 1683 Charter of Freedom, a Bill of Rights.

Section 17 of New York's Charter of Liberties reads:

<div align="center">36</div>

"**ALL Tryalls** shall be by the verdict of twelve men, & as **neer** as may be **peers or Equalls** And of the neighbourhood & in the County Shire or Division **where the fact Shall arise or grow** Whether the Same be by Indictment **Infermacon Declaracon** or otherwise against the person Offender or Defendant."

The next section, Section 18 of New York's 1683 Charter of Liberties, reads:

"THAT In all Cases Capitall or Criminall there shall be **a grand Inquest** who shall first **present** the offence **& then twelve men of the neighbourhood to try the Offender** who after his plea to the Indictment shall be allowed his reasonable **Challenges**."

<div align="center">

**xxXxx**
**Blackstone's Commentaries on Law of England (1769)**

</div>

Blackstone says that the Palladium for English Liberty is the 12+12=24 Jury System. The 12+12=24 Jury System is that 12 out of the total 23 or 24 of the Grand Jury vote for the Indictment, & then a unanimous verdict of another 12 in the Petite Jury, means that at least 24 of your countrymen thought you guilty. That's a much better conviction than having just 1 unaccountable jerkoff behind closed doors push some liar's lie against you.

"But the founder of English laws have with excellent forecast contrived, that no man should be called to answer to the king **for any capital crime, unless upon the preparatory accusation of 12 or more of his fellow subjects, the grand jury**: & that the truth of every accusation, whether preferred in the shape of indictment, information, or appeal, should **afterwards** be confirmed by the unanimous suffrage of 12 of his equals & neighbors, **indifferently chosen, & superior to all suspicion**." ~Blackstone, 1769

Here's Blackstone on his 12+12=24 Grand Jury System said in a different way:

"But, to find a bill, there must at least 12 of the jury to agree: **for so tender is the law of England of the lives of the subjects, that no man can be convicted at the suit** of the king of any capital offense, unless by the unanimous voice of 24 of his equals & neighbors: that is, **by 12 at least of the grand jury in the first place, assenting to the accusation; & afterwards, by the whole petit jury of 12 more**, finding him guilty upon his trial. But, if 12 of the grand jury assent, it is a good presentment, though some of the rest disagree." ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

<div align="center">

**xxXxx**
**New York's 1787 Bill of Rights (by statute)**

</div>

Section 3 of the New York's 1787 Bill of Rights (by statute) mentions Indictment & Presentment, & Section 4 mentions Presentment:

"Third. That no citizen of this State shall be taken or imprisoned for any offence upon petition or suggestion unless it be **by indictment or presentment of good & lawful men of the same neighbourhood** where such deeds be done, in due manner or by due process of law."

<div align="center">

37

</div>

"Fourth. That no person shall be put to answer **without presentment before justices**, or matter of record, or due process of law according to the law of the land, & if any thing be done to the contrary it shall be void in law & holden for error."

### xxXxx
### Massachusetts' 1788 Constitution-Ratifying Convention

Massachusetts, on February 7, 1788, agreed to ratify the Constitution, but suggested a handful of Amendments. 1 of the Amendments proposed for the US Constitution by the Massachusetts Convention reads as follows:

"Sixthly. That no person shall be tried for any Crime by which he may incur **an infamous punishment** or loss of life until **he be first indicted by a Grand Jury**, except in such cases as may **arise in the Government, & regulation of the Land & Naval forces**."

John Hancock was here, at the 1788 Massachusetts Ratifying Convention. I believe he was the chair of the event. John Hancock signed his name the largest of all the signers of the Declaration of Independence, in order to give the biggest continental middle finger to georgie peorgie, pudding pie, that fascist absolutist.

Samuel Adams, John Adams, Thomas Jefferson, Ben Franklin, & a dozen or so others also signed the 1776 Declaration of Independence, an important document for the nation, putting their signatures next to John Hancock's very large signature.

While America's 1776 Declaration of Independence didn't mention the Grand Jury, it had several things to say about Judges & Courts & The Judiciary.

According to the 1776 Declaration of Independence, George #3 had **obstructed the establishment of an independent judiciary**, which obstructed "the administration of justice" in America. Second, George #3 deprived us Americans "in many cases, of **the benefits of trial by jury**." Third, George #3 unfairly appointed judges who were **"dependent on his will alone"**, for their copycat opinion, & pay & tenure. Fourth, George #3 has transported us Americans "**beyond seas** to be **tried for pretended offenses**", & he protects his hordes of quartering troops who murder us with **"mock" trials**. Fifth, George #3 has taken over a "neighboring province" [Canada], abolished **"the free system of English laws" there**, & established "therein an **arbitrary** government", which is "enlarging its boundaries", to push their land up against ours, to encroach upon our land, in order to ultimately steal our nation's land. Sixth, George #3 arrested Americans sailing on boats in the **Atlantic Ocean**, impressed them into the British Military, forcing them to either shoot & kill his fellow Americans, or to be killed by them ("**to become the executioners of their friends & brethren**, or to fall themselves by their hands."). George #3 is a tyrant, & he's **"unfit to be the ruler of a free people."**

### xxx
### Patrick Henry & The "Hundreders" (1788)

"Give me liberty or give me death" is reportedly to have been used by Patrick Henry, in 1775 at St. John's Church, in Richmond, Virginia, in order to help whip the colonists into a revolutionary fervent.

Patrick Henry, in a June 14, 1788 Speech, at the Virginia US Constitution-Ratifying Convention, said this:

"I need not tell you that, by the common law, **a number of hundreders were required on a jury,** & that afterward it was sufficient if the jurors came from the same county. With less than this the people of England have never been satisfied. That paper ought to have declared **the common law in force.**"

Patrick Henry says that the US Constitution should have "declared the common law in force", & he mentions an anachronism: The Hundreders. The same few selected by the 4 knights of King Henry II & King John & King Richard The 1st, & possibly even King Ethelred The Unready? Those same "hundreders"? Yessiree Bob.

Here's some other Patrick Henry quotes from a speech he gave 9 days earlier:

"Have we the means of resisting disciplined armies, when our only defense – **The Militia – is put into the hands of Congress?**" ~Patrick Henry, June 5, 1788

"When the American spirit was in its youth, the language of America was different: **Liberty, Sir, was then the primary object.** We are descended from a people whose Government was founded on liberty: Our glorious forefathers of Great-Britain, made liberty the foundation of everything. That country is become a great, mighty, & splendid nation; not because their Government is strong & energetic; **but, Sir, because liberty is its direct end & foundation: We drew the spirit of liberty from our British ancestors; by that spirit we have triumphed over every difficulty:**" ~Patrick Henry, June 5, 1788

"This, Sir, is **the language of democracy;** that a majority of the community have a right to alter their Government when found to be oppressive: But how **different is the genius of your new Constitution from this?**" ~Patrick Henry, June 5, 1788

"If you make the citizens of this country agree to become the **subjects of one great consolidated empire of America,** your Government will not have a sufficient energy to keep them together: Such a Government is incompatible with the genius of republicanism: There will be no checks, no real balances, in this Government: **What can avail your specious imaginary balances, your rope-dancing, chain-rattling, ridiculous ideal checks & contrivances?**" ~Patrick Henry, June 5, 1788

"**Whither is the spirit of America gone? Whither is the genius of America fled?**" ~Patrick Henry, June 5, 1788

<div align="center">

**xxXxx**
**James Madison: The Grand Jury Is An Essential Preliminary (1789)**

</div>

On June 8, 1789, James Madison introduces 20 Amendments to the US Constitution, which ultimately become the US Bill of Rights (1791). James Madison proposed that a Grand Jury indictment be a prerequisite for criminal cases punishable **"with loss of life or member"**. Madison also used the **"presentment or indictment"** language, & Madison declared that for those capital or chopping-off-some-appendage cases, the Grand Jury was **"an essential preliminary."**

<div align="center">

39

</div>

Here's the original 1789 Grand Jury portion of the modern-day Clause 1 of the 5th Amendment presented by James Madison to the newly-formed US Congress:

"The trial of **all crimes** (except in case of impeachments, & cases arising in the land or naval forces, or the militia when on actual service, in time of war or public danger) shall be by **an impartial jury of freeholders of the vicinage**, with the requisite of unanimity for conviction, of the right of challenge, & other accustomed requisites; & **in all crimes punishable with loss of life or member, presentment or indictment by a grand jury shall be an essential preliminary**, provided that in cases of crimes committed within any county which may be in possession of an enemy, or in which a general insurrection may prevail, the trial may be law be authorized in some other county of the same State, as near as may be to the seat of the offence."

Madison called America, "our confederated republic" in his 2nd inaugural address (1813, March 4). Madison says that the Bills of Rights of the State Governments is still good & active & current law: "[T]he establishment of this government has not repealed those **declaration of rights** which are added to the several State constitutions;" Madison said that the Laws of the States are "equally incorporated with, & essential to the source of, the general system;" 2 duties Madison listed out for himself to do as President: **"to support the constitution**, which is the cement of the union, as well in its limitations as in its authorities; **to respect the rights & authorities** reserved to the states & to the people, as equally incorporated with, & essential to the source of, the general system;" (March 4, 1809, 1st Inaugural Address).

<div align="center">

**xxx**
**A quick general history of the Grand Jury in America**

</div>

"Two separate New York grand juries refused to indict [John Peter Zenger] for criminal libel." (Robert Paule). 400 pounds were required for bail. John Peter Zenger stayed in jail until his trial. Zenger was brought before Chief Justice DeLancey. Zenger was very critical of the British Royal Governor of New York at the time. Zenger was ultimately acquitted of the libel charge.

Grand Juries gave voice to dissent to The King in the colonies. Grand Juries refused to indict those who participated in the Stamp Act Riots. "Further, in 1765, a Boston grand jury refused to find an indictment against the leaders of the Stamp Act Riots." (Robert Paule).

Paul Revere served on a Grand Jury, & relinquished his seat later on, in defiant protest.

Thomas Jefferson tried to use the Grand Jury to indict Aaron Burr for Treason. "Jefferson hounded his political enemy, Aaron Burr, with highly questionable charges, & vindictively utilized 2 Kentucky grand juries in an unsuccessful attempt to eliminate Burr." (Robert Paule).

On December 18, 1871, a Grand Jury indicts Boss Tweed, leading to his downfall, & the entire corrupt Tammany Hall ring.

Howard Roark was indicted by a Grand Jury (AR 1943 FH).

<div align="center">

**xxx**
**Nixon in '75**

40

</div>

Richard Nixon spoke to a Grand Jury in 1975 during their Watergate Investigation. It was alleged that Nixon had some plumbers break into the DNC HQ to help him find some information so he could win the 1972 Presidential Election. Nixon resigned on August 9, 1974. Gerald Ford gave Nixon a pardon. Nixon, while testifying before the Grand Jury, went on long diatribes about US foreign policy.

In this Grand Jury inquest, Richard Milhous Nixon suggests that Rose Mary Woods, his secretary, may have deleted the 18.5 minute gap in his audio tapes. But he's not for sure.

<div align="center">xxx</div>

"Today [**June 1989**], 6 states require a grand jury screening in capital offenses only; 14 states & the District of Columbia require the grand jury in all felony cases; & 4 states insist on grand jury review for all crimes. 25 states now give prosecutors the option of proceeding by either indictment or information, & in Pennsylvania, the grand jury lacks authority to indict. No state has gone the route of England, which has abolished the grand jury." (Robert Paule).

<div align="center">

**xxx**
### Clinton in '98

</div>

On August 17, 1998, Ken Starr, Chief of the Office of Independent Counsel, had President Bill Clinton testify before the Grand Jury. Bill Clinton was still the active President. Ken Starr asked Clinton about some illegal real estate deals, but ultimately, Ken Starr was able to get Bill Clinton to lie regarding his relationship with Monica Lewinsky. Ken Starr charged Clinton with obstruction of justice & perjury. Bill Clinton & Monica Lewinsky had oral sex, but Clinton denied it. Ken Starr documented that into his Starr report, along with that infamous cigar.

After the testimony, Clinton addressed the American nation on broadcast TV, saying that he had given the Grand Jury "legally accurate" information, & at "no time" did he ask anybody to "lie, hide, or destroy evidence or to take any unlawful action".

A Washington Post article published on December 31, 1998 reflected on the Grand Jury questioning of the Oklahoma City Bombing officials. Apparently some anonymous & suspicious calls had been called in earlier before the bombing, yet none of the officials did anything to prevent the bombing. April 19, 1995 is when the Oklahoma City Bombing happened.

<div align="center">

**xxXxx**
### Masters in 2013

</div>

In December 2012, in Louisville, Kentucky, while I was walking to the corner store from the house I rented, I was just crossing the intersection, when 2 cops (Joel Casse & Aaron Browning) in 1 car spun around, doing a donut in the middle of the intersection, shouting out, "Get the fuck out of the road!" The 2 cops were in a plain car, wearing plain clothes, indistinguishable from local hoodlums.

I was a damn near-perfect victim. I suppose I didn't have to respond with a "fuck you" back to them, but it was matching their energy. Who would have known that "get the fuck out of the road" was an order by professional government men? Nothing about what they were doing or saying indicated they were good, honest police officers. I tried to punch the driver as he got out of his car, my fist brushes his

<div align="center">41</div>

head. Teddy Roosevelt said that it's not punching the guy that gets you into trouble. It's not hitting him hard enough. Him & his buddy try to fight me. Eventually, one of them says they're cops. I see a badge underneath Casse's flannel. Confused, I still reluctantly put my hands up. I'm ordered to get on the ground. I comply. As I am laying on my back, Joel Casse gets over me, & swings a punch at my face, misses, hits the concrete, & then does it again, breaking my nose & face, forcing me to eventually get 3 facial reconstruction surgeries.

I was just walking to the store, & then I was attacked by cops. After they attacked me, for no reason whatsoever, they charged me with 1 felony – assaulting a police officer, & 3 misdemeanors, menacing, resisting, & disorderly conduct, in order to cover up their crime against me. The assault on a police officer carried with it a 5-year jail sentence.

The 2013 Louisville, Kentucky Grand Jury did what the grand jury was designed to do. The Grand Jurors didn't see any probable cause to indict, & so they didn't. They returned a "no true bill", aka "ignoramous", & then the petite jury was over the 3 misdemeanors. Because of the Grand Jury, instead of looking at 5 years jail time, for the assault of a police officer charge, I would face the fines & jailtime for the 3 misdemeanors instead, which was substantially less. That was a huge relief. 2 of the misdemeanors were struck down, but "menacing" was put on me. It was more game theory than a guilty verdict. That Hatfield juror gave "2 to me" & "1 to them", which dampened the momentum to my federal case. I beat 3 out of 4 charges, including the big daddy of them, the felony.

Regardless, the Grand Jury in Louisville, Kentucky worked just as it should have. It stopped a frivolous charge – a major citizen-breaking felony, at that – from moving forward.

A "true bill" is an indictment; "not a true bill", or "ignoramus", is the indictment is not passed, or "we know nothing of it" ~Blackstone Commentaries, Volume 4, pages 298-355 (1769)

<div align="center">

**xxXxx**
**Trump in 2023**

</div>

On August 15, 2023, a "special purpose" Fulton County, Georgia Grand Jury dropped an Indictment on Donald Trump, in regards to him interfering with the 2020 Presidential Election. "It's pretty clear we won," The President bragged to Brad Raffensperger, Georgia's Secretary of State. The Commander-in-Chief carried on: "I just want to find 11,780 votes, which is one more than we have [to get]" to surpass Biden's total. Brad never found those votes. The Georgia Grand Jury suggested that Lindsay Graham should be indicted as well, for similar reasons, but he wasn't.

<div align="center">

**xxx**
**The Grand Jury's Legal History In America Continues**

**xxx**
**1956 *Costello v. U.S.***

</div>

"The basic purpose of the English grand jury was to provide a fair method for instituting criminal proceedings against persons believed to have committed crimes."

<div align="center">

42

</div>

"[The adoption of the Grand Jury] in our Constitution as **the sole method** for preferring charges in **serious criminal cases** shows **the high place** it held as an instrument of justice."

<div align="center">

xxx
### 1976 *US v. Mandujano* (Brennan concurring)

</div>

"The Grand Jury is an integral part of our constitutional heritage which was brought to this country with the common law. The Framers, most of them trained in the English law & traditions, accepted the grand jury as a basic guarantee of individual liberty; not withstanding periodic criticism, much of which is superficial, overlooking relevant history, **the grand jury continues to function as a barrier to reckless or unfounded charges.** It's historic office has been to provide a shield against arbitrary or oppressive action, by insuring that serious criminal accusations will be brought only upon the considered judgment of a representative body of citizens acting under oath & under judicial instruction & guidance."

The HOLDING of the 1976 *US v. Mandujano* decision is that it's not necessary to read a person their Miranda Rights before they testify before a Grand Jury.

<div align="center">

xxXxx
### 1996 – Changes to Nevada's Section 8

</div>

Section 8 of Nevada's Bill of Rights was amended in 1912, 1996, & 2018.

Section 8, from Nevada's original 1864 Constitution until the 1912 Amendment, said that all "capital or other infamous crime" is due a "presentment or indictment of the grand jury".

From 1912 to 1996, I do not know what Nevada's Constitution said on Grand Juries.

The 1996 version of Section 8, & the 2018 version, regarding the Grand Jury, are both precisely the exact same, verbatim.

So from 1996 until today, 2024, for a "capital or other infamous crime", one can get a "presentment or indictment of the grand jury," if the DA chooses to go the hardened, less traveled path, or the DA can simply & "duly" file an "information", or the Attorney General can.

For nearly 30 years at least, from at least 1996 to 2024, the DA or Attorney General can file an information in lieu of an Indictment. An information is a tidbit of info, a statement, some hearsay, something a birdie once said, or didn't, something scribbled down, or something fabricated, & data-entered into a digitized electronic system.

<div align="center">

xxx

</div>

"That ancient collection of **unwritten maxims & customs**, which is called the common law, however compounded or from whatever fountains derived, had subsisted immemorially in this kingdom; and though somewhat altered & impaired by the violence of the times, **had in great measure weathered the rude shock of the Norman conquest.** This had endeared it to the people in general, as well because its decisions were universally known, as because it was found to be excellently adapted to the

<div align="center">

43

</div>

genius of the English nation." ~Commentaries on the Laws of England, Volume 4, Blackstone, pages 298-355 (1769).

<center>xxXxx</center>
## Current Grand Jury Laws, from The Bill of Rights from Some of the 50 States

**New Mexico's Grand Jury clause:**

"No person shall be held to answer for **a capital, felonious, or infamous** crime unless on a presentment or **indictment of a grand jury** or **information** filed by a district attorney or their deputies, except in cases arising in the militia when in actual service in time of war or public danger. No person shall be so held on information without having had **a preliminary examination before an examining magistrate, or having waived such preliminary examination.**" ~Art. 2, Section 14, cl. 1 & 2 (NM Const.); "As amended Nov. 4, 1924, effective Jan. 1, 1925, Nov. 4, 1980, Nov. 8, 1995).

**Section 15(a) of Florida's Current Bill of Rights:**

"(a) No person shall be tried for **capital crime without presentment or indictment by a grand jury,** or for other felony without such presentment or indictment or **an information under oath filed by the prosecuting officer of the court,** except persons on active duty in the militia when tried by courts martial."

Section 23 is Florida's Right to Privacy.

**Oklahoma's Grand Jury Clauses, Article 2, Section 17 & 18:**

Art. 2, Sec. 17: "Indictment or information – Preliminary examination – Prosecutions in courts not of record. No person shall be prosecuted criminally in courts of record for felony or misdemeanor otherwise than by presentment or indictment or by information. **No person shall be prosecuted for a felony by information** without having had **a preliminary examination before an examining magistrate,** or having waived such preliminary examination. Prosecutions may be instituted **in courts not of record upon a duly verified complaint.**"

Art. 2, Sec. 18: "Grand Jury. A grand jury shall be composed of twelve (12) persons, any nine (9) of whom concurring may find an indictment or true bill. A grand jury shall be convened upon the order of a district judge upon his own motion; or such grand jury shall be **ordered by a district judge upon the filing of a petition therefor signed** by qualified electors of the county, equal to the number of signatures required to propose legislation by a county by initiative petition as provided in Section 5 of Article V of the Oklahoma Constitution, with the minimum number of required signatures being five hundred (500) & the maximum being **five thousand** (5,000); & further providing that in any calendar therefor, then any subsequent petition filed during the same calendar year shall require double the minimum number of signatures as were required hereunder for the 1st petition; or such grand jury shall be ordered convened upon the filing of a verified application by the Attorney General of the State of Oklahoma who shall have authority to conduct the grand jury in investigating crimes which are alleged to have been committed in said county or involving multicounty criminal activities; when so assembled such grand jury shall have power to inquire into & return indictments for all character & grades of crime. All other provisions of the Constitution or the laws of this state in conflict with the provisions of

<center>44</center>

this constitutional amendment are hereby repealed. The Legislature shall enact laws to prevent corruption in making, filing, circulating, & submitting petitions calling for convening a grand jury."

**Montana's Grand Jury Clause, Section 20 Reads:**

"Section 20: Initiation of Proceedings. (1) Criminal offenses within the jurisdiction of any court **inferior to the district court** shall be prosecuted by **complaint**. All criminal actions in district court, except those on appeal, shall be prosecuted **either by information, after examination & commitment by a magistrate or after leave granted by the court**, or by indictment without such examination, commitment, or leave. (2) A grand jury shall consist of **eleven persons, of whom 8 must concur to find an indictment**. A grand jury shall be drawn & summoned only at the discretion & order of the district judge."

**Section 10 of Texas' Bill of Rights reads:**

"And no person shall be held to answer for a criminal offense unless on **an indictment of a grand jury**, except in cases in which the punishment is **by fine or imprisonment, otherwise than in the penitentiary,** in cases of impeachment, & in cases arising in the army or navy, or **in the militia**, when in actual service in time of war or public danger." [Current active good law].

When faced with crimes which require "the penitentiary", Texas requires a Grand Jury Indictment. But not for crimes punishable merely "by fine or imprisonment". Texas got their Constitution written up & ratified on February 15, 1876. Section 10 was amended November 5, 1918.

**Section 11 of South Carolina's Bill of Rights:**

"Presentment or Indictment. No person may be held to answer for any crime the jurisdiction over which is **not within the magistrate's court**, unless on a presentment or indictment of **a grand jury** of the county where the crime has been committed, except in cases arising in the land or naval forces or in the militia when in actual service in time of war or public danger. The General Assembly may provide for the **waiver of an indictment** by the accused. Nothing contained in this Constitution is deemed to limit or prohibit the establishment by the General Assembly of a **state grand jury** with the authority to return indictments irrespective of the county where the crime has been committed, **& that other authority, including procedure**, as the General Assembly may provide." [Current law. From 1868 Constitution. In 1971, SC's B. of R.'s were updated, from 29 sections, whittled down to 23 sections].

**Section 8 of New Jersey's Bill of Rights:**

"No person shall be held to answer for a criminal offense, unless on **the presentment or indictment of a grand jury**, except in cases of impeachment, **or in cases now presented without indictment**, or arising in the army or navy or in the militia, when in actual service in time of war or public danger." [current, active, good law; 1947 Constitution; Sec. 8 Amended 2020].

**Tennessee got their Constitution in 1796. Section 9 of TN's Bill of Rights reads:**

"That in all criminal prosecutions, the accused hath the right to be heard by himself & his counsel; to demand the nature & cause of the accusation against him, & to have a copy thereof, to meet the

45

witnesses face-to-face, to have compulsory process for obtaining witnesses in his favor, & **in prosecutions by indictment or presentment**, a speedy public trial by an impartial jury of the County in which the crime shall have been committed, & shall not be compelled to give evidence against himself." [Current active good law].

**Section 11 & 12 of Kentucky's Bill of Rights reads:**

"Section 11. Rights of accused in criminal prosecution – Change of Venue. In all criminal prosecutions, the accused has the right to be heard by himself & counsel; to demand the nature & cause of the accusation against him; to meet the witnesses face-to-face, & to have compulsory process for obtaining witnesses in his favor. He cannot be compelled to give evidence against himself, nor can he be deprived of life, liberty or property, unless by the judgment of his peers or the law of the land; **& in prosecutions by indictment or information**, he shall have a speedy public trial by an impartial jury of the vicinage; but the General Assembly may provide by a general law for a change of venue in such prosecutions for both the defendant & the Commonwealth, the change to be made to the most convenient county in which a fair trial can be obtained."

"Section 12. No person, for **an indictable offense, shall be proceeded against criminally by information**, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger, or by leave of court for oppression or misdemeanor in office." (circa 1891, Goebel's Constitution).

**Maryland's Grand Jury Clauses:**

Art. 5 protects the "Common Law of England": Art. 5 (a)(1): "That the Inhabitants of Maryland are entitled to **the Common Law of England**, & the trial by Jury, according to the court of that Law, & to the benefit of such of the English statutes as existed on the 4th day of July, 1776; & which, by experience, have been found applicable to their local & other circumstances, & have been introduced, used & practiced by the Courts of Law or Equity; & also of all Acts of Assembly in force on the 1st day of June, 1867; except such as may have since expired, or may be inconsistent with the provisions of this Constitution; subject, nevertheless, to the revision of, & amendment or repeal by, the Legislature of this State. And the Inhabitants of Maryland are also entitled to all property derived to them from, or under the Charter granted by His Majesty Charles the First to Caecilius Calvert, Baron of Baltimore."

Art. 5 (b) says that civil trials must have for a minimum, at the very least, 6 jurors.

Art. 6, last Clause, is interesting: "the doctrine of **non-resistance against arbitrary power & oppression is absurd, slavish & destructive of the good & happiness of mankind.**"

"Art. 21. That in all criminal prosecutions, every man hath a right to be informed of the accusation against him; **to have a copy of the Indictment, or charge, in due time (if required) to prepared for his defence;** to be allowed counsel; to be confronted with the witnesses against him; to have process for his witnesses; to examine the witnesses for & against him on oath; & to a speedy trial by an impartial jury, without whose unanimous consent he ought not to be found guilty."

"Art. 47. (b) In a case originating **by indictment or information filed in a circuit court**, a victim of crime shall have the right to be informed of the rights established in this Article &, upon request & if

46

practicable, to be notified of, to attend, & to be heard at a criminal justice proceeding, as these rights are implemented & the terms "crime", "criminal justice proceeding", & "victim" are specified by law."

**California's Grand Jury Clauses (Section 14 & 14.1):**

California's  Section 14 allows prosecution for a Felony to proceed by Grand Jury Indictment, or "after examination & commitment by a magistrate, by information." Section 14 was added in 1974:

"Felonies shall be prosecuted as provided by law, **either by indictment or, after examination & commitment by a magistrate, by information.** A person charged with a felony by complaint subscribed under **penalty of perjury & on file in a court in the county** where the felony is triable shall be taken **without unnecessary delay before a magistrate of that court. The magistrate shall immediately give the defendant a copy of the complaint**, inform the defendant of the defendant's right to counsel, allow the defendant a reasonable time to send for counsel, & on the defendant's request **read the complaint to the defendant**. On the defendant's request, the magistrate shall require a peace officer to transmit within the county where the court is located a message to counsel named by defendant. A person unable to understand English who is charged with a crime has a right to an interpreter throughout the proceedings."

Section 14.1, added in 1990, says this:

"If a felony is prosecuted **by indictment, there shall be no postindictment preliminary hearing.**"

A postindictment preliminary hearing would be "redundant". When one has already had a major grand jury hearing, then a lesser preliminary hearing would be redundant. The Grand Jury's investigation by 23 lawful folks of the neighborhood or so should have been just as thorough, if not more so, than a single magistrate preliminary hearing; compared to the Grand Jury, a single magistrate doing an examination is redundant, inefficient, ineffective waste of time.

<div align="center">

**xxXxx**
**Nevada's 1864 Constitutional Convention**

</div>

A Conversation On The Grand Jury circa 1864 Carson City. J. Neely Johnson from Ormsby County, NV was for keeping The Grand Jury just as it was written in the US Constitution. Frank M. Procter from Nye County was opposed to Nevada adopting the Grand Jury System.

<div align="center">

The Grand Jury System

</div>

Section 8 was read, as follows:--

"Sec. 8. No person shall be held to answer for capital or otherwise infamous crime, (except in cases of impeachment, & in cases of the militia when in actual service, & the land & naval forces in time of war, or which this State may keep, with the consent of Congress, in time of peace, & in cases of petit larceny, under the regulation of the Legislature,) **except on presentment or indictment of a grand jury**; & in any trial, in any Court whatever, the party accused shall be allowed to appear & defend in person & with counsel, as in civil actions. No person shall be subject to be twice put in jeopardy for the same offense; nor shall he be compelled, in any criminal case, to be a witness against himself, nor be

<div align="center">47</div>

deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation having been first made or secured, except in cases of war, riot, fire, or great public peril, in which case compensation shall be afterwards made."

Mr. Nourse: "I wish to inquire as to the effect of that first clause. It would seem that might shut out the authority for binding over by a justice by a preliminary examination."

Mr. DeLong said it's the same language as the California Constitution.

Mr. Procter offered a substitution for Section 8: The Relevant portion quoted: "All criminal offenses" ... "shall be tried upon **written complaint** or accusation to be made by the prosecuting attorney of the respective counties of this State, **without the intervention of a Grand Jury**, unless the Legislature shall otherwise provide."

"The question was taken, & the amendment was not agreed to." & Man & Woman Applauded.

On the 7th day of the constitutional convention, chaired by Orion Clemens, Mark Twain's brother, Mr. Frank Procter (from Nye County) once again, attempted to abolish the grand jury system.

Mr. Nourse says wait a second Mr. Procter, hold your horses gentleman from Nye County. The US Constitution says that a Grand Jury is required, so doesn't your proposed Amendment fly in the face of that?

"Now the point I wish to suggest for the careful consideration of the Convention is, does not this proposed amendment clearly conflict with the Constitution of the United States?" ... "[W]e are barred altogether from taking any such action by the Constitution of the United States, which says, in this **unmistakable language**, that no person shall be held to answer for crimes which are capital or infamous without the intervention of a grand jury."

Mr. Johnson said we've tried some innovations in the jury system at this convention, such as requiring 9 of 12 for a conviction in civil cases, but to be so bold, to go so far as [to abolish the Grand Jury system] "is one of too much consequence & importance to justify us in venturing to make any change."

Mr. Johnson continues: "I concede that a system authorizing the exercise of inquisitorial powers, by grand juries, in one fraught with evil; but at the same time, I think that the adoption of the proposed change would also be productive of evil results." ... " It would leave it in the power of the District Attorney of any county to **prosecute whomsoever he might think proper**, or not to prosecute, at his option. It would be abolishing one system, admitted to be fraught with evils, but only to seek refuse in another system, abounding in yet greater evils." ... "The difference resolves itself into this – that whilst under the one system you have a grand jury of say 17 men, & the concurrence of at least 12 of them – good & lawful citizens – is required to find a bill of indictment; **under the other, one man alone is sufficient to institute a prosecution against any person.**" ... "Under the grand jury system, it requires the concurrence of at least 12 good citizens to find a bill of indictment, or to present a person for any offense, while under this newly proposed system, instead of requiring the concurrence of at least 12 men, one man who may happen to be in the position or office of Prosecuting Attorney, has it in his power to find what is, in effect, a bill of indictment, or to make a presentment." ... "Now sir I have personally known of instances where grand juries have been the instruments of inflicting irreparable

48

injury upon individuals, by means of the power with which they are invested in the ordinary course of judicial proceedings in courts of justice; **but I can conceive of cases where much greater injustice & wrong might be perpetrated** through the instrumentality of a single individual, who, in the capacity of Prosecuting Attorney, should have power to pass upon the rights of individuals, or upon whatever questions might arise in that connection, **without the necessity of securing the concurrence or the united action of 12 good & true men, or of any other number of men.** I hope, therefore, that the sense of the Convention will be to retain the provision as it now is." … "I believe the experiment proposed by this amendment" was tried by the State of Indiana, & in that case, we saw an "undue & improper exercise of power".

Abolishing the grand jury system is, Mr. Johnson from Ormsby County concludes, "to say the least, an innovation of questionable expediency".

Mr. McClinton chimes in: "It is an experiment which I do not think in the present state of our society, & the present condition of our affairs generally, we are warranted in trying. I believe it would be placed too much power in the hands of one man, & especially in a new country like ours, where at best the laws are comparatively badly administered. **I, for one, certainly feel that the experiment would not be a safe one. The man whom we might be** called upon to invest with this power must know at the time of his election to be a proper man to trust."

"The question was taken on Mr. Procter's motion to recommit, with instructions, & it was not agreed to." pg 196-199.

The Grand Jury System for Nevada stays intact in re 1864 Constitutional Convention.

<div align="center">xxx</div>

## The Grand Jury is The Grand Palladium to The Grand Desideratum

Power only understands one thing: power. Power must check power. "Ambition must be made to counteract ambition" (Federalist #51), hence the cornerstone of why the 3 branches of government exist in the first place. Plus the 2 houses of Congress. The nomination by the President & confirmation by the Senate for Judges. etc.

Federalist #51 was the great climax of the Federalist Papers. "Justice is the end of civil government. It is the end of civil society. It ever has been & ever will be pursued until it be obtained, or until liberty be lost in the pursuit." James Madison wrote that, & published Fed. #51 on February 6, 1788.

<div align="center">xxx</div>

## The Grand Desideratum

The grand jury is the grand palladium to the grand desideratum of republicanism. Blackstone's palladium. Madison's desideratum.

In Federalist #51, James Madison summed up the "great desideratum of republicanism" curtly:

"You must first enable the government to control the governed; & the next place, oblige it to control itself."

<div align="center">49</div>

The government must control the people, the population, the masses, & in turn, control itself.

Since power will never control itself on its own accord, we achieve the great desideratum of republicanism by a "policy of supplying by opposite & rival interests, the defect of better motives."

Ambition must counter ambition. Power must counter power. We want the 3 branches of government to be jealous of their powers, to fight the other branches if they attempt to wrest their own powers away from them. By having the Dual Sovereignty principle between the Confederated Republic of America & the 50 State Republics, they will counter each other, appropriately, as will their internal 3 branches will, & thusly, "oblige it to control itself", & Truth, Justice, Right, Peace, & Liberty are secure.

Madison defined his Grand Desideratum of Republicanism at another time this way: The "great desideratum of government" is to make it "sufficiently neutral between different parts of society to control one part from invading the rights of another, & at the same time, sufficiently controlled itself." (pg. 174, Feldman, "The Three Lives of James Madison").

"But the overall structure that then emerged from Philadelphia matched his theory of the "great desideratum". The national government would be unlikely to join the factions within the states, but it would also be "sufficiently controlled" by its internal structure & by the states that it would not turn against the people." (pg. 175, Feldman, "The Three Lives of James Madison").

Here's Madison on The Grand Desideratum elsewhere:

"The great desideratum in Government is such a modification of the Sovereignty as will render it sufficiently neutral between the different interests & factions, to control one part of the society from invading the rights of another, & at the same time, sufficiently controlled itself, **from setting up an interest adverse to that of the whole society.** In absolute Monarchies, the prince is sufficiently neutral towards his subjects, but frequently sacrifices **their happiness to his ambition or avarice.** In small Republics, the sovereign will is sufficiently controlled from such a Sacrifice of the entire Society, but is not sufficiently neutral towards the parts composing it. **As a limited Monarchy tempers the evils of an absolute one; so an extensive Republic meliorates the administration of a small Republic."** ~Madison, "Vices of the Political System of the US", April 1787

## xxXxx
## The Grand Palladium

Blackstone called the 12+12=24 Jury System a "palladium" that must remain "sacred & inviolate" in order to protect the freedoms of Englishmen. Here's the full paragraph for context:

"But the founder of English laws have with excellent forecast contrived, that no man should be called to answer to the king for any capital crime, unless upon the preparatory accusation of **12 or more of his fellow subjects, the grand jury:** & that the truth of every accusation, whether preferred in the shape of indictment, information, or appeal, should **afterwards be confirmed by the unanimous suffrage of 12 of his equals & neighbors,** indifferently chosen, & superior to all suspicion. So that **the liberties of England cannot but subsist, so long as this palladium remains sacred & inviolate,** not only from all open attacks (which none will be so hardy as to make), but also from all secret machinations, which

50

may sap & undermine it; **by introducing new & arbitrary methods of trial**, by justices of the peace, commissioners of the revenue, **& courts of conscience.**"

Palladium is a rare silver white metal, which is malleable. The Statue of Athena watches over they City of Troy (in present day Turkey) while situated on the Citadel of Troy. The Statue of Athena is THE grand Palladium of Troy. The safety of Troy is said to depend on that palladium, that statue of Athena.

Athena is a Greek goddess, a virgin deity of the ancient Greeks, born from the mind of Zeus, the goddess of wisdom, fertility, useful arts, & prudent warfare.

The 3 branches, federalism, bills of rights, constitutions, elections, the rule of law, & enumerated powers all divide power, checks tyranny, & stifles authoritarianism. The Judicial Branch solidifies power. Cops nab 'em & the courts slab 'em in re The Rocket Docket Slaughterhouse. To me, the Grand Jury looks untouchable, since it's of, by, & for the people. It's the democracy, the consent of the governed, come to observe, analyze, report, & participate in their system, within the hierarchy of the courts. It's We The People in the Judiciary, which is why it's a Grand Palladium, a rampart, a stockade, a bulwark, a moat, a fortified wall, a safeguard, a gun, a bulletproof vest, steel walls, a buffer zone, to the Grand Desideratum, the problem of getting government to both rule the people appropriately, & to be adequately checked, by either it's own branch, or the other 2 branches, or by the States, or the People, when it goes too far, too rogue & wild, too oppressive, when government goes overboard.

James Madison also said we must not worry about the Judicial Branch running amok, running roughshod over the rest of us, because everybody in government will fight over themselves wanting to protect & uphold the freedoms of the people. The States governments, the General Government, Both Houses, the People's House & The House of Aristocrats, Executive, Judicial, & Legislative. Enumerated or Implied. Natural & Eternal. Live free or die.

James Madison, on June 8, 1789, said this:

"If [The Bill of Rights] are incorporated into the Constitution, independent tribunals of justice will consider themselves in a peculiar manner the guardians of those rights; they will be an impenetrable bulwark against every assumption of power in the Legislative or Executive; they will be naturally led to resist every encroachment upon rights expressly stipulated for in the Constitution by the declaration in the federal system would be enforced; **because the State Legislatures will jealously & closely watch the operations of this Government**, & be able to resist with more effect every assumption of power, than any other power on earth can do; & the greatest opponents to a Federal Government admit the State Legislatures to be sure guardians of the people's liberty."

xxXxx

Grand juries are both a shield & a sword. The Grand Jury's power – absolute in it's investigation & indictment powers – is unassailable by the Judicial Branch, because Grand & Petite Juries are the only times the courts hear from "of, by, & for the people". I read that 23 states + DC require a Grand Jury indictment for Felony accusations.

No ham sandwiches have ever been indicted by any Grand Jury in the history of the United States.

51

And none ever will be.

Montesquieu talks about how England had it to where you could pick the Judges. When both parties got to choose the judge, then both had confidence in that Judge to begin with, instead of being foisted upon whomever happens to be wearing a black robe on that particular day.

Both sides picking our judges, having a preliminary hearing, heeding the constitution, getting that grand jury indictment, all of these would protect us from frivolous & capricious charges from absolute & arbitrary & irresponsible power.

"He'll obey. He'll take orders Peter. He'll take orders!"

"Toohey!" Peter Keating shrieked. (Ayn R. 1943 FH).

**CONCLUSION**

"It is time to heed the Constitution." ~2022 Dobbs

We get a right to reject life-saving medical treatment, but not a right to a jury trial for private civil disputes of over $20?

So we get a right to get married, educate our children, live with our relatives, but not keep soldiers from quartering in our homes?

So we Nevadan-Americans get a right to condoms, in our sacred marital bedrooms, but not a right to a grand jury indictment, for felony charges?

Marriage & Privacy & Home are SCOTUS-approved American Rights, yet Grand Jury Indictments for Felony Charges & Civil Trials for matters over $20, & Troops quartering in our homes against our consent during peacetime are not?

"And however convenient these may appear at first (as doubtless **all arbitrary powers**, well-executed, are the most convenient) yet let it be again remembered that **delays & little inconveniences in the forms of justice, are the price that all free nations must pay for their liberty in more substantial matters**; that these inroads upon this sacred bulwark of the nation are fundamentally opposite to the spirit of our constitution; & that though **begun in trifles**, the precedent may gradually increase & spread, to the utter disuse of juries in questions of the most momentous concern." (Blackstone, Com. Vol. 4, 1769).

They'll pulling the wool over our eyes. They're yanking the carpet from underneath our feet. They're playing hide the pickle. They're pulling the football away as we go to kick it. They're playing "sike!" the game with our constitutional freedoms. Or at least acting like it. Hoodwicked. Bamboozled. Run Amok.

"Do We The People have the right specifically enumerated in our 3rd Amendment or not? Tune in next week to find out!"

52

This "wait & see" approach of trying to find out which Constitutional freedoms we have & which ones we don't is ridiculous. Each & every term of the contract is binding, to government & persons & citizens alike. I like to think having a Contract like ours makes us more civilized & advanced than those nations who don't have a written Constitution. There's no uniformity when it comes to the Grand Jury, all across the United States. Every State does it differently. SCOTUS-created freedoms didn't need any enabling legislation, so why would Constitutional Law need it? The Constitution enables the whole Government, including the Legislative Branch, Executive & Judicial. The Constitution doesn't need the legislative branch to enable it, nor the courts to double-vouch it. It only needs vouching once. Ratified by ¾ of the State Conventions. While a double vouch could solidify & consolidate the gains, it's not necessary. SCOTUS has gotten the Bill of Rights wrong for most American History.

The Legislative Branch needs to make sure they're not passing laws which are repugnant to the Constitution. Since the SCOTUS-created freedoms didn't need any enabling legislation, neither does a Constitutional Law. Doesn't Miranda need enabling language? How about Ramos? Meyer v. Nebraska? As an American, I have a right to speak, a right to assemble, peacefully, a right to religion, & a right to petition my government for a redress of grievances. Those are the rules, not the exceptions. Meaning they should be defined quite liberally. Are there exceptions to the rules? Of course. Even a categorical imperative like "thou shalt not murder" has exceptions, but that doesn't negate the Rule. I get to peacefully assemble. I get to petition. I get to speak. Thou shalt not murder. One can use their imaginations when coming up with ideas on how to resist oppression, but our Rights spell out clearly what we're legally allowed to do, & the Code says what we're legally not allowed to do. Looking to The Law for answers, for the way forward, makes one civil-minded. For many disputes, one could ask themselves, "Have you petitioned them?" "Have you peacefully assembled?" "Have you spoken to them?", not as guarantees, but as 1 tool in your tool belt, to help construct the Liberty & Justice & Federalist Dream House at hand.

"Section 994. It is the duty of the patrol, on receiving **information** that any person harboring **a runaway slave**, to make **search** for such slave, & if found, to apprehend & take him before **a justice of the peace**, who, if the owner is unknown, most commit him to **jail**." ~Alabama Slave Code of 1852

Our liberties goes to the heart of classical liberalism. Nearly every nation on the planet has adopted our 3 branches & constitution & elections, all tied to market forces. The end of history is that virtually all 200 nation-states in the world are capitalist democracies. The bill of rights, & the preamble, the rule of law, enumerated powers, & federalism. The freedom rules in America is that I as an American citizen have a constitutional right to speak, a right to guns, & a right to keep soldiers from living in my home. Those are the rules. Sure, there's exceptions, but the entire point of the US government, at least 1 of her 6 primary end goals, is to protect my right to speak, guns, & home. 1 of Nevada's 3 end objects are to protect my freedoms as well. Nevada aims for perfect government, domestic tranquility, & protecting freedom, whereas the American government aims for "establishing justice", as well as protecting freedom, general welfare, defense, domestic tranquility, & to form a more perfect union. This means America aims for "establishing justice" & Nevada does not. No doubt an argument can be made that perfect government & domestic tranquility requires that justice is established. But that's not an enumerated end object in Nevada's preamble.

**xxx**
## 5 CONCLUSIONS

53

[1]- The Grand Jury seems to have begun in Norman-Occupied England with the 1166 Assize of Clarendon of Henry II, carried on through the 1215 Magna Carta, the 1641 Grand Remonstrance, Massachusetts 1641 Body of Liberties, Pennsylvania's 1682 Frame of Government, New York's 1683 Privileges & Liberties, 1769 Blackstone, etc.

[2]- There's a direct continuity of The Grand Jury System from the ancient days of English yore to the American shores: "Grand juries were established in the various colonies almost immediately: Massachusetts Bay in 1634-1635, Plymouth in 1635-36, Maryland in 1637, Rhode Island in 1640, Virginia in 1641, Connecticut in 1643, Pennsylvania in 1683, & New Jersey in 1675. The grand jury quickly became the primary vehicle for the colonists to voice their grievances against the British, due to its independence from direct royal control." (Robert Paule).

[3]- Grand Juries are a part of American history, including helping to give vent to our grievances, which eventually led to our birth: John Peter Zenger, inspection of public buildings, Stamp Act Riots, spousal abuse, Paul Revere, witches, James Madison, robbery, Patrick Henry, not repairing the stocks, John Hancock, Thomas Jefferson, Aaron Burr, Nevada's 1864 Constitutional Convention, Boss Tweed, Howard Roark, 1956 *Costello*, Richard Milhous Nixon, 1976 *Mandujano*, William J. Clinton, John Masters, Donald J. Trump, etc.

[4]- The history of the use of Grand Juries isn't as important as what's good, active, current Law. A legal history is as part of the history as well. The most important part. The Law is The Law, strictly constructed, clarified with pinpoint accuracy in re Originalism. The right to a grand jury indictment has always been Colorado Law circa 1876, for all of it's 148 years of existence. The right to a grand jury indictment has been virtually always American Law as well circa 1791 for the last 233 years. Technically, in 1789 & 1790, the first 2 years of our American Constitutional System, there was no Right to a Grand Jury Indictment, strictly constructed.

[5]- No repealing clauses in the Bushel of Freedoms. Since Colorado's Legislature hasn't abolished the Grand Jury System, or amended it in re Felony, then the opponents of the 5th Amendment don't have a single Constitutional leg to stand on. Conversely, with equal fervent, my Right to a Grand Jury Indictment for a Felony Charge is standing on 2 very strong Constitutional Legs (both 5th A. (US) & Sec. 8 of CO's B. of R.s).

Indeed. It is time to heed the Constitution.

<div align="center">xxXxx</div>

Teacher: "What shall it profit a man if he shall gain the whole world, & lose his own soul?"

Ellsworth Toohey: "Then in order to be truly wealthy, a man should collect souls?"

The teacher was about to ask him what in the hell did he mean, but controlled himself... (pg. 298, Ayn R. 1943 FH).

<div align="center">xxXxx</div>

<div align="center">**America is Freedom & Democracy**</div>

<div align="center">54</div>

1 of the 6 main end objects of the US Constitution, meaning 1 of the main fundamental core purposes for the US government, for America, for "We The People of the United States", is to "**secure the Blessings of Liberty, to ourselves & to our posterity**".

1 of the 3 main end objects of the Nevada Constitution is Freedom: "We The People of the State of Nevada, grateful to Almighty God for **our freedom, in order to secure its blessings,** insure domestic tranquillity, & form a more perfect Government, do establish this Constitution."

**The Free World** is united against Ukraine. That's the language the US, Canada, England, & Europe uses when describing Western Civilization.

"The world which we seek is **the cooperation of free countries**, working together in a friendly, civilized society." ~FDR, January 6, 1941

"Let every nation know, whether it wishes us well or ill, that we shall pay any price, bear any burden, meet any hardship, support any friend, oppose any foe, **in order to assure the survival & the success of liberty.** This much we pledge, & more." ~JFK, Jan. 20, 1961

Our National Anthem sings praises: "for the land of the **free** & the home of the brave."

Our Pledge of Allegiance ends off: "with **liberty** & justice for all".

Our Statue of Liberty beckons the world to "give me your tired, your poor, your huddles masses yearning to **breathe free**" to our shores.

"Our security emanates from the **justness of our cause, the force of our example,** & the tempering qualities of humility & restraint." ~President Barack Obama, Jan. 20, 2009

"This nation, under God, shall have **a new birth of freedom,** & that government of the people by the people for the people shall not perish from this earth." ~Abraham Lincoln, 1863

On 9-11, George W. Bush told the American people that "a series of deliberate & deadly terrorist acts" had just attacked "our fellow citizens" & "our way of life", & that "**our very freedom came under attack**".

President FDR said on Jan. 6, 1941 that we as Americans believe in **4 essential freedoms**: Freedom of Speech ("& expression") & Religion ("to worship God in his own way, everywhere in the world."), & Freedom from Want ("a healthy peacetime life") & Fear ("a worldwide reduction of armaments").

"O ye that love mankind! Ye that dare oppose, not only the tyranny, but the tyrant, stand forth! Every spot of the old world is overrun with oppression. **Freedom hath been hunted round the globe.** Asia & Africa have long expelled her, Europe regards her like a stranger, & England hath given her warning to depart! O! Receive the fugitive [of Freedom], & prepare in time an asylum for mankind!" ~Feb. 14, 1776, Thomas Paine, Common Sense

55

"And so my fellow Americans: ask not what your country can do for you, but what you can do for your country. ~JFK, Jan. 20, 1961

"America, in the face of our common dangers, in this winter of our hardship, let us remember these timeless words. With hope & virtue, let us brave once more the icy currents, & endure what storms may come." ~Barack Obama, Jan. 20, 2009

"A man like Roark is on trial before society all his life. Whom does that indict – Roark or society?"

"Our aim should be to help **the free peoples of the world**, through their own efforts, to produce more food, more clothing, more materials for housing, & more mechanical power to lighten their burdens." ~Truman, Jan. 20, 1949

"Guard with jealous attention **the public liberty**. Suspect every one who approaches that jewel. Unfortunately, nothing will preserve it, but downright force; Whenever you give up that force, you are inevitably ruined." ~Patrick Henry, June 5, 1788

"This nation has placed its destiny in the hands & heads & hearts of its millions of free men & women; & its faith **in freedom** under the guidance of God. **Freedom means the supremacy of human rights everywhere.** Our support goes to those who struggle **to gain those rights** or keep them. **Our strength is our unity of purpose.** To that high concept, there can be no end save victory." ~FDR, Jan. 6, 1941

"We have sought no territory & we have imposed our will on none. We have asked for no privileges we would not extend to others." ~Truman, January 20, 1949

"At a moment when the outcome of **our revolution was most in doubt**, the father of our nation ordered these words be read to the people: 'Let it be told to the future world, that in the depth of winter, **when nothing but hope & virtue could survive**, that the city & the country, alarmed at one common danger, came forth to meet it.'" ~Obama, Jan. 20, 2009

"We are aided by all who desire freedom of speech, freedom of religion, & freedom to live their own lives for useful ends." ~Truman, Jan. 20, 1949

"**With a good conscience our only sure reward**, with history the final judge of our deeds, let us go forth to lead the land we love, asking His blessing & His help, but knowing that here on earth, **God's work must truly be our own.**" ~JFK, Jan. 20, 1961

"By *Pierce v. Society of Sisters*, 268 US 510 (1925), the right to educate one's children as one chooses is made applicable to the States by the force of the 1st & 14th Amendments. By *Meyer v. State of Nebraska*, 262 US 390 (1923), the same dignity is given the right to study the German language in a private school. In other words, the State may not, consistently with the spirit of the First Amendment, **contract the spectrum of available knowledge.**" ~1965 Griswold v. Connecticut

"Because the beauty of the human body is that it hasn't a single muscle which doesn't serve its purpose; that there's not a line wasted; that every detail of it fits one idea, the idea of a man & the life of a man." (Ch. 13, AR 1943 FH).

56

"[A]nd they are only to bear evidence on behalf of the prosecution: for the finding of an indictment is only in the nature of **an enquiry or accusation, which is afterwards to be tried & determined, & the grand jury are only to enquire upon their oaths**, whether there be sufficient cause to call upon the party to answer it." ~Blackstone, 1769, Commentaries

"Communism holds that the world is so deeply divided into opposing classes that war is inevitable. Democracy holds that free nations can settle differences justly & maintain lasting peace." ~Truman, January 20, 1949

In America, the law is King, says Thomas Paine: "For as in absolute governments the king is law, so in free countries the law ought to be king; & there ought to be no other. But lest any ill use should afterwards arise, let the crown at the conclusion of the ceremony be demolished & scattered among the the people whose right it is."

"Since the beginning of our American history, we have been engaged in change – in a **perpetual peaceful revolution** – a revolution which goes on steadily, quietly adjusting itself to changing conditions – without the concentration camps or the quick-lime in the ditch. The world order we seek is the cooperation of free countries, working together in a friendly, civilized society." ~FDR, Jan. 6, 1941

Lord Coke in re Acts of King Edward the 3rd, statute of "37 E. 3, cap. 8": "1. No man shall be taken (that is) restrained **of liberty by petition** or suggestion to the King or to his council, unless it be by **indictment or presentment of good & lawful men**, where such deeds be done." ~1884 *Hurtado*

"It is substantially true that virtue or morality is a necessary spring of popular government." ~George Washington; September 17, 1796, Farewell Address

"A government of our own is our natural right; & when a man seriously reflects on the precariousness of human affairs, he will become convinced that it is infinitely wiser & safer to form a constitution of our own, in a cool deliberate manner, while we have it in our power, than to trust such an interesting event to time & chance." ~Feb. 14, 1776, Thomas Paine, Common Sense

"For the true sense & exposition of these words, see the statute of 37 E. 3, cap. 8, where the words, by the law of the land, are rendered, without due process of the law, for there it is said, though it be contained in the Great Charter that no man be taken, imprisoned, or put out of his freehold without process of the law, that is, **by indictment of good & lawfull men**, where such deeds be done in due manner, or by writ, origin of all common law." ~1884 *Hurtado*

"[T]he preservation of **the general government in its whole constitutional vigor**, as the **sheet anchor** of our peace at home & safety abroad; jealous care of the right of the election by the people – a mild & safe corrective of abuses which are lopped off by **the sword of revolution** where peaceable remedies are unprovided; **absolute acquiescence in the decisions of the majority** – the vital principle of republics, from which there is no appeal but to force, the vital principle & immediate **parent of despotism**;" ~Thomas Jefferson, March 4, 1801, Inaugural Address

"Communism maintains that social wrongs can be corrected only by violence. Democracy has proved that social justice can be achieved through peaceful change." ~Truman Jan. 20, 1949

"Who among you, my countrymen, that is a father, would claim authority to make your child a slave because you had nourished him in his infancy?" Samuel Adams, Aug. 1776, "On American Independence"

Wouldn't it be crazy if one lived in America & didn't know, or at least hear about, that we were a free country?

"One man who wished neither to serve nor to rule. And had thereby committed the only unforgivable crime." (Ayn R. 1943 FH).

"I am neither a slave nor a master." ~Lincoln

"We believe that all men have the right to freedom of thought & expression." ~Truman Jan. 20, 1949

"**In the year of America's birth,** in the coldest of months, a small band of patriots huddled by dying campfires on the shores of an icy river. **The capital was abandoned. The enemy was advancing.** The snow was stained with blood." ~Obama, Jan. 20, 2009

"Truth loves an appeal from the common sense of mankind." ~Samuel Adams, Aug. 1776, "On American Independence"

"[A]nd it would be strange indeed if so celestial an article as FREEDOM should not be highly rated." ~Thomas Paine, Dec. 23, 1776

"All men would be tyrants if you let them." ~Abigail Adams

"They will test our courage, our devotion to duty, & our concept of liberty. But I say to all men, what we have achieved in liberty, we will surpass in greater liberty." ~Truman, Jan. 20, 1949

"It is important, likewise, that the habits of thinking in a free country should inspire caution in those intrusted with its administration **to confine themselves within their respective constitutional spheres,** avoiding, in the exercise of the powers of one department, to encroach upon another." When all 3 branches dissolve into 1 single branch, hello, "a real despotism" has emerged. ~George Washington, September 17, 1796, Farewell Address

"Freedom means the supremacy of human rights everywhere." ~FDR, Jan. 6, 1941

"The American people desire, & are determined to work for, a world which all nations & all peoples are free to govern themselves as they see fit, & to achieve a decent & satisfying life." ~Truman, Jan. 20, 1949

"Those who expect to reap the blessings of freedom, must, like men, undergo the fatigues of supporting it." ~September 12, 1777, Thomas Paine, American Crisis #4

"Communism is based on the belief that man is so weak & inadequate that he is unable to govern himself, & therefore requires the rule of strong masters. Democracy is based on the conviction that man

58

has the moral & intellectual capacity, as well as the inalienable right, to govern himself with reason & justice." ~Truman, Jan. 20, 1949

"Tyranny, like hell, is not easily conquered." ~Tom Paine, Dec. 23, 1776, American Crisis #1

"America was targeted for attack because **we're the brightest beacon for freedom** & opportunity in the world. And no one will keep that light from shining." ~George W. Bush, 9-11-2001

"The right of freedom of speech & press includes not only the right to utter or to print, but the right to distribute, the right to receive, the right to read & freedom of inquiry, freedom of thought, & freedom to teach; indeed, the freedom of the entire university community. Without those peripheral rights, the specific rights would be less secure." ~1965 *Griswold v. Connecticut*

"For the great enemy of the truth is very often not the lie – deliberate, contrived, & dishonest – but the myth – persistent, persuasive, & unrealistic. Too often we hold fast to the cliches of our forebears. We subject all facts to a prefabricated set of interpretations. **We enjoy the comfort of opinion without the discomfort of thought.**" ~President JFK, June 11, 1962, Yale University

"These are the times that try men's souls. The summer soldier & sunshine patriot will in this crisis shrink from the service of their country; but he that stands it now, deserves the love & thanks of man & woman." ~Tom Paine, Dec 23, 1776, American Crisis #1

"That regime adheres to a false philosophy [Communism] which purports to offer freedom, security, & greater opportunity to mankind. Misled by this philosophy, many peoples have **sacrificed their liberties** only to learn to their sorrow that deceit & mockery, poverty & tyranny, are their reward." ~Truman, Jan. 20, 1949

Abraham Lincoln said in 1863, that 4 score & 7 years ago, on this continent, America's fathers created a new nation, which was "**conceived in liberty**, & dedicated to the proposition that all men are created equal."

"**For the power of filing informations, without any control, then resided in the breast of the master:** &, being filed in the name of the king, they subjected the prosecutor to **no costs**, though on trial they proved to be **groundless**. This oppressive use of them, in the times preceding the revolution, occasioned a struggle, soon after the accession of **king William**, to procure **a declaration of their illegality by the judgment of the court of king's bench.**" ~Blackstone, Commentaries, Vol. 4, 1769

"Liberty itself will find in such a government [as ours], with powers properly distributed & adjusted, its surest guardian." ~George Washington, September 17, 1796, Farewell Address

"We are not moved by the gloomy smile of a worthless king, but by the ardent glow of generous patriotism. We fight not to enslave, but **to set a country free, & to make room upon the earth for men to live in. In such a case, we are sure that** we are right; & we leave to you the despairing reflection of being the tool of a miserable tyrant." ~Sept. 12, 1777, Tom Paine, American Crisis #4

"None of us will ever forget this day. Yet, we go forward to defend freedom & all that is good & just in our world." ~W. on 9-11

59

"Let it be said by our children's children that when we were tested, we refused to let this journey end, that we did not turn back nor did we falter; & with eyes fixed on the horizon & God's grace upon us, **we carried forth that great gift of freedom & delivered it safely to future generations.**" ~President Barack Obama, Jan. 20, 2009

"My fellow citizens of the world: ask not what America will do for you – ask what you can do for **the freedom of man.**" ~JFK, Jan. 20, 1961

"America is another name for opportunity. Our whole history appears like a last effort of divine providence on behalf of the human race." ~Ralph Waldo Emerson

Our adherence to the principles of constitutional liberty should at least meet our propaganda.

<center>xxx</center>

## Bibliography

Old Dictionary. Webster's 1960 New World Dictionary of the American Language

June 1989. Robert Paule. "The Perversion of the Historic Function of the Grand Jury in Minnesota".

1983, RH Helmholz, "The Early History of the Grand Jury & The Canon Law" Journal Article;

Official Report of the Debates & Proceedings in the Constitutional Convention of the State of Nevada, Assembled at Carson City, July 4, 1864 to Form a Constitution & State Government. Andrew J. Marsh, Official Reporter. Frank Eastman, Printer, San Francisco, 1866.

The list of SCOTUS-created freedoms ought to be attached to the back of the US Constitution, behind the 27 Amendments, & it would be one of those lists that each new SCOTUS would have to re-up on & affirm again, in total. They're good questions for new justices to the court as well.

<center>xxx</center>

<center>"Why didn't you come to set the marble?"</center>

<center>"I didn't think it would make any difference to you who came,</center>

<center>Or did it Miss Francon?"</center>

<center>xxXxx</center>

"In conclusion, let me say, all I ask of the American people is, that **they live up to the Constitution, adopt its principles, imbibe it's spirit & enforce its provisions.** When this is done, **the wounds of my bleeding people will be healed**, the chain will no longer rust on their ankles, their backs will no longer be torn by the bloody lash, & **liberty, the glorious birthright of our common humanity**, will become the inheritance of all the inhabitants of this **highly favored country.**" ~Frederick Douglass, 1857, "The Dred Scott Decision"

<center>60</center>